UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., a Florida Domestic Non-Profit Corporation, on its own behalf and on behalf of its members; and CHRISTOPHER YOUNG, individually and as spiritual leader of Soul Quest Church of Mother Earth, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States of America; UTTAM DHILLON, Acting Administrator of the U.S. Drug Enforcement Administration; and the U.S. DRUG ENFORCEMENT ADMINISTRATION, <br><br> Defendants. | Case No. 6:20-cv-00701-WWB-DCI |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Derek B. Brett, of Burnside Law Group, authorized to practice before this Court, submits the following Notice of Appearance for Plaintiffs, and requests that any and all documents filed in this case be forwarded to the undersigned as Co-Counsel for Plaintiffs.

*BURNSIDE LAW GROUP*

/s/  Derek B. Brett
_____
**DEREK B. BRETT, ESQUIRE**
Fla. Bar No.:  0090750
DBB@burnsidelaw.net
109 Ilsley Avenue, Suite 9
Dartmouth, Nova Scotia, Canada B3B 1S8
Telephone:  (902) 468-3066
Facsimile:  (902) 468-4803
Attorney for Plaintiffs

1

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF for the Middle District of Florida, this 23d day of April 2020.

/s/ Derek B. Brett

_____

**DEREK B. BRETT, ESQUIRE**