# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG,**

          **Plaintiffs,**

**v.**                              **Case No:   6:20-cv-701-Orl-78DCI**

**ATTORNEY GENERAL, UNITED STATES OF AMERICA, ACTING ADMINISTRATOR, U.S. DRUG ENFORCEMENT ADMINISTRATION and U. S. DRUG ENFORCEMENT ADMINISTRATION,**

          **Defendants.**

_____/

## INTERESTED PERSONS ORDER
## FOR CIVIL CASES

This Court makes an active effort to review each case in order to identify parties and interested corporations in which the assigned judge may be a shareholder, as well as for other matters that might require consideration of recusal.

It is therefore **ORDERED** that, by May 13, 2020, each party, *pro se* party, governmental party, intervenor, non-party movant, and Rule 69 garnishee **shall file and serve a Certificate of Interested Persons and Corporate Disclosure Statement** in the following form:

<u>CERTIFICATE OF INTERESTED PERSONS</u>
<u>AND CORPORATE DISCLOSURE STATEMENT</u>

I hereby disclose the following pursuant to this Court's interested persons order:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action —   including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

     [insert list]

2.)     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:


     [insert list]

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

     [insert list]

4.)     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:


     [insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.


[Date]

_____
[Counsel of Record or Pro Se Party]
[Address and Telephone]

[Certificate of Service]

It is **FURTHER ORDERED** that no party may seek discovery from any source before filing and serving a CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT. A motion, memorandum, response, or other paper — including emergency motion — may be denied or stricken unless the filing party has previously filed and served its CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT.

**FURTHER ORDERED** that each party has a continuing obligation to file and serve an amended CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT within fourteen days of 1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or 2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.

**FURTHER ORDERED** that, in order to assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case — including the names of all parties and intervenors — on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* Fed.R.Civ.P. 10(a); Local Rule 1.05(b) ("*et al.*" discouraged).

<div style="display:flex">
<div>

ROY B. DALTON, JR.
_____
Roy B. Dalton, Jr. [37]
United States District Judge

CARLOS E. MENDOZA
_____
Carlos E. Mendoza [41]
United States District Judge

G. KENDALL SHARP
_____
G. Kendall Sharp [18]
Senior United States District Judge

GREGORY A. PRESNELL
_____
Gregory A. Presnell [31]
Senior United States District Judge

ANNE C. CONWAY
_____
Anne C. Conway [22]
Senior United States District Judge

GREGORY J. KELLY
_____
Gregory J. Kelly [GJK]
United States Magistrate Judge

DANIEL C. IRICK
_____
Daniel C. Irick [DCI]
United States Magistrate Judge

LESLIE R. HOFFMAN
_____
Leslie R. Hoffman
United States Magistrate Judge

</div>
<div>

PAUL G. BYRON
_____
Paul G. Byron [40]
United States District Judge

WENDY W. BERGER
_____
Wendy W. Berger [78]
United States District Judge

PATRICIA C. FAWSETT
_____
Patricia C. Fawsett [19]
Senior United States District Judge

JOHN ANTOON II
_____
John Antoon II [28]
Senior United States District Judge

THOMAS B. SMITH
_____
Thomas B. Smith [TBS]
United States Magistrate Judge

DAVID A. BAKER
_____
David A. Baker [DAB]
United States Magistrate Judge

EMBRY J. KIDD
_____
Embry J. Kidd [EJK]
United States Magistrate Judge

</div>
</div>

April 29, 2020

Copies to:    All Counsel of Record
              All *Pro Se* Parties

- 4 -