UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER )
EARTH, INC., a Florida Domestic )
Non-Profit Corporation, on its own )
behalf and on behalf of its members; and )
CHRISTOPHER YOUNG, individually )
and as spiritual leader of Soul Quest )
Church of Mother Earth, )
)
    Plaintiffs, )
)
vs. )   Case No. 6:20-cv-00701-WWB-DCI
)
WILLIAM BARR, Attorney General of the )
United States of America; and )
UTTAM DHILLON, Acting Administrator )
of the U.S. Drug Enforcement )
Administration, )
)
    Defendants. )
_____)

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action: there are no related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    **X IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 1, 2020

                                    Respectfully submitted,

                                    **By:** *s/Derek B. Brett*
                                    **DEREK B. BRETT, ESQ.**
                                    Fla. Bar No. 0090750
                                    **BURNSIDE LAW GROUP**
                                    109 Ilsley Avenue, Suite 9
                                    Halifax, Nova Scotia B3B 1S8
                                    Telephone:   (902) 468-3066
                                    Facsimile:     (902) 468-4803
                                    Email: dbb@burnsidelaw.net
                                    Lead Counsel for Plaintiffs

                                    s/A. Brian Phillips
                                    **A. BRIAN PHILLIPS, ESQ.**
                                    Fla. Bar No. 0067113
                                    **A. BRIAN PHILLIPS, P.A.**
                                    912 Highland Avenue
                                    Orlando, Florida 32803
                                    Telephone:   (407) 872-0777
                                    Telecopier:   (407) 872-0704
                                    Email:   brian.phillips@phillips-law-firm.com
                                    Local Counsel for Plaintiffs