UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER    )
EARTH, INC., a Florida Domestic )
Non-Profit Corporation, on its own )
behalf and on behalf of its members; and )
CHRISTOPHER YOUNG, individually )
and as spiritual leader of Soul Quest )
Church of Mother Earth, )
)
    Plaintiffs, )
)
vs. )   Case No. 6:20-cv-00701-WWB-DCI
)
WILLIAM BARR, Attorney General of the )
United States of America; and )
UTTAM DHILLON, Acting Administrator )
of the U.S. Drug Enforcement )
Administration, )
)
    Defendants. )
_____)

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    THE PLAINTIFFS HEREBY disclose the following, pursuant to this Court's interested persons order, of April 29, 2020:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    **U.S. Department of Justice**
              **Civil Rights Division**
              Assistant Attorney General Eric S. Dreiband
              950 Pennsylvania Avenue. N.W.
              Washington, DC 20530
              (Section of Agency Tasked with Defense of Religious Liberties)

b.  **U.S. Department of Justice**
    **Office of Legal Policy**
    Assistant Attorney General Beth A. Williams
    950 Pennsylvania Avenue. N.W.
    Washington, DC 20530
    (Unknown Person who Issued Religious Protection Policy Directives dated October 2017)

c.  **U.S. Department of Justice**
    **Drug Enforcement Administration**
    **Office of Diversion Control**
    Assistant Administrator William T. McDermott
    8701 Morrisette Drive
    Springfield, VA 22152
    (Issued Correspondence Involving Religious-Based Exemption Process; Recipient of Plaintiff Soul Quest Church of Mother Earth's Exemption Application)

d.  **William Barr**, Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 30530-0001
    (Defendant)

e.  **Uttam Dhillon**, Acting Administrator of the U.S. Drug Enforcement Administration
    U. S. Drug Enforcement Administration
    8701 Morrisette Drive
    Springfield, Virginia 22152
    (Defendant)

f.  **Verena Young**
    14044 Chicora Crossing Boulevard
    Orlando, Florida 32828
    (Church Official with Plaintiff Soul Quest Church of Mother Earth, Inc.)

g.  **Scott Irwin**
    14044 Chicora Crossing Boulevard
    Orlando, Florida 32828
    (Church Official with Plaintiff Soul Quest Church of Mother Earth, Inc.)

h.  **Christopher Young**
    1371 Hancock Lone Palm Road
    Orlando, Florida 32828
    (Plaintiff and Church Official with Plaintiff Soul Quest Church of Mother Earth, Inc.)

    i.    **Soul Quest Church of Mother Earth, Inc.**,
1371 Hancock Lone Palm Road
Orlando, Florida 32828
(Plaintiff)

    j.    **A. Brian Phillips, Esq.**,
912 Highland Avenue
Orlando, Florida 32803
(attorney for plaintiffs Soul Quest Church of
Mother Earth, Inc. and Christopher Young)

    k.    **A. Brian Phillips, P.A.**
912 Highland Avenue
Orlando, Florida 32803
(law firm representing plaintiffs Soul Quest Church of
Mother Earth, Inc. and Christopher Young)

    l.    **Derek B. Brett, Esq.**,
Barrister-Solicitor
Burnside Law Group
109 Illsley Avenue, Suite 9
Dartmouth, Nova Scotia B3B 1S8
(attorney for plaintiffs Soul Quest Church of Mother
Earth, Inc., and Christopher Young)

    m.    **Burnside Law Group**
109 Illsley Avenue, Suite 9
Dartmouth, Nova Scotia B3B 1S8
(law firm representing plaintiffs Soul Quest Church of Mother
Earth, Inc., and Christopher Young)

    n.    **Mary F. Barkley, Esq.**
912 Highland Avenue
Orlando, Florida 32803
(of Counsel at law firm A. Brian Phillips, P.A.)

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    *None.*

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

*None.*

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*None.*

I HEREBY CERTIFY that, except as disclosed above, the Plaintiffs are unaware of any actual or potential conflict of interest involving the District Court Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 4, 2020

Respectfully submitted,

By: *s/Derek B. Brett*
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone: (902) 468-3066
Facsimile: (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs

s/A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email: brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs