Exhibit Index

| Number | Title |
|--------|-------|
| 1 | Request for Religious-Based Exemption to Controlled Substances Act |
| 2 | Letter of August 1, 2016 and DEA Guidance |
| 3 | Ayahuasca Manifesto |
| 4 | Code of Ethics |
| 5 | U.S. Attorney General Memo re: Federal Protections for Religious Liberties |
| 6 | U.S. Attorney General Memo re: Federal Law Protection for Religious Liberty |