Exhibit Index

| Number | Title |
|---|---|
| 1 | Verified Amended Complaint and Affidavit of Christopher Young |
| 2 | Bylaws and Statement of Faith |
| 3 | Code of Ethics |
| 4 | Foundation Declaration |
| 5 | Holidays |
| 6 | Dieting/Fasting Rules |
| 7 | Doctrinal Statement/Code of Ethics |
| 8 | Dieta Guide |
| 9 | Sunbiz Information, IRS Exemption |
| 10 | Request for Religious-Based Exemption to Controlled Substances Act |
| 11 | DEA Guidance Regarding Petitions for Religious Exemptions |
| 12 | Soul Quest Church Pamphlet |