Exhibit 2

By Laws: Soul Quest Church of Mother Earth Inc. DBA Soul Quest Ayahuasca Church of Mother Earth (SQCME/SQACME)

NAME; The name of this organization, shall be the Oklevueha Native American Church of Soul Quest (ONACSSQ

STATEMENT OF FAITH; We believe in the sanctity of Mother Earth and Father Sky, it is without fault and is perfect. Soul Quest Ayahuasca Church of Mother Earth (SQACME) an Inter-Tribal, Organization, Branch Discipline & Convocation of the Medicine Men and Medicine Women of the Soul Quest Church of Mother Earth Inc. Declaration of Good Conscience and Practice, Constitution, and Establishment of SQCME.

Being a restoration of the Pre-Colonial and Pre-Conquest Nomadic Indigenous People which inhabited parts of Central America, North and South America, the Pacific Islands, Japan, Korea, China, Philippines, Thailand, Burma, India and Tibet anciently, and which left evidence of its periodic occupation of these Traditional Territories in writings and records left and religiously guarded in order that they might be brought into the light in a day of futurity so that the ancient, sacred ways of Native, Natural and Traditional healing and sacred practices might be restored, beginning in this State of Florida, in the United States of America, and spreading there from as far as the wind may carry the message, and for as long as the trees grow and the rivers flow.

We will educate others in our town of Georgia, the USA and in various locations anywhere in the world as spirit shall see fit to guide us to and use the internet to educate and make disciples of all nations. We run a healing ministry, counseling natural medicines school as we equip the saints to enter into their ministry that our Lord and or Great Spirit chooses for them. We will meet for worship services, Sunday School (Native American Style in Season and according to guidance from Spirit), worship in song and praise, put on plays, have a street ministry, pass out educational materials regarding our ministry and to educate others concerning the Native American Religion and Earth Based Spiritual faith. We will hold a board meeting one time a month or when appropriate to talk about current issues, and plans for future events. We are an inter-faith, inter-tribal, Indigenous Church, non-denominational church and indigenous peoples/ tribal organization and will always be so.

PURPOSE; The purpose of this Soul Quest Church of Mother Earth shall be to bring pleasure to God and Great Spirit by making more and better Disciples who celebrate in corporate worship, are committed to Obedience to the four boundless and unequaled states of mind: Love, Compassion, Joy and Equanimity, loving one another, and penetrating our spheres of influence with the dynamic teachings and

beliefs of our elders as passed down to us. Our other purpose is to train, disciple, and work for those in need. We will be active on the internet and all ministries on the net, we have para–church ministries and Native American/ Indigenous religion based auxiliaries all under the name Soul Quest Church of Mother Earth (SQCME): The Soul Quest extension or other name as the board shall designate, the out reaches, web sites, materials, para-Church ministries, all have different names, but are under the SQCME so named above. We educate others concerning separation of Church and state, and how according to the IRS a Church does not need a501 c (3) tax exemption, as the IRS code states. The Soul Quest Church of Mother Earth Independent Branch Soul Quest Ayahuasca Church of Mother Earth is already a compliant tax exempt entity. We do reserve the right to apply for a formal IRS letter of determination at some future date as decided by our elders and directors.

V. MEMBERSHIP;

The church shall receive as members those who have accepted the SQCME spiritual and religious principles, and manifesting the fruits of the Spirit in their lives, and are in Agreement with the doctrine of this church. (SQCME will provide various levels of membership appropriate for the education, commitment, education and healing scope of practice specific to the applicant and compared to our established standards (Subject to change by the Board at any time) The only requirement for membership is a request, one can become a member from day one, if they are and or express a belief in the foundation principles of SQCME.

IV. GOVERNMENT; Ultimate authority lies in God/ Great Spirit as the head of the church and in the sacred beliefs and doctrines expressed as the basis. For all faith and practice. This church shall remain free and self-governing. The Government is vested in its membership and administered by its officers. In function, final authority shall reside in the membership. They shall approve and/or affirm SQCME qualified leadership, to carry out the purposes of spirit. Our leadership will hold leadership meetings to talk, brainstorm and agree on any discipline or change that maybe required.

V. OFFICERS; The officers of this church shall be the Pastor(s), Elders, and/or Deacons, and other officers as deemed necessary by the local church. Administrator, Secretary and visiting Ministers and teachers/ Elders with Board permission. SR. Pastor currently fills all these requirements, until we grow in membership.

PROVISION FOR BY-LAWS AND POLICY MANUAL

A supplement to this constitution known as the BY-LAWS shall embody the stated qualifications for church leaders and officers. The BY-LAWS shall also include officers' duties, provisions for appointment of additional leaders and teachers, conditions for membership, method by which members are received, along with

other rules and regulations for church activities as needed. A Policy Manual shall cover such items as operational, job descriptions for all positions in the church, etc.

VI The Bylaws;

The by-laws are in a separate document from the constitution. It is usually longer, more detailed, and easier to change. With growing church plants, this should be a dynamic document. The by-laws provide a vehicle to implement and carry out the principles outlined by the Constitution. They explain how the organization functions in terms of boards, committees, officers, membership admission, frequency of meetings and quorums. A description of boards and committees, including their duties and terms of service, should also be included. An organizational chart is helpful.

SQCME Church Bylaws at present, we are ruled by solo scripture, indigenous and traditional, familial as well as oral traditions passed on to us by our elders and our bylaws we feel will be from the word and relevant sacred text, writings and as determined by the Sr. Pastors. At present all discipline and decisions are done solely by the Sr. Pastor, Church Administrator, and or an elder.

VII. AMENDMENTS;

Amendments to this constitution may be made at any business meeting when said proposed Amendments have been presented to the membership in writing and posted for at least one month prior to the business meeting. A two-thirds majority is required for passage.

VIII. Church meeting minutes;

Keep Minutes as need.

The legal support for the State's lack of jurisdiction over the church in America is not only the Word of God, but the First Amendment to the Constitution for the United States: AS stated above and below

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof...No church in any nation at any point in history can lay claim to the freedoms and liberties that are guaranteed the church in America. The First Amendment is an act of God's Providence to safeguard His church and maintain its independence from the State. The First Amendment is the highest form of real protection the church has ever known in history.

Pastor: Chris Young _____ DATE:_____

Assistant Pastor: Verena Young _____ DATE:_____