Exhibit 4



# Foundation Declaration for Soul Quest Church of Mother Earth DBA Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center

## I. Name

The name of this organization shall be the Soul Quest Church of Mother Earth, Inc. (SQCME) DBA Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME).

## II. Statement of Beliefs

Soul Quest Church of Mother Earth (SQCME) is an Inter-Discipline Convocation of Medicine Men and Medicine Women of the Soul Quest Church of Mother Earth Retreat and Wellness Center (SQACME); an independent branch of Soul Quest Church of Mother Earth (SQCME).

We are a restoration of the ancient, sacred teachings, writings and ways of the pre-colonial and pre-conquest ancient nomadic indigenous peoples which historically inhabited parts of Central, North and South America, the Pacific Islands, Japan, Korea, China, Philippines, Thailand, Burma, India and Tibet., all of whom left evidence of periodic territorial occupation, writings and records. These peoples religiously guarded their sacred ways of native, natural and traditional healing practices in order that it be restored and brought into the light in a day of futurity. We honor these ancient sacred healing traditions, beginning here in this state of Florida, in the United States of America and spreading out as far as the wind may carry the message, for as long as the trees grow and the rivers flow.

Starting in our town in Florida, USA and extending to various locations in the world where the Great Spirit shall see fit to guide us, we will educate others and welcome disciples of all people, from all nations. We run a healing ministry, counseling and natural medicine school that equips our members to integrate our ministry into their lives as the Lord/Great Spirit directs them. We hold spiritual classes and services (Native American style per seasons and guidance from Great Spirit), worship in music and song, share personal professions of faith in action, enact plays, provide street ministry, spiritual materials and provide education on Indigenous Native American Religion and Earth Based Spiritual faith.

We believe in the rights of Mother Earth.

We believe that we are all part of Mother Earth, an indivisible, living community of interrelated and interdependent beings with a common destiny; gratefully acknowledging that Mother Earth is the source

of life, nourishment and learning and provides everything we need to live well. We also recognize that Mother Earth is part of a greater creation.

We recognize that, the capitalist system and all forms of depredation, exploitation, abuse and contamination have caused great destruction, degradation and disruption of Mother Earth, putting life as we know it today at risk through phenomena such as climate change.

We are convinced that in an interdependent living community it is not possible to recognize the rights of only human beings without causing an imbalance within Mother Earth.

We believe that, to guarantee human rights, it is necessary to recognize and defend the rights of Mother Earth and all beings in her, and that there are existing cultures, practices and laws that do so.

We are conscious of the urgency of taking decisive, collective action to transform structures and systems that cause climate change and other threats to Mother Earth.

We believe that the plant life products of Mother Earth are of the highest value and are to be used as natural healing treatments and therefore we proclaim them to be sacred plants and materials to be treated with dignity, protected from threat or violation and defended as a holy sacrament.

We proclaim this Universal Declaration of the Rights of Mother Earth, and call on the General Assembly of the United Nation to adopt it, as a common standard of achievement for all peoples and all nations of the world; and, to the end that every individual and institution takes responsibility for promoting through teaching, education, and consciousness raising, respect for the rights recognized in this Declaration and ensure through prompt and progressive measures and mechanisms, national and international, their universal and effective recognition and observance among all peoples and States in the world.

### Article I: Mother Earth

We believe that:

(1) Mother Earth is a living being.
(2) Mother Earth is a unique, indivisible, self-regulating community of interrelated beings that sustains, contains and reproduces all beings.
(3) Each being is defined by its relationships as an integral part of Mother Earth.
(4) The inherent rights of Mother Earth are inalienable in that they arise from the same source as existence.
(5) Mother Earth and all beings are entitled to all the inherent rights recognized in this Declaration without distinction of any kind, such as may be made between organic and inorganic beings, species, origins, use to human beings, or any other status.
(6) Just as human beings have rights, all other beings also have rights which are specific to their species or kind and appropriate for their role and function within the communities within which they exist.
(7) The rights of each being are limited by the rights of other beings and any conflict between their rights must be resolved in a way that maintains the integrity, balance and health of Mother Earth.

