Exhibit 5

## V. Purpose

The purpose of Soul Quest Ayahuasca Church of Mother Earth shall be to bring pleasure to God and Great Spirit of Ayahuasca by making more and better Disciples who celebrate in corporate worship, are committed to Obedience to the four boundless and unequaled states of mind: Love, Compassion, Joy and Equanimity, loving one another, and penetrating our spheres of influence with the dynamic teachings and beliefs of our elders as passed down to us. Our other purpose is to train, disciple, and work for those in need. We will be active on the internet and all ministries on the net, we have para-church ministries and Indigenous Native American religion based auxiliaries all under the name Soul Quest Church of Mother Earth Inc. (SQCME). The Soul Quest extension or other name as the board shall designate, the out reaches, web sites, materials, para-Church ministries, all have different names, but are under the SQCME so named above. We educate others concerning separation of Church and state, and how, per the IRS, a Church does not need a501 c (3) tax exemption, as the IRS code states the Soul Quest Church of Mother Earth Inc. is already a compliant tax exempt entity. We do reserve the right to apply for a formal IRS letter of determination at some future date as decided by our elders and directors.

### (1) Membership

The church shall receive as members those who have accepted the SQCME spiritual and religious principles, and manifesting the fruits of the Great Spirit in their lives, and agree with the doctrine of this church. (SQCME will provide various levels of membership appropriate for the education, commitment, and healing scope of practice specific to the applicant and compared to our established standards, which are subject to change by the Board at any time) The only requirement for membership is a request, one can become a member from day one, if they are and or express a belief in the foundation principles of SQCME.

### (2) Governance

Ultimate authority lies in the Creator/ Great Spirit of Ayahuasca as the head of the church and in the sacred beliefs and doctrines expressed as the basis. For all faith and practice. This church shall remain free and self-governing. The Government is vested in its membership and administered by its officers. In function, final authority shall reside in the membership. They shall approve and/or affirm SQCME qualified leadership, to carry out the purposes of the spirit of Ayahuasca. Our leadership will hold leadership meetings to talk, brainstorm and agree on any discipline or change that maybe required.

### (3) Officers

The officers of this church shall be the Medicine Man/Woman, Pastor, Elder and Counselor. Other officers such as church. administrator, secretary and visiting ministers and teachers/ elders will be assigned with board permission. Sr. Pastor currently fills all these requirements, until we grow in membership.

## VI. Holidays

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth (SQACME) currently observes the following as sacred holy days:

- December 23-Winter Solstice
- March 21-Spring Equinox
- April 22-Earth Day

- June 21 Summer Solstice
- September 21 Autumnal Equinox

## VII. Diet/Fasting

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center(SQACME) follows the traditional diet of the Medicine People. The diet is not just about avoiding certain foods but is about discipline, sacrifice and commitment. The restrictions are in place to help cleanse the body so the plant medicine can work most efficiently. The diet restricts many spices, salt and pepper. It also includes periods of abstinence from sex or sexual activity. The idea is that the blandness of food and the lack of sexual stimulation or excitement can help heighten sensitivity to the plant medicine spirit. The following diet is about respect, for the sacred plant spirit, and commitment to your journey.

Diet-7 days prior to ceremony, please refrain from:

- Drug Use – this includes prescription drugs (please refer to our Medical interaction form) and all recreational drugs
- Alcohol
- Sexual Activity (sex with partner or masturbation)

Diet-3 days prior to ceremony, please refrain from:

- Salt
- Sugars or Artificial Sweeteners
- Red Meat, Pork, Animal Fats
- All Fermented foods, Soy Sauce, Miso, Sauerkraut
- Dairy Products, Aged Cheese
- Caffeine (coffee, tea, sodas)
- Carbonated drinks
- Hot spices/peppers
- Processed Food, Fried Food
- Overripe Fruits, Dried Fruits

It is recommended that SQCME/SQACME facilitators fast the day before and day of the 1st ceremony as a demonstration of commitment to the plant medicine spirit and to prepare the body to assist Great Spirit in the ceremony. Participants may also choose to fast during this time as well.

## VIII. Appearance/Clothing

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME) staff observe the tradition of wearing white during retreat and ceremonial time. We ask that participants also wear white or light colored clothing while in retreat and ceremony. The color white represents the color of eternal light and is an emblem of the divine. It projects purity, cleanliness and neutrality. It aids in mental clarity, encourages us to clear clutter and obstacles, evokes purification of thoughts and actions and enables fresh beginnings. All clothing should be comfortable and allow you to move around easily, it must be respectful to the Great Spirit fellow participants and SQCME/SQACME staff.