Exhibit 6

- June 21 Summer Solstice
- September 21 Autumnal Equinox

## VII. Diet/Fasting

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center(SQACME) follows the traditional diet of the Medicine People. The diet is not just about avoiding certain foods but is about discipline, sacrifice and commitment. The restrictions are in place to help cleanse the body so the plant medicine can work most efficiently. The diet restricts many spices, salt and pepper. It also includes periods of abstinence from sex or sexual activity. The idea is that the blandness of food and the lack of sexual stimulation or excitement can help heighten sensitivity to the plant medicine spirit. The following diet is about respect, for the sacred plant spirit, and commitment to your journey.

Diet-7 days prior to ceremony, please refrain from:

- Drug Use – this includes prescription drugs (please refer to our Medical interaction form) and all recreational drugs
- Alcohol
- Sexual Activity (sex with partner or masturbation)

Diet-3 days prior to ceremony, please refrain from:

- Salt
- Sugars or Artificial Sweeteners
- Red Meat, Pork, Animal Fats
- All Fermented foods, Soy Sauce, Miso, Sauerkraut
- Dairy Products, Aged Cheese
- Caffeine (coffee, tea, sodas)
- Carbonated drinks
- Hot spices/peppers
- Processed Food, Fried Food
- Overripe Fruits, Dried Fruits

It is recommended that SQCME/SQACME facilitators fast the day before and day of the 1st ceremony as a demonstration of commitment to the plant medicine spirit and to prepare the body to assist Great Spirit in the ceremony. Participants may also choose to fast during this time as well.

## VIII. Appearance/Clothing

Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME) staff observe the tradition of wearing white during retreat and ceremonial time.  We ask that participants also wear white or light colored clothing while in retreat and ceremony. The color white represents the color of eternal light and is an emblem of the divine. It projects purity, cleanliness and neutrality. It aids in mental clarity, encourages us to clear clutter and obstacles, evokes purification of thoughts and actions and enables fresh beginnings. All clothing should be comfortable and allow you to move around easily, it must be respectful to the Great Spirit fellow participants and SQCME/SQACME staff.