Exhibit 7

Doctrinal Statement/ Code of Ethics:                       Page 1 of 3

**Soul Quest Church of mother Earth Inc. An Indigenous Native American Church (SQCME): Herein after referred to simply as SQCME or "the church".**

The Church Statement of Beliefs
We believe in the rights of Mother Earth etc.

**Soul Quest Church of Mother Earth Inc. DBA Soul Quest Ayahuasca Church of Mother Earth and any Authorized Branch of Soul Quest Ayahuasca Church of Mother** accepts all natural substances and their derivatives, natural herbs and plants as central to our established religious belief – Natural substances, minerals and natural Herbs and plants are significant Indigenous Earth-Based Healing Sacrament (Eucharist) for this church. Sacerdotal duties performed by ministers/ medicine persons include and are not limited to all traditional roles and services common to expression of indigenous, tradition, native and earth based religious practice as well as to any organized religious organization.

    The names for Spiritual Leaders (Pastor, Clergy, Medicine Man/Woman) of Soul Quest Church of Mother Earth are known by a variety of sacred callings: Minister, Curandera, Elder, Mara'akame, Roadman, Sacred Prayer Pipe Carrier, Water Pourer and etc.; those who are experienced in some American Native Spiritual practices and who act to facilitate the spiritual practices of others. A Soul Quest Church of Mother Earth Medicine Person need not claim exclusive or definitive knowledge of his or her practice.

    Even though Soul Quest Church of Mother Earth's primary purpose is to administer Sacramental Ceremonies, a Soul Quest Church of Mother Earth of Sacred Medicine Person is free 'not' to administer a sacrament during any particular Indigenous ceremony

    All Soul Quest Church of Mother Earth Indigenous Ceremonies of North and South America (Birth, Breath, Holy Anointing*, Marriage, Passing Over, Prayer Pipe, Sacrament**, Spirit Dance, Sun Dance, Sweat Lodge, and Vision Quest, but especially Birth, Sun Dance, Sweat Lodge, and Vision Quest) may carry extreme mental, emotional and physical transformations. Therefore, when a member and/or Authorized Participant choose to participate in any American Native Ceremony with the assistance of an Soul Quest Church of Mother Earth Medicine person, both take on special responsibilities and understandings:

1) Soul Quest Church of Mother Earth Medicine People are to practice and serve in ways that cultivate awareness, empathy, and wisdom for all Members and Authorized Participants, during ceremonies.

2) Soul Quest Church of Mother Earth Medicine Authorized Participants will adhere and comply to all directorial appeals one-hour prior, during, and three hours after ceremony, being conducted by an Soul Quest Church of Mother Earth Medicine Person.

3) Soul Quest Church of Mother Earth Medicine Spiritual Practices are inspired and conducted in ways that respect the common good, with due regard for public safety, health, and order.

        a. Often, the increased awareness gained from Indigenous, Traditional, American Native Spiritual ceremonies will catalyze a desire for personal and social change in a Member, Authorized Participant's, life.

        b. Medicine People shall use special care in assisting the direction of energies of those whom they serve, as well as their own energies, in responsible ways that reflect a loving and respectful regard for all life.

4) The autonomy and dignity of each Member and/or Authorized Participant are respected and preserved by Soul Quest Church of Mother Earth Medicine People. Participation in any Soul Quest Church of Mother Earth Medicine Ceremony must be voluntary and based on prior disclosure and consent given by each participant while in an ordinary state of consciousness.

   a. Disclosure shall include, at a minimum, discussion of any elements of the ceremony that could reasonably be seen as presenting physical or psychological risks. In particular, first time Authorized Participants must be advised that American Native Ceremonies can be difficult and dramatically transforming

   b. Health and Safety during the ceremony and the few hours of vulnerability that may follow a ceremony are watched over carefully with reasonable preparations by the Medicine People.

   c. Limits on the behaviors of Members and Authorized Participants Medicine People are to be made clear and agreed upon in advance of any American Native Ceremony.

   d. Cultural / religious customs and confidentiality are to be accepted and honored.

5) Soul Quest Church of Mother Earth Medicine ceremonies are to be conducted in the spirit of service. Medicine People accommodate Members, Authorized Participants without regard to race, religious affiliations, gender, cultural background, financial status, political affiliations and/or Sexual orientation.

6) Soul Quest Church of Mother Earth Medicine People are aware during ceremony that Members and Authorized Participants may be especially open to suggestion.

   a. Medicine People pledge to protect participants and not to allow anyone to use that vulnerability in ways that harm themselves or others.

7) Soul Quest Church of Mother Earth Medicine makes absolutely no claims about being in authority or having the ability to conduct saving ordinances.

8) Soul Quest Church of Mother Earth Medicine is part of an indigenous peoples, traditional, Spiritual Earth Based Healing and Empowering International Religion and Collective that serves individuals and the wider community when and wherever a Soul Quest Church of Mother Earth member may reside in.

9) Soul Quest Church of Mother Earth Medicine is committed to growth through attraction of service rather than proselytizing for membership.

*Soul Quest Church of Mother Earth does not condone in any manner shape or form the physical and/or sexual abuse of children, any exploitation of children in any sexual or physically abusive form, or of any person or other earthly beings.*

**Soul Quest Church of Mother Earth does not condone in any manner, shape, or form, the utilization of any substance or remedy for any condition of any kind that is addictive and/or with overdosing abilities that bring about death.*

Why was the Soul Quest Church of Mother Earth created? To provide our community with service, education, spiritual fellowship, healing. To research and develop new, elegant and creative, safe and sustainable ways for brining healing to our community and the world at large. To protect the practice of Mother Earth based Native American spiritual traditions, ceremony, sacred practices and healing ways etc.

**Chris Young** _____ Date: _____

**Verena Young** _____ Date: _____