Exhibit 9



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

**Florida Not For Profit Corporation**
SOUL QUEST CHURCH OF MOTHER EARTH INC.

### Filing Information

| | |
|---|---|
| **Document Number** | N16000006870 |
| **FEI/EIN Number** | 81-3237994 |
| **Date Filed** | 07/13/2016 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

1371 HANCOCK LONE PALM ROAD
ORLANDO, FL 32828

### Mailing Address

1371 HANCOCK LONE PALM ROAD
ORLANDO, FL 32828

### Registered Agent Name & Address

SPIEGEL & UTRERA, P.A.
1840 SW 22ND ST.
4TH FLOOR
MIAMI, FL 33145

### Officer/Director Detail

**Name & Address**

Title P, Director

YOUNG, CHRISTOPHER
1371 HANCOCK LONE PALM ROAD
ORLANDO, FL 32828

Title VPS, Director

YOUNG, VERENA
1371 HANCOCK LONE PALM ROAD
ORLANDO, FL 32828

Title Director

IRWIN, SCOTT
1371 HANCOCK LONE PALM ROAD

ORLANDO, FL 32828

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2017 | 04/27/2017 |
| 2018 | 02/09/2018 |
| 2019 | 04/09/2019 |

### Document Images

| | |
| --- | --- |
| 04/09/2019 -- ANNUAL REPORT | View image in PDF format |
| 02/09/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2017 -- ANNUAL REPORT | View image in PDF format |
| 07/13/2016 -- Domestic Non-Profit | View image in PDF format |

# Florida Department of State
# Division of Corporations

## Detail by Entity Name

### Florida Not For Profit Corporation
SOUL QUEST CHURCH OF MOTHER EARTH INC.

### Filing Information

| | |
|---|---|
| **Document Number** | N16000006870 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 07/13/2016 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address
1371 HANCOCK LONE PALM ROAD
ORLANDO, FL 32828

### Mailing Address
1371 HANCOCK LONE PALM ROAD
ORLANDO, FL 32828

### Registered Agent Name & Address
SPIEGEL & UTRERA, P.A.
1840 SW 22ND ST.
4TH FLOOR
MIAMI, FL 33145

### Officer/Director Detail
**Name & Address**

Title P

YOUNG, CHRISTOPHER
1371 HANCOCK LONE PALM ROAD
ORLANDO, FL 32828

Title VPS

YOUNG, VERENA
371 HANCOCK LONE PALM ROAD

```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI OH 45999-0023
```

Date of this notice: 07-14-2016

Employer Identification Number:
81-3237994

Form: SS-4

Number of this notice: CP 575 E

SOUL QUEST CHURCH OF MOTHER EARTH
INC
1371 HANCOCK LONE PALM RD
ORLANDO, FL 32828

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 81-3237994. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

When you submitted your application for an EIN, you checked the box indicating you are a non-profit organization. Assigning an EIN does not grant tax-exempt status to non-profit organizations. Publication 557, Tax-Exempt Status for Your Organization, has details on the application process, as well as information on returns you may need to file. To apply for recognition of tax-exempt status under Internal Revenue Code Section 501(c)(3), organizations must complete a Form 1023-series application for recognition. All other entities should file Form 1024 if they want to request recognition under Section 501(a).

Nearly all organizations claiming tax-exempt status must file a Form 990-series annual information return (Form 990, 990-EZ, or 990-PF) or notice (Form 990-N) beginning with the year they legally form, even if they have not yet applied for or received recognition of tax-exempt status.

Unless a filing exception applies to you (search www.irs.gov for Annual Exempt Organization Return: Who Must File), you will lose your tax-exempt status if you fail to file a required return or notice for three consecutive years. We start calculating this three-year period from the tax year we assigned the EIN to you. If that first tax year isn't a full twelve months, you're still responsible for submitting a return for that year. If you didn't legally form in the same tax year in which you obtained your EIN, contact us at the phone number or address listed at the top of this letter.

For the most current information on your filing requirements and other important information, visit www.irs.gov/charities.

