Exhibit 12

## There are many ways to get involved in our church.

Join us to participate in one of our Plant Medicine Retreats. Join our volunteer program and be a part of the SOUL QUEST Team. You can find more information at **AyahuascaChurches.org**

### OUR SHAMANS

 

**Tiata Pedro**
Shaman
from Colombia

**Theresa**
Shaman



**Gaspar**
Shaman

### WARRIOR QUEST USA

The Primary Purpose of Warrior Quest is to fund travel expenses to retreat centers specializing in helping vets overcome treatment resistant PTSD.

 

**Lance**
US Air Force
Veteran

**Daniel**
US Air Force
Veteran

 

**Bobbi**
US Air Force
Veteran

**Justin**
Retreat
Coordinator



(321) 698-1592 • Lance@WarriorQuestUSA.com

### OUR TEAM



**Chris**
Co-Founder
Medicine man

**Dr. Scott**
Sr Minister
Staff Psychologist

**Verena**
Co-Founder
Integration Coach
Research & Evaluation

**Carlos**
Facilitator
Integration Coach
Kambo Practitioner (IAKP)

**Anthony**
Facilitator

**Norelle**
Facilitator
Yoga Teacher

**Kristin**
Facilitator

**Colleen**
Facilitator

**Benny**
Facilitator

### MEDICAL TEAM

**Marcie**
LPN
Facilitator

**Craig**
Medical Guide
Facilitator

**Dr. Z**
Medical Director



Soul Quest

# AYAHUASCA
### CHURCH OF MOTHER EARTH

## INFORMATION ABOUT OUR LIFE-CHANGING RETREATS

A Journey for the Mind, Body & Soul

1371 Hancock Lone Palm Rd
Orlando, FL 32828
(407) 360-6297
AyahuascaChurches@gmail.com
AyahuascaChurches.org



SOUL QUEST was founded in 2014 and is a spiritual learning and healing center located in Orlando, Florida.

SOUL QUEST is focused on providing the community with service, education, spiritual fellowship, healing practices and guidance.

SOUL QUEST believes in the rights of Mother Earth, and in protecting the practice of Mother Earth based South American spiritual traditions, ceremonies, and sacred indigenous natural medicines.

SOUL QUEST retains the rights as citizens of this nation to use plant medicines as tools for the benefit of our physical health, spiritual growth, and personal evolution.






Plant Medicines have been used for thousands of years in the ancient traditions of the amazon for healing and divinatory purposes.

Soul Quest facilitates Plant Medicine Ceremonies to help people find relief from PTSD, childhood trauma, addiction, anxiety, depression, etc.

Plant Medicine seems in a lot of cases the last resort after mainstream medicine has reached its limits of treatment.

Soul Quest offers retreats for groups around 40 people, semi-private ceremonies, and private ceremonies.

You can find our retreat schedule at ayahuascachurches.org

## 2. RETREAT PREPARATION

We provide help for the preparation steps leading up to your Ayahuasca experiences at Soul Quest.

We cover important logistics, dietary protocols, mental, emotional, spiritual, and relational preparations, important considerations when undergoing an experience like this, how to maximize your experience and minimize risks and disappointments, and help you feel empowered going into your experience.

Weekly preparation calls are held through zoom on Tuesdays at 1pm.



"The only journey is the one within."

RAINER MARIA RILKE

We offer a revolutionary approach to using sacred plant medicine to help you face addiction that is based on transformational recovery. This model focuses on the opportunity of recovery more than the "disease" and problem of addiction.

Our program is designed to be activating, motivating, life-changing, practical, and customizable. Through personal transformation a person can naturally mature out of their addiction and achieve success far beyond sobriety, on their own terms.

## 4. OTHER SERVICES

- Counseling: Individual, Couples, Families, and Groups
- Integrative Nutrition & Health Coaching
- Lab Services: Blood Chemistry Analysis, Neurotransmitter Testing
- Naturopathic Dispensary
- Inner Child Therapy
- Yoga, Meditation, Yogic Science
- Holotropic Style Breathwork
- Reiki / Energy Medicine
- Reconnective Healing
- Acupuncture
- Smoking Cessation
- Kambo

## 5. PSYCHO-SPIRITUAL INTEGRATION

Whether you are healing from the past, tuning more fully into your present, or setting up for a better future, having proper education, guidance, accountability, and integration support is invaluable for this kind of process.

SOUL QUEST provides integration during their retreats and also offers weekly integration calls on Wednesdays at 2pm and at 7pm EST through zoom.

1371 Hancock Lone Palm Rd, ORLANDO, FL 32828
(407) 360-6297 • AyahuascaChurches@gmail.com
**AyahuascaChurches.org**