# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, <br><br> Defendants. | No. 6:20-cv-0701-WWB-DCI |

## NOTICE OF APPEARANCE

Please take notice that Kevin P. Hancock of the U.S. Department of Justice is entering his appearance in this action as counsel for Defendants.

Dated: May 14, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.:   (202) 514-3183
Fax:   (202) 616-8470
Email: kevin.p.hancock@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020, I electronically filed a copy of the foregoing Notice of Appearance.  Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/ *Kevin P. Hancock*
KEVIN P. HANCOCK