UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 6:20-cv-0701-WWB-DCI<br>) |
| U.S. DRUG ENFORCEMENT ADMINISTRATION, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION**

The parties hereby jointly move to extend Defendants' deadline to respond to Plaintiffs' Amended Motion for Preliminary Injunction (ECF No. 15) from Monday, May 18, 2020 to Wednesday, June 17, 2020. Good cause exists for the requested extension for the following reasons:

1. Plaintiffs filed the Amended Complaint (ECF No. 13) and Amended Motion for Preliminary Injunction (ECF No. 15) on May 4, 2020. Under Local Rule 3.01(b), the current deadline for Defendants to respond to the Amended Motion for Preliminary Injunction is May 18, 2020.

2. The United States Attorney's Office for the Middle District of Florida received the summons and Amended Complaint by certified mail on May 8, 2020, and undersigned counsel for Defendants received these filings on May 11, 2020.

3. The requested extension would allow undersigned counsel for Defendants sufficient time to review Plaintiffs' Amended Complaint and Amended Motion for Preliminary Injunction, to confer with Defendants regarding the issues raised therein, and to prepare a response to Plaintiffs' amended motion. The requested extension would also allow the parties sufficient time to explore whether resolution is possible.

4. The requested extension would also allow sufficient time for Defendants to prepare a response, and for the parties to explore resolution, in light of the workplace burdens imposed by the ongoing COVID-19 pandemic. On March 13, 2020, the President declared a National Emergency in an effort to address the spread of COVID-19,[1] and on March 16, 2020, the President announced new guidance to slow the spread of the virus, including avoiding groups of more than 10 people and working or schooling from home whenever possible.[2] This guidance follows recommendations by the Centers for Disease Control to engage in social distancing, and, in some circumstances, to close schools.[3] The Office of Personnel Management has been issuing guidance concerning the continuity of Federal Government operations, including recommendations that agencies permit employees to

---

[1] *See* Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak (Mar. 13, 2020), https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (last viewed May 13, 2020).

[2] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last viewed May 13, 2020).

[3] *See* Centers for Disease Control and Prevention, "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission," https://www.cdc.gov/coronavirus/2019-ncov/downloads/community-mitigation-strategy.pdf (last viewed May 13, 2020).

telework.[4]  The Deputy Attorney General, in turn, issued a memorandum to components in the Department of Justice ("DOJ") (including the U.S. Drug Enforcement Administration ("DEA")) directing them to "move to a posture of maximum telework in the [National Capital Region] effective Monday, March 16, until further notice."[5]  This directive applies to DOJ and DEA counsel and officials necessary to prepare the government's response and to explore resolution of this matter.  Such DOJ and DEA counsel and officials are also subject to the stay-at-home orders that are currently in place for the District of Columbia and northern Virginia,[6] where DOJ and DEA are headquartered.  Accordingly, additional time to confer is necessary for Defendants to prepare a response to Plaintiffs' amended motion and to explore resolution of this matter, because most, if not all, of the counsel and officials necessary to that process are teleworking, and some also have unexpected child care duties.

5.	There have been no previous time modifications in this case, and the requested extension would not otherwise affect the case's schedule.

---

[4]	*See* United States Office of Personnel Management, "Memorandum for: Heads of Executive Departments and Agencies. Subject: Coronavirus Disease 2019 (COVID-19); Additional Guidance" (Mar. 7, 2020), https://www.chcoc.gov/content/coronavirus-disease-2019-covid-19-additional-guidance (last viewed May 13, 2020).

[5]	Memorandum from the Deputy Attorney General to Heads of Department [of Justice] Components, "Updated Guidance for the National Capital Region on Maximum Telework in Response to the Coronavirus" (Mar. 15, 2020).

[6]	*See* District of Columbia, "Coronavirus (Covid-19) Situational Update" (May 13, 2020), https://coronavirus.dc.gov/sites/default/files/dc/sites/coronavirus/page_content/attachments/Situational-Update-Presentation_051320.pdf (last viewed May 13, 2020); Commonwealth of Virginia, "Governor Northam Delays Phase One for Northern Virginia Localities" (May 12, 2020), https://www.governor.virginia.gov/newsroom/all-releases/2020/may/headline-856741-en.html (last viewed May 13, 2020).

**Certificate of Compliance with Local Rule 3.01(g)**

On Wednesday, May 13, 2020, the parties' undersigned counsel participated in a telephonic conference and conferred in good faith regarding the relief requested by this joint motion. During that conference, at the request of Defendant's undersigned counsel, undersigned counsel for Plaintiffs agreed to join a motion for a 30-day extension of time for Defendants to respond to Plaintiffs' Amended Motion for a Preliminary Injunction.

For the foregoing reasons, the parties respectfully request that the Court extend Defendants' deadline to respond to Plaintiffs' Amended Motion for Preliminary Injunction to Wednesday, June 17, 2020.

Dated: May 14, 2020

*/s/ Derek B. Brett*
DEREK B. BRETT, ESQ.
Fla. Bar No. 0090750
BURNSIDE LAW GROUP
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone:   (902) 468-3066
Facsimile:   (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs

*/s/ A. Brian Phillips*
A. BRIAN PHILLIPS, ESQ.
912 Highland Avenue
Orlando, Florida 32803
Telephone:   (407) 872-0777
Telecopier:   (407) 872-0704
Email: brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.:   (202) 514-3183
Fax:   (202) 616-8470
Email: kevin.p.hancock@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2020, I electronically filed a copy of the foregoing Joint Motion to Extend Defendants' Time to Respond to Plaintiffs' Amended Motion for Preliminary Injunction.  Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                            /s/ *Kevin P. Hancock*
                                            KEVIN P. HANCOCK