# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG, | ) ) ) ) |
| Plaintiffs, | ) ) ) No. 6:20-cv-701-Orl-78DCI |
| v. | ) ) |
| ATTORNEY GENERAL, UNITED STATES OF AMERICA and ACTNG ADMINISTRATOR, U.S. DRUG ENFORCEMENT ADMINISTRATION, | ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

On behalf of Defendants, I hereby disclose the following pursuant to this Court's interested persons order dated May 18, 2020 (ECF No. 20):

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

William P. Barr
Attorney General of the United States

Timothy J. Shea
Acting Administrator of the U.S. Drug Enforcement Administration

U.S. Drug Enforcement Administration and its counsel and employees

Joseph H. Hunt
Assistant Attorney General
U.S. Department of Justice, Civil Division

David Morrell
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division, Federal Programs Branch

Alex Haas
Director
U.S. Department of Justice, Civil Division, Federal Programs Branch

Brigham J. Bowen
Assistant Director
U.S. Department of Justice, Civil Division, Federal Programs Branch

Julie Strauss Harris
Trial Attorney
U.S. Department of Justice, Civil Division, Federal Programs Branch

Kevin P. Hancock
Trial Attorney
U.S. Department of Justice, Civil Division, Federal Programs Branch

Maria Chapa Lopez
United States Attorney, Middle District of Florida

Soul Quest Church of Mother Earth, Inc. and its counsel

Christopher Young and his counsel


2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

     I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  June 1, 2020                      Respectfully submitted,

                                                     JOSEPH H. HUNT
                                                     Assistant Attorney General

                                                     BRIGHAM J. BOWEN
                                                     Assistant Director

                                                     */s/ Kevin P. Hancock*
                                                     KEVIN P. HANCOCK
                                                     Trial Attorney
                                                     U.S. Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     1100 L Street NW
                                                     Washington, DC 20005
                                                     Tel.:    (202) 514-3183
                                                     Fax:    (202) 616-8470
                                                     Email: kevin.p.hancock@usdoj.gov

                                                     *Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2020, I electronically filed a copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement.  Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                                    /s/ *Kevin P. Hancock*
                                                    KEVIN P. HANCOCK