**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SOUL QUEST CHURCH OF MOTHER
EARTH, INC. and CHRISTOPHER
YOUNG,

                Plaintiffs,

v.                                            Case No:  6:20-cv-701-Orl-78DCI

ATTORNEY GENERAL, UNITED
STATES OF AMERICA and ACTING
ADMINISTRATOR, U.S. DRUG
ENFORCEMENT ADMINISTRATION,

                Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion to Stay All Proceedings for 120 Days (Doc. 23), wherein the parties request that this Court stay this case for a period of 120 days to allow Defendants to conduct a factual investigation of Plaintiffs' claims and potentially resolve the underlying dispute.

"Courts have the inherent power to control their own dockets, including the power to stay proceedings." *Tomco Equip. Co. v. Se. Agri-Sys., Inc.*, 542 F. Supp. 2d 1303, 1307 (N.D. Ga. 2008) (citation omitted). "When considering such a stay, courts consider several factors, including (1) whether a stay will unduly prejudice or tactically disadvantage the non-moving party, (2) whether a stay will simplify the issues and streamline the trial, (3) whether a stay will reduce the burden of litigation on the parties and on the court." *Baxa Corp. v. Forhealth Techs., Inc.*, No. 6:06-cv-0353-Orl-19JGG, 2006 WL 4756455, at *1 (M.D. Fla. May 5, 2006) (citations omitted). Based on the parties' agreement, it does not

appear that either party would be disadvantaged by a stay of these proceedings. Furthermore, the parties have represented that a stay may help them resolve or streamline the issues left in this litigation. Finally, a stay will reduce the burdens of litigation on both the parties and this Court.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion to Stay All Proceedings for 120 Days (Doc. 23) is **GRANTED**.
2. This case is **STAYED** for a period of 120 days from the date of this Order.
3. **On or before October 16, 2020**, the parties shall file a joint report as to the status of this litigation.
4. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** in Orlando, Florida on June 26, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record