UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER
EARTH, INC. and CHRISTOPHER
YOUNG,

            Plaintiffs,

v.                                                        Case No:  6:20-cv-701-Orl-78DCI

ATTORNEY GENERAL, UNITED
STATES OF AMERICA and ACTING
ADMINISTRATOR, U.S. DRUG
ENFORCEMENT ADMINISTRATION,

            Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Status Report (Doc. 25). Therein, the parties request that the Court extend the existing stay of these proceedings for an additional 120 days to allow Defendants to complete the factual investigation of Plaintiffs' claims and potentially resolve the underlying dispute.

For the reasons set forth in the Joint Status Report (Doc. 25), the parties' request is **GRANTED**. This case shall remain **STAYED** for a period of 120 days from the date of this Order. **On or before February 22, 2021**, the parties shall file a joint report as to the status of this litigation. No further extensions of the stay shall be granted absent an extraordinary showing of good cause.

**DONE AND ORDERED** in Orlando, Florida on November 2, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record