# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  6:20-cv-701-WBB-DCI |
| MONTY WILKINSON, in his official capacity as Acting Attorney General of the United States of America; D. CHRISTOPHER EVANS, in his official capacity as Acting Administrator, U.S. Drug Enforcement Administration,[1] | ) ) ) ) ) ) ) ) ) | **JOINT STATUS REPORT** |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

On June 15, 2020, the Parties filed a joint motion to stay all proceedings for 120 days "to allow time for Defendant the U.S. Drug Enforcement Administration ("DEA") to conduct the fact-finding that is necessary for it to adjudicate Plaintiffs' pending Petition for a religious exemption from the Controlled Substances Act ("CSA"), which is at issue in this litigation," and to "allow time for the parties to

---

[1]    Pursuant to Federal Rule of Civil Procedure 25(d), Monty Wilkinson, Acting U.S. Attorney General, and D. Christopher Evans, Acting DEA Administrator, are substituted in their official capacity as Defendants in this case.

negotiate the details of the DEA's fact-finding process and to negotiate a timeline upon which the DEA would issue a final determination on Plaintiffs' Petition, potentially resolving this case without need for further litigation in this Court."  ECF No. 23 at 1.  On June 26, 2020, the Court granted the Parties' motion.  ECF No. 24.

On October 16, 2020, the Parties filed a joint status report requesting that the Court "extend the stay on these proceedings one-hundred-twenty (120) days."  ECF No. 25 at ¶ 5.  The length of that requested stay was premised on "DEA['s] anticipat[ion] that, so long as the Parties are able to complete the aforementioned fact finding and negotiations within ninety (90) days of the date of a Court order extending the stay in this case, the DEA will issue a final determination on Plaintiffs' petition within one-hundred-twenty (120) days of the date of a Court Order extending the stay in this case." *Id.* ¶ 4.  On November 2, 2020, the Court granted the Parties' joint request and issued a 120-day stay, which will expire on March 2, 2021. *See* ECF No. 26.  The Court further ordered the Parties to file a joint status report on February 22, 2021. *Id.*  The Parties hereby submit the following status report.

Since the Court's November 2, 2020 Order, the Parties have completed the fact-finding process associated with Plaintiffs' petition, and the DEA has begun adjudicating Plaintiffs' petition on the basis of the factual record.  Due to the size of the factual record and the nature of the investigation, DEA was unable to complete

its fact finding until last Thursday, February 18, 2021.  Moreover, since the Court's last order, the 2020 Presidential election took place, and as a result of that election, on January 20, 2021, new leadership assumed responsibility for the DEA and the U.S. Department of Justice, and is becoming familiar with the issues in this case.

In consideration of these two factors, the DEA expects that it will be in a position to issue a final determination on Plaintiffs' petition on or about April 15, 2021.  The Parties do not seek an extension of the current stay of this case, but to account for the fact that the nature of the DEA's final determination could arguably have a significant effect on this litigation, the Parties propose the following.

First, as to Defendants' pending deadline for responding to the First Amended Complaint, ECF No. 13, the Parties propose that it would be most judicially efficient to extend that deadline until 30 days after the date that DEA issues its final determination on Plaintiffs' pending petition.

Second, as to Plaintiffs' pending motion for a preliminary injunction, ECF No. 15, Plaintiffs agree to hold that motion in abeyance until 30 days after the DEA has issued its final determination.  On or before that date, Plaintiffs will inform the Court of whether they intend to withdraw, renew, or amend the preliminary injunction motion, and shall file any necessary amended motion.  Defendants would then have 14 days to respond to any renewed or amended preliminary injunction motion.

Dated: February 22, 2021

*/s/ Derek B. Brett*
DEREK B. BRETT, ESQ.
Fla. Bar No. 0090750
BURNSIDE LAW GROUP
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone:   (902) 468-3066
Facsimile:    (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs


*/s/ A. Brian Phillips*
A. BRIAN PHILLIPS, ESQ.
912 Highland Avenue
Orlando, Florida 32803
Telephone:   (407) 872-0777
Telecopier:  (407) 872-0704
brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs
Branch
1100 L Street NW
Washington, DC 20005
Tel.:   (202) 514-3183
Fax:    (202) 616-8470
kevin.p.hancock@usdoj.gov

*Counsel for Defendants*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I electronically filed a copy of the foregoing Joint Status Report.  Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/ *Kevin P. Hancock*

KEVIN P. HANCOCK