UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER
EARTH, INC. and CHRISTOPHER
YOUNG,

                Plaintiffs,

v.                                            Case No: 6:20-cv-701-WWB-DCI

ATTORNEY GENERAL, UNITED
STATES OF AMERICA and ACTING
ADMINISTRATOR, U.S. DRUG
ENFORCEMENT ADMINISTRATION,

                Defendants.
                                    /

## ORDER

THIS CAUSE is before the Court on the parties' Joint Status Report (Doc. 27). Therein, the parties have informed the Court that a final determination on Plaintiffs' underlying petition before the Drug Enforcement Administration ("**DEA**") will likely be issued on or before April 15, 2021. (*Id.* at 3). As a result, the parties ask that all deadlines in this case remain stayed pending a final determination.

For the reasons set forth in the Joint Status Report (Doc. 27), this Court finds that good cause exists to continue the stay of this litigation pending the issuance of a final determination. Accordingly, it is **ORDERED** that this case shall remain **STAYED** pending resolution of Plaintiffs' petition by the DEA. Plaintiff shall notify this Court within **fourteen days** of the resolution of proceedings before the DEA. Plaintiffs' Petition for Preliminary Injunction (Doc. 2) is **DENIED without prejudice**.

**DONE AND ORDERED** in Orlando, Florida on February 23, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record