UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., a Florida Domestic Non-Profit Corporation, on its own behalf and on behalf of its members; and CHRISTOPHER YOUNG, individually and as spiritual leader of Soul Quest Church of Mother Earth,<br><br>       Plaintiffs,<br><br>vs.<br><br>MERRICK B. GARLAND, Attorney General of the United States of America; D. CHRISTOPHER EVANS, Acting Administrator of the U.S. Drug Enforcement Administration,<br><br>       Defendants. | Case No.: 6:20-cv-00701-WWB-DCI |

## PLAINTIFFS' NOTICE OF INTENTION TO FILE RENEWED MOTION FOR PRELIMINARY INJUNCTION

COME NOW, the Plaintiffs, Soul Quest Church of Mother Earth, Inc., a Florida Domestic Non-Profit Corporation, on its own behalf and on behalf of its members, and Christopher Young, individually and as the spiritual leader of Soul Quest Church of Mother Earth (hereinafter, collectively, "Plaintiffs"), by and through the undersigned counsel, and pursuant to the Court's Order, dated February 23, 2021 (ECF No. 28), and provides timely notice of the intent of the Plaintiffs to file a renewed Motion for Preliminary Injunction in this matter.

1

Respectfully submitted this 3d day of May 2021.

By: *s/Derek B. Brett*
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone:    (902) 468-3066
Facsimile:    (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs


s/A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone:    (407) 872-0777
Telecopier:    (407) 872-0704
Email: brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3d day of May 2021, I electronically filed a copy of the foregoing Notice. Notice of the filing will be sent via electronical mail to all Parties by operation of the Court's electronic filing system. Parties may seek access for this filing through the Court's CM/ECF system.

s/A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**