UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER )
EARTH, INC., a Florida Domestic )
Non-Profit Corporation, on its own )
behalf and on behalf of its members; and )
CHRISTOPHER YOUNG, individually )
and as spiritual leader of Soul Quest )
Church of Mother Earth, )
                                                          Plaintiffs, )
                                                                )
vs. )   Case No.: 6:20-cv-00701-WWB-DCI
                                                                )
MERRICK B. GARLAND, Attorney )
General of the United States of America; )
D. CHRISTOPHER EVANS, Acting )
Administrator of the U.S. Drug )
Enforcement Administration, )
                                                          Defendants. )
_____)

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS RELATED TO AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, by and through their undersigned attorneys, hereby submit their unopposed motion to exceed the page limit for their reply to Defendant's Response to Motion for Temporary Restraining Order and for Preliminary Injunction, and as grounds therefor state as follows:

1. Pursuant to Local Rule 3.01(g), counsel for Plaintiffs discussed this motion with Julie Straus Harris, Counsel for Defendants. Ms. Harris stated she had no objection to the relief requested, herein.

2. On May 7, 2021, Plaintiffs filed their Amended Motion for Preliminary Injunction ["Motion"] consisting of thirty-five (35) pages [Dkt. 31].

3. This page amount exceeded the limit allotted under Local Rule 3.01(a). The Plaintiffs error was inadvertent, and the purpose of this Motion is to correct that error.

4. This case presents such extraordinary circumstances. Plaintiffs' Motion addresses a number of constitutional arguments and First Amendment issues, as well as challenges made pursuant to the Religious Freedom Restoration Act ("RFRA"), to the Defendants' policies or lack thereof. Plaintiffs believe that additional ten (10) pages are essential to thoroughly address the issues advanced, therein.

5. Furthermore, the Parties have also conferred and agreed that the Defendants should be subject to reciprocal consideration on exceeding the page limit on their responsive filing. Accordingly, the Parties further stipulate that the Defendants should also be permitted to a responsive filling not exceeding thirty-five pages in total length.

WHEREFORE, based on the foregoing, Plaintiffs respectfully request leave to exceed this the page limitation imposed under Local Rule 3.01(a), and to have their previously-filed Amended Motion for Preliminary Injunction accepted – so long as it does not to exceed thirty-five (35) pages in length, and that the District Court thus accept *nunc pro tunc* the Amended Motion for Preliminary Injunction [Dkt. 31]. Further, the Plaintiffs further request that, with the agreement of the Parties, the Defendant's responsive briefing be eligible for exceeding its page limit up to a revised limit of thirty-five (35) pages.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

Respectfully submitted this 10th day of May 2021.

By: *s/Derek B. Brett*
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone: (902) 468-3066
Facsimile: (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs

s/A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email: brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

**CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)**

I HEREBY CERTIFY that, pursuant to Local Rule 3.01(g), the moving party has conferred with opposing counsel. Following such discussion, the Parties stipulate in agreement to the granting of the Plaintiffs' Motion for Leave to Exceed Page Limit.

## **CERTIFICATE OF SERVICE**
**(CM/ECF)**

I HEREBY CERTIFY that, on this 10th day of May 2021, the undersigned electronically filed the foregoing with theClerk of Court using the CM/ECF system, which will send notification of the same via email to the designated attorney for the Defendants, the United States Department of Justice and Julie Straus Harris (Julie.StrausHarris@usdoj.gov).

By: *s/Derek B. Brett*
**DEREK B. BRETT, ESQ.**