UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER
EARTH, INC. and CHRISTOPHER
YOUNG,

          Plaintiffs,

v.                                    Case No: 6:20-cv-701-WWB-DCI

ATTORNEY GENERAL, UNITED
STATES OF AMERICA and ACTING
ADMINISTRATOR, U.S. DRUG
ENFORCEMENT ADMINISTRATION,

          Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Renewed Petition for Preliminary Injunction (Doc. 31), filed on May 7, 2021. In accordance with Federal Rule of Civil Procedure 65 and Local Rule 6.02, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants shall file a consolidated response to the Renewed Petition for Preliminary Injunction on or before **May 21, 2021**.

2. On or before **May 21, 2021**, the parties shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. Any party requesting an evidentiary hearing shall: (1) identify with particularity all disputed issues of material fact or credibility determinations that are expected to impact the resolution of the Motion; (2) the names of any witnesses that the party anticipates calling at a hearing; and (3) the estimated length of the requested hearing.

3. If the Court determines, after review of the parties' submissions and joint notice, that an evidentiary hearing is necessary for the resolution of the motion, a hearing will be set by the Court. Otherwise, the Court will issue a ruling based on the parties' written submissions.

4. The stay of these proceedings is lifted. The Clerk is directed to lift the stay and reopen the case.

**DONE AND ORDERED** in Orlando, Florida on May 10, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record