UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG, <br><br>    Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND[1], Attorney General of the United States of America, and D. CHRISTOPHER EVANS, Acting Administrator of the U.S. Drug Enforcement Administration, <br><br>    Defendants. | No. 6:20-cv-701-WBB-DCI |

## NOTICE OF APPEARANCE

Please take notice that Julie Straus Harris of the U.S. Department of Justice is entering her appearance in this action as counsel for Defendants.

Dated: May 10, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS
       DC Bar # 1021928

---

[1] Merrick B. Garland and D. Christopher Evans have been substituted for William Barr and Uttam Dhillon, respectively, as defendants in their official capacities in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendants*