# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG,**

      **Plaintiffs,**

v.                                             **Case No: 6:20-cv-701-WWB-DCI**

**ATTORNEY GENERAL, UNITED STATES OF AMERICA and ACTING ADMINISTRATOR, U.S. DRUG ENFORCEMENT ADMINISTRATION,**

      **Defendants.**

## ORDER

This matter is before the Court after a flurry of filings including the following motions:

- Plaintiff's Motion for Leave to Amend Complaint (Doc. 30);

- Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff's Renewed Petition for Preliminary Injunction (Doc. 38); and

- Plaintiff's Unopposed Leave to Amend Complaint (Doc. 39).

In addition, the Court has already permitted Plaintiff to file 35-page renewed petition for preliminary injunction and permitted Defendant to file a 35-page response. Doc. 37.

Pursuant to Federal Rule of Civil Procedure 15 and given the lack of opposition by Defendants, the Court will allow Plaintiff to file an amended complaint. In anticipation that the Court would allow an overlong renewed petition for preliminary injunction and response thereto, as well as amendment of the complaint, the parties also request extensions of the deadline to

respond to the amended complaint and the deadlines set forth in the Court's scheduling order concerning the renewed petition for preliminary injunction. Upon due consideration, the Court finds that those requests are due to be granted as set forth in this Order.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Unopposed Leave to Amend Complaint (Doc. 39) is **GRANTED**, such that on or before May 14, 2021 Plaintiff shall file the amended complaint attached to the motion;

2. Plaintiff's Motion for Leave to Amend Complaint (Doc. 30) is **DENIED as moot**;

3. Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff's Renewed Petition for Preliminary Injunction (Doc. 38) is **GRANTED** as follows:

    a. On or before **June 1, 2021**, Defendants shall file a consolidated response to the renewed petition for preliminary injunction.

    b. On or before **June 1, 2021**, the parties shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. Any party requesting an evidentiary hearing shall: (1) identify with particularity all disputed issues of material fact or credibility determinations that are expected to impact the resolution of the Motion; (2) the names of any witnesses that the party anticipates calling at a hearing; and (3) the estimated length of the requested hearing.

    c. If the Court determines, after review of the parties' submissions and joint notice, that an evidentiary hearing is necessary for the resolution of the motion,

a hearing will be set by the Court. Otherwise, the Court will issue a ruling based on the parties' written submissions.

4. On or before **June 4, 2021**, Defendants shall respond to the amended complaint.

**ORDERED** in Orlando, Florida on May 11, 2021.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties