UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States of America, et al., <br><br> Defendants. | Action No. 6:20-cv-00701-WWB-DCI <br><br> DECLARATION OF KAREN MORENO |

I, KAREN MORENO, declare:

1. I am an employee of the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA), I entered on duty with DEA as a GS-1801 Diversion Investigator (DI) in May 2017 and have been assigned to DEA's Orlando, Florida, District Office since April 27, 2020. I currently serve in the Diversion Group and report to Diversion Group Supervisor (D/GS) James Graumlich.

2. The factual statements which follow are based upon personal knowledge and official information made available to me pursuant to my official duties as a Diversion Investigator.

3. Our Diversion group initiated a preregistration investigation into Plaintiffs' petition pursuant to the Religious Freedom Restoration Act (RFRA) for religious exemption from otherwise applicable requirements of the Controlled Substances Act (CSA) governing the importation, handing, and distribution of controlled substances.

Plaintiffs sought this exemption for ayahuasca, an herbal tea made from two plants, one of which contains the Schedule I controlled substance dimethyltryptamine (DMT).

4. The CSA established a closed regulatory system under which individuals and entities which seek to import, manufacture, or distribute controlled substances must apply and qualify for DEA registration. Registrants must comply with record-keeping requirements and are subject to audits and on-site inspections. Registrants are also required to report the loss or theft of controlled substances.

5. Under the CSA, DEA must register an applicant if it finds that registration would be in the public interest. The purpose of the preregistration investigation conducted by our group was to gather evidence relating to whether registration of Plaintiffs would be in the public interest under the criteria established by CSA and RFRA. The CSA criteria include the safety of participants and the public and the risk of diversion of the controlled substance outside licit channels, while the RFRA criteria are defined by caselaw and include Plaintiffs' sincerity regarding the religious nature of their practices with respect to the controlled substance in question. Under both sets of criteria, we looked for, among other things, consistency between the descriptions of religious motivations and practices provided by Soul Quest's lawyers, and Soul Quest members' descriptions and petitioners' actual practices.

6. I was first assigned to this preregistration investigation in May 2020. D/GS Graumlich and I conducted multiple interviews over the course of this investigation.

7. D/GS Graumlich and I participated, for example, in an on-site inspection of the Soul Quest facility and two rounds of interviews with Plaintiff Christopher Young and other principals in August 2020. D/GS Graumlich memorialized these activities in a

Form DEA-6, Report of Investigation, prepared February 19, 2021. A true copy is attached to this Declaration as Exhibit A. Please note that personally identifiable information (PII), internal agency identifiers, and other law enforcement sensitive information have been redacted.

8. After the August 27, 2020 inspection of Soul Quest's controlled substance storage unit, I prepared and served an administrative subpoena on a private mailbox company. I memorialized this investigative activity in a Form DEA-6, prepared February 12, 2021, entitled "Issuance of Subpoena to Mailbox Shipping & More Regarding Soul Quest Church of Mother Earth Inc., 1371 Hancock Lone Pine Rd., Orlando, FL 32808." A true, redacted copy of this Form DEA-6 is attached as Exhibit B.

9. D/GS Graumlich and I also conducted interviews of corporate officers of Soul Quest, including Mr. Young, cofounder Verena Young, and Dr. Scott Irwin on January 12, 2021. D/GS Graumlich memorialized those interviews and other activities in a DEA-6, prepared February 18, 2021. A true, redacted copy is also attached as Exhibit C.

10. Before I was assigned to this preregistration investigation, DI Chandra Rollins prepared a January 24, 2020, DEA-6. In it, she summarized intelligence which confirms that illegally imported plant materials containing DMT were repeatedly shipped from the Netherlands to Dr. Irwin's father in Lincoln, Nebraska. A true, redacted copy of that DEA-6 is also attached as Exhibit D.

11. During our investigation, Soul Quest leaders repeatedly refused to offer any concrete plans to legally obtain the plant materials needed to make ayahuasca tea, either by seeking DEA registration as an importer or by obtaining the plant materials from a registered importer.