### Article II: Inherent Rights of Mother Earth

We believe that:

(1) Mother Earth and all beings of which she is composed have the following rights.
   a. The right to life and to exist;
   b. The right to be respected;
   c. The right to regenerate its bio-capacity and to continue its vital cycles and processes free from human disruptions;
   d. The right to maintain its identity and integrity as a distinct, self-regulating and interrelated being;
   e. The right to clean water as a source of life;
   f. The right to clean air;
   g. The right to integral health;
   h. The right to be free from contamination, pollution and toxic or radioactive waste;
   i. The right to not have its genetic structure modified or disrupted in a manner that threatens its integrity or vital and healthy functioning;
   j. The right to full and prompt restoration for violation of the rights recognized in this Declaration caused by human activity;
(2) Each being has the right to a place and to play its role in Mother Earth for her harmonious function.
(3) Every being has the right to wellbeing and to live free from torture or cruel treatment by human beings.

### Article III: Obligations of Human Beings to Mother Earth

We believe that:

(1) Every human being is responsible for respecting and living in harmony with Mother Earth.
(2) Human beings, all States and all public and private institutions must:
   a. Act in accordance with the rights and obligations recognized in this Declaration;
   b. Recognize and promote the full implementation and enforcement of the rights and obligations recognized in this Declaration;
   c. Promote and participate in learning, analysis, interpretation and communication about how to live in harmony with Mother Earth in accordance with this Declaration;
   d. Ensure that the pursuit of human well-being contributes to the well-being of Mother Earth, now and in the future;
   e. Establish and apply effective norms and laws for the defense, protection and conservation of the rights of Mother Earth;
   f. Respect, protect, conserve and where necessary, restore the integrity, of the vital ecological cycles, processes and balances of Mother Earth;
   g. Guarantee that the damages caused by human violations of the inherent rights recognized in this Declaration are rectified and that those responsible are held accountable for restoring the integrity and health of Mother Earth;
   h. Empower human beings and institutions to defend the rights of Mother Earth and of all beings;
   i. Establish precautionary and restrictive measures to prevent human activities from causing species extinction, the destruction of ecosystems or the disruption of ecological cycles;
   j. Guarantee peace and eliminate nuclear, chemical and biological weapons;
   k. Promote and support practices of respect for Mother Earth and all beings, in accordance with their own cultures, traditions and customs;
   l. Promote economic systems that are in harmony with Mother Earth and in accordance with the rights recognized in this Declaration.

### Article IV: Definitions

We believe that:

(1) The term "being" includes ecosystems, natural communities, species and all other natural entities which exist as part of Mother Earth.
(2) Nothing in this Declaration restricts the recognition of other inherent rights of all beings or specified beings.

## IV. Preamble

We believe in the Creator (Great Spirit) and that the Creator made all men and women who have lived, and do now live and who will yet live, as free and equal beings. We recognize the inherent, ancestral, sovereign rights granted to all people by the Creator, human conscience, international law and legal constructs of reciprocity, mutuality and comity, which cannot be dismissed or extinguished. We believe that we derive from and that we may become like the Native and Traditional Indigenous people who lived in this land anciently. That through their literal descendants, we claim the right to form an Indigenous Traditional Organization based upon their teachings and wisdoms which have been passed down to us through the traditions, customs, ceremonies, records that have been guarded though the ages by their descendants. We acknowledge the sacred texts of all traditional religions and religious traditions regarding the principles of sacred expression and natural medicine. We affirm and support traditional Christian and Indigenous principles for spiritually based health care.

Our mission is to restore divine wisdom and knowledge of what nature offers to enhance health and life. We affirm to do this through traditional ceremony, sacraments, scriptural and spiritually valid science, based on natural law to assess, improve and restore good physical, mental and spiritual health. The focus of SQCME is not on disease and treatment of disease but on analyzing the genesis of poor health, hygiene and utilizing the natural law, inclusive of physical, mental and spiritual insights for health restoration based on traditions found in the sacred text and scripture. While respecting and utilizing scripturally valid science, SQCME has its basis in the Creator's (Great Sprit) law of nature and its abundant products and not in science.