Annual Exempt Organization Return: Who Must File

11/06/15 10:18 am



**Charities & Non-Profits Topics**

- A-Z Index
- Search for Charities
- Calendar of Events
- Charity and Nonprofit Audits
- Free e-Newsletter
- Online Training
- Life Cycle
- Taxpayer Bill of Rights
- Tax Exempt and Government Entities

# Annual Exempt Organization Return: Who Must File

Every organization exempt from federal income tax under Internal Revenue Code section 501(a) must file an annual information return *except*:

1. A church, an interchurch organization of local units of a church, a convention or association of churches,
2. An integrated auxiliary of a church,
3. A church-affiliated organization that is exclusively engaged in managing funds or maintaining retirement programs,
4. A school below college level affiliated with a church or operated by a religious order,
5. Church-affiliated mission societies if more than half of their activities are conducted in, or are directed at persons in, foreign countries,
6. An exclusively religious activity of any religious order,
7. A state institution, the income of which is excluded from gross income under section 115,
8. A corporation described in section 501(c)(1) that is organized under an Act of Congress, an instrumentality of the United States, and is exempt from federal income taxes,
9. A stock bonus, pension, or profit-sharing trust that qualifies under section 401(required to file Form 5500, *Annual Return/Report of Employee Benefit Plan*),
10. A religious or apostolic organization described in section 501(d) (required to file Form 1065, *U.S. Return of Partnership Income*),
11. A governmental unit or an affiliate of a governmental unit that meets the requirements of Revenue Procedure 95-48, 1995-2 C.B. 418,
12. A private foundation described in section 501(c)(3) and exempt under section 501(a) (required to file Form 990-PF, *Return of Private Foundation*),
13. A political organization that is a state or local committee of a political party, a political committee of a state or local candidate, a caucus or association of state or local officials, or required to report under the Federal Election Campaign Act of 1971 as a political committee,
14. An exempt organization (other than a private foundation) that normally has annual gross receipts of $50,000 or less ($25,000 for tax years ending before December 31, 2010) and therefore is eligible to file an annual electronic notice Form 990-N instead of an annual information return),* or
15. A foreign organization, or an organization located in a U.S. possession, that normally has annual gross receipts from sources within the United States of $50,000 or less ($25,000 for tax years ending before December 31, 2010) and therefore is eligible to file an annual electronic notice (Form 990-N instead of an annual information return).

- **Note**: For tax years ending after August 17, 2006, a section 509(a)(3) supporting organization must generally file Form 990 or 990-EZ. The exceptions listed above are not available to a supporting organization unless it is an integrated auxiliary of a church (paragraph 2) or an exclusively religious activity of a religious order (paragraph 6).

**Additional information**

Requesting Exemption from Requirement to File Form 990 or Form 990-EZ

Page Last Reviewed or Updated: 20-Mar-2015

Churches, Integrated Auxiliaries, and Conventions or Associations of Churches                                              11/06/15 10:18 am



# Churches, Integrated Auxiliaries, and Conventions or Associations of Churches

Churches (including integrated auxiliaries and conventions or associations of churches) that meet the requirements of section 501(c)(3) of the Internal Revenue Code are automatically considered tax exempt and are not required to apply for and obtain recognition of exempt status from the IRS. Donors are allowed to claim a charitable deduction for donations to a church that meets the section 501(c)(3) requirements even though the church has neither sought nor received IRS recognition that it is tax exempt. In addition, because churches and certain other religious organizations are not required to file an annual return or notice with the IRS, they are not subject to automatic revocation of exemption for failure to file. See Annual Return Filing Exceptions for a complete list of organizations that are not required to file.

Nevertheless, many churches do seek IRS recognition of tax-exempt status because that recognition provides reliance to church leaders, members and contributors that a church is recognized as exempt from taxation and is eligible to receive tax-deductible contributions. (For more information, see Publication 1828, *Tax Guide for Churches and Religious Organizations*.)

Some organizations that identify themselves as churches may appear on the Automatic Revocation of Exemption List (Auto-Revocation List) because IRS records do not identify them as churches, but rather as some other type of organization that has an annual filing requirement. Because these organizations failed to file annual returns or notices for three consecutive years, they appear on the Auto-Revocation List. Donors to these organizations may no longer rely on an IRS determination letter dated before the effective date of revocation or a prior listing in *Exempt Organizations Select Check* (Pub. 78 database) or in the IRS Business Master File (BMF) extract for purposes of claiming tax-deductible contributions. However, if an organization on the Auto-Revocation List is a church that meets the requirements of section 501(c)(3), it remains exempt from taxation and eligible to receive tax-deductible charitable contributions even though the IRS no longer recognizes the exempt status of the organization in *Exempt Organizations Select Check* (Pub. 78 database), in the BMF extract or in a determination letter.

A church on the Auto-Revocation List that wishes to receive a determination letter from the IRS recognizing its exempt status and to appear in *Exempt Organizations Select Check* (Pub. 78 database) and to have its exempt status reflected in the BMF extract must apply for reinstatement of tax-exempt status. Because the list is an official IRS record of organizations that lost their exempt status for failing to file for three consecutive years, an organization whose exempt status is reinstated remains on the list, however.

*Page Last Reviewed or Updated: 16-Oct-2014*