12. The investigative record also includes several Forms DEA-6, prepared by then DI Graumlich prior to my assignment to the preregistration investigation:

a. Form DEA-6, prepared by then DI Graumlich on August 22, 2016, entitled "Case Initiation: O.N.A.C. Somaveda of Soul Quest, Inc., 1794 Laurel Brook Loop, Casselberry, FL 32707." A true, redacted copy is attached as Exhibit E.

b. Form DEA-6, prepared on August 26, 2016, entitled "Letter to Soul Church of Mother Earth, Inc., 1371 Hancock Lone Palm Rd., Orlando, FL." A true, redacted copy is attached as Exhibit F.

c. Form DEA-6, prepared on November 28, 2016, entitled "Apparent Use of Ayahuasca by Soul Quest Church of Mother Earth, Inc., 1371 Hancock Lone Palm Rd., Orlando, FL." A true, redacted copy is attached as Exhibit G.

d. Form DEA-6, prepared on January 9, 2017, entitled "Acquisition of Non-Drug Exhibits N-1 and N-2 at the Orlando D.O., 300 International Pkwy, Heathrow, FL 32746 on January 4, 2017." A true redacted copy is attached as Exhibit H.

13. I understand that the April 16, 2021 final determination letter denying Plaintiffs' petition contains a statement at pages 2 – 3 that "Dr. Irwin never mentioned the Ayahuasca Manifesto, a document which Soul Quest identifies as its sacred text," during the interview which D/GS Graumlich and I conducted. This is a misreading of the relevant DEA-6.

14. In the synopsis section of the February 18, 2021 DEA-6 described above, D/GS Graumlich observed:

> When both Verena YOUNG and Dr. Scott IRWIN were asked by GS Graumlich to speak about how they arrived at SOUL QUEST and to discuss their introduction to Ayahuasca, neither of them made any reference to The Ayahuasca Manifesto, a document which the group

identifies as its sacred text. In fact, in all of the background provided by all of the group members interviewed over the course of six (6) months, The Ayahuasca Manifesto has only been referenced once verbally in passing...."

15. D/GS Graumlich and I found this particularly striking because we have both interacted with members of the local branch of the UDV, an organization which holds DEA registration to import, manufacture, and distribute the same herbal tea for religious purposes, to conduct regulatory activities such as cyclical inspections and audits. UDV members constantly mention their sacred texts when discussing hoasca (also known as ayahuasca). Soul Quest members, on the other hand, routinely described their use of ayahuasca in terms of its psychological and/or medical benefits, rather than its spiritual/religious aspects.

16. I no longer recall which Soul Quest member made the passing verbal reference to the Ayahuasca Manifesto when discussing what drew him or her to Soul Quest during one of our many interviews, Ex. C at 2, but do not believe that that individual was Dr. Irwin. Dr. Irwin did not mention the Manifesto when discussing his own beliefs or membership in Soul Quest. During our interview, in describing his personal journey to Soul Quest, Dr. Irwin stated that, after a patient had asked him about Ayahuasca therapy and Soul Quest, he had done internet research, participated in a ceremony in 2016, and that his experience was the equivalent of years of psychotherapy in a weekend. Ex. C at 2.

17. Dr. Irwin did mention the Manifesto once, but he did so separate and apart from his description of how he learned of and became involved with Soul Quest. Ex. C at 6. Dr. Irwin told D/GS Graumlich and me during that interview that his involvement with Soul Quest included doing "Integration Groups" each weekend and handling "intake

calls" from individuals, both before and after they had participated in ayahuasca retreats, and helping them figure out their experience. We were told that ayahuasca was not administered on Sundays; activities on Sunday provided additional support for the ayahuasca experience. At paragraph 8 of the February 18, 2021, DEA-6, D/GS Graumlich summarized Dr. Irwin's statements to us that he leads two services on Sundays each weekend. Ex. C at 6. Dr. Irwin said: "a service consists of reading from the Ayahuasca Manifesto and that these online services go to support the Ayahuasca ceremony experience." *Id.* "He stated that 'medicine is healing of the soul' and that 'community is medicine.'" *Id.* Therefore, while Dr. Irwin did mention the Manifesto during our interview, he did not mention it in the context of his own religious beliefs and attraction to Soul Quest.

    I declare that the foregoing statements made by me are true and correct to the best of my information and belief.

Sworn to and subscribed this 1st day of<br>
June, 2021 at Orlando, Florida<br><br>

*Karen Moreno*<br>
KAREN MORENO