Accordingly, we believe that we are all relations, one to another, and we are children of the same Creator (Great Spirit). We affirm the United Nations Declaration on the Rights of Indigenous Peoples (U.N. Sub-commission on Prevention of Discrimination and Protection of Minorities, 1994/45, August 26, 1994, U.N. Doc. E/.CN.4/1995/2, E/CN.4/sub.2/1994/56, at 105(1994), which finally culminated in the Unanimous Ratification of the Member States and has become part of International Rights Law.

Fundamental to our traditions is the truth that, as children of the Creator (Great Spirit), we are entitled to the freedoms of thought, religion, education, assembly, opinion, speech, movement, our sacred rights of worship, methods of healing, our traditional lifestyle and security within our historical territories, insofar as that freedom does not prevent others from likewise enjoying the same freedoms. We believe that men and women have been endowed with intelligence enough to govern themselves in such a manner as to guarantee to themselves these freedoms, to establish just and right ways to deal with each other, to maintain a tranquil and secure domestic life, provide for defense of these rights when needed, and to insure for ourselves and our posterity the blessings that our culture, traditions and teachings bring.

Accordingly we exercise the Right of Self-Determination, which has been guaranteed by International and Domestic Law to form Soul Quest Church of Mother Earth Inc.(SQCME), Indigenous Traditional Organization, comprised of individuals whose lineage may or may not descend from any Federally or Crown Recognized Tribes or Bands, Non-Recognized Tribes and Bands, Native Hawaiian, Native Alaskan or any other Indigenous Peoples worldwide as well as other individuals, tribes or groups Soul Quest Church of Mother Earth (SQCME) shall see fit to admit by the exercise of our Religion and the administration of our Cultural Traditions and Institutions, whom we recognize as our people, founded upon the Customs, Traditions, Principles, Religion, Governance, and Belief-Systems cited herein, and we ordain and establish this Constitution for the Soul Quest Church of Mother Earth Inc (SQCME) Indigenous Traditional Organization as an Indigenous Group under UNDRIP.

### IV. Origin-Teacher-Prophet

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center's (SQACME) origin, teacher and prophet is the Spirit of Ayahuasca made of the two sacred plants *"Banisteriopsis Caapi" and "Psychotria Viridis"*. Our beliefs, purposes and guidelines are given to us through channeled material documented in the sacred writings known as the Ayahuasca Manifesto.

> *"I am the spirit of Ayahuasca. For the first time, I reveal myself through the "Word" to make an emergency call to all the Human Beings on the Planet, especially to the Light Seekers, as I must expand beyond the Amazon River Basin. With my physical expansion, I intend to facilitate the spiritual transformation currently stirring the human species…"*
>
> *I am a spirit of spirits. I operate from a vibration superior to the spirits who compose me. I am of a hierarchy superior to that of the spirit of Ayahuasca and of Chacruna. I am the medicine resulting from the mixture of Ayahuasca and Chacruna. Although they give me the name of one of them, my sacred magic does not come from either one of them. My magic resides in the synergy created by the sacred mixture "*

### V. Important Writings

The Ayahuasca Manifesto outlines the guiding principles of the Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME). Our beliefs, purposes and guidelines are given to us through channeled material documented in the sacred writings known as the Ayahuasca Manifesto. The Manifest provides knowledge and direction and includes details about our mission, values and guidance as well as instructions on the following topics:

(1) Role in the Expansion of the Human Consciousness
(2) Purpose with Human Beings
(3) Respect and the Sacred Nature of Ayahuasca
(4) Benefits of Use
(5) Guide for Conducting Ayahuasca Ceremonies
(6) Planetary Mission

## V. Purpose

The purpose of Soul Quest Ayahuasca Church of Mother Earth shall be to bring pleasure to God and Great Spirit of Ayahuasca by making more and better Disciples who celebrate in corporate worship, are committed to Obedience to the four boundless and unequaled states of mind: Love, Compassion, Joy and Equanimity, loving one another, and penetrating our spheres of influence with the dynamic teachings and beliefs of our elders as passed down to us. Our other purpose is to train, disciple, and work for those in need. We will be active on the internet and all ministries on the net, we have para-church ministries and Indigenous Native American religion based auxiliaries all under the name Soul Quest Church of Mother Earth Inc. (SQCME). The Soul Quest extension or other name as the board shall designate, the out reaches, web sites, materials, para-Church ministries, all have different names, but are under the SQCME so named above. We educate others concerning separation of Church and state, and how, per the IRS, a Church does not need a501 c (3) tax exemption, as the IRS code states the Soul Quest Church of Mother Earth Inc. is already a compliant tax exempt entity. We do reserve the right to apply for a formal IRS letter of determination at some future date as decided by our elders and directors.

### (1) Membership

The church shall receive as members those who have accepted the SQCME spiritual and religious principles, and manifesting the fruits of the Great Spirit in their lives, and agree with the doctrine of this church. (SQCME will provide various levels of membership appropriate for the education, commitment, and healing scope of practice specific to the applicant and compared to our established standards, which are subject to change by the Board at any time) The only requirement for membership is a request, one can become a member from day one, if they are and or express a belief in the foundation principles of SQCME.

### (2) Governance

Ultimate authority lies in the Creator/ Great Spirit of Ayahuasca as the head of the church and in the sacred beliefs and doctrines expressed as the basis. For all faith and practice. This church shall remain free and self-governing. The Government is vested in its membership and administered by its officers. In function, final authority shall reside in the membership. They shall approve and/or affirm SQCME qualified leadership, to carry out the purposes of the spirit of Ayahuasca. Our leadership will hold leadership meetings to talk, brainstorm and agree on any discipline or change that maybe required.

### (3) Officers

The officers of this church shall be the Medicine Man/Woman, Pastor, Elder and Counselor. Other officers such as church. administrator, secretary and visiting ministers and teachers/ elders will be assigned with board permission. Sr. Pastor currently fills all these requirements, until we grow in membership.

## VI. Holidays

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth (SQACME) currently observes the following as sacred holy days:

- December 23-Winter Solstice
- March 21-Spring Equinox
- April 22-Earth Day

- June 21 Summer Solstice
- September 21 Autumnal Equinox

## VII. Diet/Fasting

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center(SQACME) follows the traditional diet of the Medicine People. The diet is not just about avoiding certain foods but is about discipline, sacrifice and commitment. The restrictions are in place to help cleanse the body so the plant medicine can work most efficiently. The diet restricts many spices, salt and pepper. It also includes periods of abstinence from sex or sexual activity. The idea is that the blandness of food and the lack of sexual stimulation or excitement can help heighten sensitivity to the plant medicine spirit. The following diet is about respect, for the sacred plant spirit, and commitment to your journey.

Diet-7 days prior to ceremony, please refrain from:

- Drug Use – this includes prescription drugs (please refer to our Medical interaction form) and all recreational drugs
- Alcohol
- Sexual Activity (sex with partner or masturbation)

Diet-3 days prior to ceremony, please refrain from:

- Salt
- Sugars or Artificial Sweeteners
- Red Meat, Pork, Animal Fats
- All Fermented foods, Soy Sauce, Miso, Sauerkraut
- Dairy Products, Aged Cheese
- Caffeine (coffee, tea, sodas)
- Carbonated drinks
- Hot spices/peppers
- Processed Food, Fried Food
- Overripe Fruits, Dried Fruits

It is recommended that SQCME/SQACME facilitators fast the day before and day of the 1st ceremony as a demonstration of commitment to the plant medicine spirit and to prepare the body to assist Great Spirit in the ceremony. Participants may also choose to fast during this time as well.

## VIII. Appearance/Clothing

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME) staff observe the tradition of wearing white during retreat and ceremonial time. We ask that participants also wear white or light colored clothing while in retreat and ceremony. The color white represents the color of eternal light and is an emblem of the divine. It projects purity, cleanliness and neutrality. It aids in mental clarity, encourages us to clear clutter and obstacles, evokes purification of thoughts and actions and enables fresh beginnings. All clothing should be comfortable and allow you to move around easily, it must be respectful to the Great Spirit fellow participants and SQCME/SQACME staff.

- Men: loose fitting white (light colored) pants, shirts, shorts, tanks, t-shirts, long/short sleeved shirts
- Women: loose fitting white (light colored) dresses, pants, skirts, shorts, shirts, tanks, t-shirts, long/short sleeved shirts.

## IX. Propagation

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME) will utilize all methods of communications, social media, video and printed materials to advertise and spread the sacred messages of our beliefs and community offerings. We do not charge for the sacrament of Ayahuasca. All monies collected through membership, retreat fees, tithing or donation are used solely for the sustainment of the Retreat facility, ceremonial tools, property upkeep, staff salaries, food and additional expenses incurred with the upkeep of the Church.

## X. Purpose of SQCME/SQACME

The purpose to which Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME) was created is to:

- Provide our community with service, education, spiritual fellowship and healing.
- Protect the practice of Mother Earth/God and Goddess based and Native American spiritual traditions, ceremonies, sacred practices, wisdoms and healing ways.
- Provide an international training center, seminary school that offers residency, practicum, ordination and training on traditional doctrines, church beliefs to initiates, healers, practitioners, therapists, counselors, clergy, pastors, ministers, shamans and doctors.
- Support Indigenous Native Peoples rights, culture where they may be found on Mother Earth and other activities that are allowed under the Free Exercise Clause of the First Amendment of the United States of America.

## VI. Provisions for By-Laws and Policy Manual

A supplement to this constitution known as the BY-LAWS shall embody the stated qualifications for church leaders and officers. The BY-LAWS shall also include officers' duties, provisions for appointment of additional leaders and teachers, conditions for membership, method by which members are received, along with other rules and regulations for church activities as needed. A Policy Manual shall cover such items as operational, job descriptions for all positions in the church, etc. Both the By-Laws and Policy Manual and included in the Addendum to this document.

The legal support for the State's lack of jurisdiction over the church in America is not only the Word of God, and the Spirit of Ayahuasca but the First Amendment to the Constitution for the United States, as stated above and below.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof. No church in any nation at any point in history can lay claim to the freedoms and liberties that are guaranteed the church in America. The First Amendment is an act of God's Providence to safeguard His church and maintain its independence from the State. The First Amendment is the highest form of real protection the church has ever known in history.

Page 8 of 10

## XI. Governance of SQCME/SQACME

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME) shall be governed by the following officers:

Chief Executive Officer, Medicine Man, Pastor, Chief Elder and Counselor: Chris Young

President, Elder and Counselor: Verena Young

Director, Medicine Chief, Elder and Counselor: TBD

Council of Elders: made up of senior members of the tribe, temple, church, seminary of various specialties as necessary for the welfare of the church.

## XII. Powers Granted to the Church

The Officers of Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME) can take the necessary agreed upon actions to develop the church and its mission. Each calendar year, a full and complete account of the actions taken shall be made available to the Members. The Annual Accounting for the preceding year shall take place at the Annual Meeting. Our Board meets once a month or when appropriate to discuss current issues, seasonal traditions and plans for future events.

All financial transactions shall be reviewed semi-annually in the Officers meeting.

## XIII. Founders of the Church

Soul Quest Church of Mother Earth Inc. (SQCME)-Nonprofit Corporation Federal ID # 841402813. Soul Quest Church of Mother Earth Inc. (SQCME) Florida State Non-Profit religious organization was founded by Medicine Man, Pastor, Chief Elder and Counselor: Chris Young and Elder and Counselor: Verena Young.

Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME)an independent branch or Free Church of SQCME; Florida State Non-Profit Corporation 501(3) IRS compliant Non-Profit was first incorporated July 15th 2016. The Soul Quest Branch Charter Declaration was made on July 15th 2016; founded by Medicine Man, Pastor, Chief Elder and Counselor: Chris Young and Elder and Counselor: Verena Young.

**Chris Young** _____ DATE: _____

CEO, Medicine Man, Pastor, Chief Elder and Counselor:

**Verena Young** _____ DATE: _____

President, Elder and Counselor:

**Lindsay Johnson** _____ DATE: _____

Secretary, Elder and Counselor