# EXHIBIT A

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 35

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: James W Graumlich, GS<br>At: Orlando D.O. | ☐<br>☐<br>☐<br>☐<br>☐ | | 6. File Title ███ ███ █ ███ ███<br>███ | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>02-19-2021 | |
| 9. Other Officers: DI Karen Moreno | | | | |
| 10. Report Re: Interviews of SOUL QUEST CHURCH OF MOTHER EARTH, INC Personnel and Leadership regarding the use of Ayahuasca ███ | | | | |

## SYNOPSIS

Reference is made to all other DEA 6, Reports of Investigation (ROI), this file title and number, referenced ROIs pertain to SOUL QUEST CHURCH OF MOTHER EARTH INC. (hereinafter referred to as SOUL QUEST), 1371 Hancock Lone Palm Road, Orlando, FL 32828. SOUL QUEST has submitted a request to DEA to receive an exemption under the Religious Freedom Restoration Act of 1993 (RFRA) to import, handle and process plant material containing the schedule I drug Dimethyltryptamine (DMT) as a religious sacrament. Based on contact made with DEA Headquarters Units, initially by Christopher J. YOUNG, (President/Director of SOUL QUEST), and subsequently by the attorney for the group, Derek Brett, information was provided regarding SOUL QUEST's use of Ayahuasca, which is the liquid reduction produced by the processing of the plant material of Banisteriopsis Caapi and Psychotria Viridis. DEA responded with follow-up questions which the group addressed through its attorney, Derek Brett. After the initial contact between representatives of DEA and Mr. Christopher J. YOUNG, all contact has been through the group's attorneys, Mr. Brett and/or Mr. Brian Phillips.

The group does not currently have any applications for registration pending with DEA, but their petition for exemption was deemed by DEA to be commensurate with an application for registration in the appropriate categories. Based on their handling of Ayahuasca plant material (B. Caapi and Psychotria Viridis), the group would need to be registered as an Importer and Manufacturer.

On August 20, 2020, GS James Graumlich and DI Karen Moreno of the Orlando District Office Diversion Group conducted an on-site inspection and

| 11. Distribution:<br>Division<br><br>District<br><br>Other ███ ; ███ | 12. Signature (Agent)<br><br>/s/ James W Graumlich, GS | 13. Date<br>02-19-2021 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ William P Stockmann, DPM | 15. Date<br>02-19-2021 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | | 1. File No. ███████████ | 2. G-DEP Identifier ████████ |
|---|---|---|---|
| | | 3. File Title ███ ████ ███████ ███ ██████ ████ ███ | |
| **4.** Page   2   of   35 | | | |
| 5. Program Code | | 6. Date Prepared 02-19-2021 | |

interview of Christopher YOUNG, President/Director of SOULQUEST in the
presence of his legal counsel, Brian Phillips.  On August 27, 2020,
Investigators conducted a second set of interviews of Benjamin HEIMANN,
Christopher YOUNG and Ayahuascero, Anthony CHETTA regarding their receipt,
handling and processing of the plant material.  Mr. Phillips was also
present for these interviews.  At the conclusion of the interviews, Mr.
HEIMANN, Mr. Phillips and his assistant accompanied the Investigators to
the off-site storage facility where the group is currently storing its
Ayahuasca plant material.  That concluded this round of inspection and
interviews.  GS Graumlich was supposed to receive requested information by
September 1, 2020, but the follow-up documentation was subsequently
provided via email by Mr. Phillips' assistant on multiple occasions and is
included by attachment to this report.  This report documents and
summarizes the results of several sets of interviews with SOUL QUEST
personnel and information gathered via numerous e-mails between GS
Graumlich, SOUL QUEST legal counsel and others between August 2020 and
February 2021.  This report also documents information developed during
subsequent communications with a representative of the WWW.WAKINGHERBS.COM
website via email and other investigative sources.

Among the issues uncovered during the inspection and interviews were the
following:

- The business model employed by SOUL QUEST whereby individuals with no
  prior relation to the group can go on the group's website; fill out
  some forms; sign up for an $899.00 weekend "retreat" which includes 2
  Ayahuasca ceremonies (a 3rd ceremony is optional for an additional
  $150); provide a credit card payment which includes an automatic 10%
  "tithe" as a membership fee; travel to Orlando, FL from wherever they
  live and participate in a ceremony involving the ingestion of a
  schedule I controlled substance (DMT); leave after their weekend
  retreat is over and have no further required contact or investment
  with the group is similar to what is described on the Internet as
  "Ayahuasca Tourism".  If you fill out your consent and hold harmless
  forms, are not on any prohibited medicines and do not test positive
  for illegal drugs at the time of the health screening, you will get a
  wrist band allowing you to participate in the Ayahuasca ceremonies.
  While the group does offer different types of virtual

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮ ▮▮▮ ▮▮ ▮▮ ▮▮▮<br>▮▮ | |

| 4.<br>Page  3  of  35 | |
|---|---|
| 5. Program Code | 6. Date Prepared<br>02-19-2021 |

integration/after care groups, there does not appear to be any required involvement or investment for members before or after the retreat experience.

- Prior to requesting exemption, Christopher YOUNG aligned the SOUL QUEST group with the OKLAVUEHA NATIVE AMERICAN CHURCH (ONAC) in an attempt to have legal coverage to handle various schedule I drugs during religious ceremonies, even going so far as to incorporate under the OKLEVUEHA NATIVE AMERICAN CHURCH SOMAVEDA OF SOUL QUEST INC.  It appears the alignment of SOUL QUEST with ONAC was purely for the expediency of legal coverage and not for any actual religious connection as SOUL QUEST split with ONAC upon finding out that ONAC could not provide SOUL QUEST a legal basis to participate in Ayahuasca and other ceremonies.  Mr. YOUNG confirmed the reason for the alignment and subsequent split during an interview.

- SOUL QUEST previously engaged in and provided other types of ceremonies pursuant to its religious beliefs when the group was affiliated with the OKLAVUEHA NATIVE AMERICAN CHURCH (ONAC) yet readily dropped those services and ceremonies when it disassociated from ONAC rather than continue to practice these religious rites and seek exemption for them also.  These ceremonies included the use of Ibogaine, Mescaline and Peyote, all of which are schedule I drugs.  It is unclear why these other sacraments were discontinued or why the group is not seeking an exemption for these controlled substances as well.

- The SOUL QUEST website refers to several different ceremonial drugs which are used at the facility and, while it does refer to the ceremonial properties of the drugs, it goes out of its way to make medicinal claims about the diseases and maladies Ayahuasca and Kambo treat, including, depression, drug addiction, Alzheimer's and Parkinson's diseases, migraines, circulation problems, cancer, hepatitis, HIV and more.  Christopher YOUNG has been making these claims as far back as late 2015 according to a Reddit post involving SOUL QUEST when it was affiliated with ONAC.  SOUL QUEST's focus on the use of Ayahuasca as treatment for issues such as depression, anxiety, post-traumatic stress disorder and other psycho-social

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ▮▮▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▮▮ ▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮ ▮▮▮ ▮▮ | |
| 4. **Page  4  of  35** | | |
| 5. Program Code | 6. Date Prepared  02-19-2021 | |

issues seems to blur the lines between a religious and medical, or counseling, experience for participants.  Dr. Scott IRWIN and Verena YOUNG have incorporated a for-profit counseling/treatment organization called SOUL QUEST NATURAL HEALING CENTER which works hand in glove with the church during retreats and for aftercare. Employees of the NATURAL HEALING CENTER, along with other individuals who assist in the weekend retreats who are not church employees, are paid for their services as independent contractors, unless they are volunteers who get a free weekend retreat after volunteering for 3 retreats.

- SOUL QUEST stores the bulk plant material containing DMT at a nearby off-site storage facility with no security system other than cameras and limited access.  This storage facility is constructed of corrugated metal and their unit is secured with a padlock.  Access to the facility at large is only limited to anyone who rents space somewhere in the facility or follows a vehicle in past the front gate.  GS Graumlich informed Mr. YOUNG and his attorney that DEA authorizes registrants to obtain, possess and distribute controlled drugs by location and the storage of this plant material would need to be worked out.  The group is currently storing products containing DMT at two different locations, neither of which are authorized to handle controlled substances. GS Graumlich subsequently met with Mr. YOUNG and his attorney, Mr. Phillips.  GS Graumlcih informed Mr. YOUNG and Mr. Phillips that all controlled substances, including plant material containing DMT, would need to be stored at the registered location and they agreed.  GS Graumlich also informed them the security would not need to be upgraded unless and until the RFRA exemption was granted.

- Mr. YOUNG said that the ayahuasca plant material is shipped through customs to SOUL QUEST by WAKING HERBS in the Netherlands and/or Ecuador, however WAKING HERBS appears to ship the Ayahuasca to a "virtual" personal mail box (PMB) held by itself under the name "PALOSANTOSHOP" in New York and then the plant material is shipped from another post office box in New York to SOUL QUEST in Orlando. Attempts to follow up with WAKING HERBS did not provide further information as WAKING HERBS quit communicating with DEA.  Based on

---

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ████████████ | 2. G-DEP Identifier ████████ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ██ ██████ ██████ █████ ███ ████████ ██████ | |
| 4. Page **5** of **35** | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

this scenario, SOUL QUEST is actually purchasing the plant material from an illegal importer and is not importing it themselves. Further information was not available as WAKING HERBS ceased to communicate with DEA when questions were asked regarding this matter. As SOUL QUEST would need to be registered as an Importer by DEA, SOUL QUEST could only import it from a company who was recognized by the "competent authority" in the exporting country. It does not appear that WAKING HERBS has the appropriate authority to export Ayahuasca plant material for human consumption as their website carries a disclaimer that it is for making soap and candles and not for human consumption. WAKING HERBS Manager, Philip Van SCHAIK, confirmed in an email to GS Graumlich that WAKING HERBS sold product, including the Banisteriopsis Caapi and Psychotria Viridis, only for the purposes of soap and candle making and ethnobotanical research, and not for human consumption.

• Mr. YOUNG stated the Ayahuasca products clear customs labeled as such, but the label on the plain, brown box shipped from WAKING HERBS to "PALOSANTOSHOP" in New York, appears to list the contents as "Aromatic herbs", "Samples" and "packaging material". In follow up with WAKING HERBS, a representative misleadingly stated the package is properly labeled with the appropriate contents. Information from contact with representatives of DHS/CUSTOMS revealed packages identified as containing B. Caapi plant material from WAKING HERBS are regularly seized when passing through customs. Notably, in November 2019, a FedEx shipment of vine and leaf plant material shipped from WAKING HERBS in the Netherlands to the address of the father of SOUL QUEST corporate officer, Scott IRWIN, in Lincoln, NE was seized by the Department of Homeland Security after it was tested and found to contain DMT. Scott IRWIN is a corporate officer of SOUL QUEST who was identified as an independent contractor by Mr. YOUNG. He is also involved in portions of the weekend retreats and provides other services through SOUL QUEST NATURAL HEALING CENTER, a separate, for-profit corporation located off-site from the SOUL QUEST facility.

• SOUL QUEST has had situations where individuals had reactions to various ceremonies which were handled in a questionable manner by the group. Most notably was the death of Brandon Begley in April of

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▓▓▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓ |
|---|---|---|
| | 3. File Title ▓▓ ▓▓▓▓ ▓▓▓▓ ▓▓ ▓▓ ▓▓▓ ▓▓▓▓ ▓▓ | |
| 4. Page  6  of  35 | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

2018.  According to the Orange County Sheriff's Office, Mr. Begley
died of "Hypoxic Encephalopathy" (brain damage due to oxygen
deprivation); "Hyponatremia" (extremely low sodium levels due to the
body holding too much water and diluting the sodium levels) and
"Primary Polydipsia" (excess consumption of water or fluids which
leads to hyponatremia).  It appeared Mr. Begley may have had a
medical issue or was on a medication which interacted with the Kambo
frog poison ceremony he participated in, but that information was not
discovered by GS Graumlich.  SOUL QUEST leadership appeared to try
natural remedies which may have delayed them calling 911. The issue
of people not providing accurate medical information to the group was
addressed by Christopher YOUNG in a Netflix documentary "UNWELL" by
him smiling and saying the group had a saying for that situation
which was "You lie, you die".  This comment was repeated by Dr. Scott
IRWIN in an interview documented in a separate report.

- Attorneys for SOUL QUEST did not allow the group to be judged by any
  past actions, focusing only on how the group intend to do things in
  the future, regardless of how the group has handled these actions in
  the past.  Attorneys for the group even went so far as to inform GS
  Graumlich prior to initial interviews that counsel for the group and
  counsel for the government had agreed on the approach of not
  addressing issues the group had in the past (such as illegally
  importing or using Ayahuasca containing the schedule I drug
  Dimethyltryptamine).  When GS Graumlich checked with government
  counsel, he was informed that this approach had been presented by the
  group's counsel, but never agreed to by government counsel.

GS Graumlich's most recent contact with SOUL QUEST was through its
attorneys in attempting to follow up to information provided by
Christopher YOUNG in an interview on January 12, 2021.  Mr. YOUNG had
provided the name of SOUL QUEST's Medical Director as "Dr. Milbrath".
When GS Graumlich could not identify Dr. Milbrath through either the State
of Florida Department of Health online license verification database or
DEA's own database of registrants, he contacted Attorney Brian Phillips
for clarification.  Mr. Phillips responded with the name of Dr. Eric
Milbrandt via email on 02-18-2021.

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>▮▮▮▮▮▮▮ | 2. G-DEP Identifier<br>▮▮▮▮ |
| | 3. File Title<br>▮▮▮ ▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮ ▮▮▮▮<br>▮▮▮ | |
| 4.<br>**Page  7  of  35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

During the interview of Dr. Scott IRWIN on January 12, 2021, GS Graumlich
asked for a list of the approximately 20 integration groups run by SOUL
QUEST as part of their aftercare program.  As of the writing of this
report, SOUL QUEST has yet to provide that information.  These groups were
mentioned by Both Dr. IRWIN and Verena YOUNG during their interviews on
that date.

**DETAILS**

1. On August 20, 2020, GS James Graumlich and DI Karen Moreno of the
   Orlando District Office Diversion Group conducted an on-site
   inspection and interview of Christopher YOUNG, President/Director of
   SOULQUEST at the group's facility, 1371 Hancock Lone Palm Road,
   Orlando, FL 32828.  Also present during the interview were Attorney
   Brian Phillips and his assistant, Samantha Gozlan.  The inspection
   started at approximately 8:00am with GS Graumlich and DI Moreno
   submitting to a Covid-19 antibody rapid test, both of which were
   negative.  Both Investigators wore protective masks during the entire
   interview and inspection.  The other 3 individuals who had allegedly
   been tested earlier, did not wear their masks.

2. At the beginning of the interview, Mr. Phillips confirmed with GS
   Graumlich that the information provided would be based on what the
   group's practices were as of the present and moving forward, as
   agreed upon by counsel for the group and counsel for the government.
   GS Graumlich informed Mr. Phillips that he was unaware of any such
   arrangement, but would document the responses he was given.  The
   discussion regarding the plant material was limited to the "nuts and
   bolts" of its receipt, storage and processing and the individuals
   involved.  The discussion of the processed liquid, referred to by the
   group as "sacrament" or "medicine" was also limited.  The information
   in this report is a compilation of information provided by all of the
   individuals interviewed, some of which was confirmed from the group's
   follow up responses through its attorney to DEA via email.  Where
   information is gleaned from other sources, such as an Internet
   website, it is documented as such.

**BACKGROUND OF INVESTIGATION**

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮ ▮▮ ▮▮▮ ▮▮ ▮▮ ▮▮▮<br>▮▮ | |
| 4.<br>**Page  8  of  35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

3. According to its website ([www.Ayahuascachurches.org](http://www.Ayahuascachurches.org)) , SOUL QUEST CHURCH OF MOTHER EARTH INC. is a "spiritual learning and healing center focused on providing the community with service, education and spiritual fellowship, healing practices, guidance, and ayahuasca ceremonies. We believe in the rights of Mother Earth, and in protecting the practice of Mother Earth-based South Native American spiritual traditions, ceremonies, and sacred indigenous natural medicines such as ayahuasca." The website also addresses the legality of Ayahuasca by stating "Ayahuasca is legal in the US it won a supreme court ruling in 2006 for religious use. Both plants are legal it's the DMT that is not legal. As you can see we are a church and we use ayahuasca as our sacrament. We also have filled (sic) an Exemption letter with the DEA for religious use."

4. During his interviews, Christopher YOUNG related to Investigators that he was led to start SOUL QUEST during an Ayahuasca ceremony in Ibiza, Spain. He referred to himself as the "Head Medicine Man" or "Senior Minister". Mr. YOUNG initially incorporated the group as OKLEVUEHA NATIVE AMERICAN CHURCH SOMAVEDA OF SOUL QUEST INC. in June 2015. The not-for-profit corporation was administratively dissolved for its 2017 annual report. Mr. YOUNG said that he initially sought out association with the OKLEVUEHA NATIVE AMERICAN CHURCH(ONAC) because ONAC said they could provide legal coverage for him to handle the sacrament. When he found this was untrue, Mr. YOUNG separated himself from the ONAC and organized the current not-for profit incorporation. He stated the group has no affiliation with any other Ayahuasca groups, in Georgia or elsewhere. Mr. YOUNG stated that initially, the group conducted ceremonies with other controlled substances, but stopped them early on. According to printouts from a previous version of the SOUL QUEST's website, the group previously engaged in and provided other types of ceremonies pursuant to its religious beliefs. SOUL QUEST appeared to have dropped those services and ceremonies after splitting with the ONAC rather than seek exemption for those ceremonies also. The ceremonies appeared to include the use of Ibogaine, Mescaline and Peyote (San Pedro ceremony), all of which are schedule I drugs. It is unclear why these other sacraments were discontinued or why the group is not seeking a religious exemption for them as well. It is also unclear

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ▓▓▓▓▓▓▓▓    2. G-DEP Identifier ▓▓▓▓ |
| | 3. File Title<br>▓▓ ▓▓▓ ▓▓▓▓ ▓▓▓ ▓ ▓▓▓ ▓▓▓▓<br>▓▓▓ |
| 4.<br>**Page   9   of   35** | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 |

what part those ceremonies played in the group's religious beliefs or whether they still hold or celebrate those beliefs.  Mr. YOUNG did not go any further than making reference to the fact that the SOUL QUEST used to do other types of drugs/ceremonies and they do not do those ceremonies anymore.  An August 2015 article on the "Bungalower.com" website about the group quoted the group's website as also referring to cannabis and mescaline in addition to ayahuasca, but it is unclear if the group actually participated in ceremonies involving these substances or just referred to those ceremonies due to SOUL QUEST's affiliation with the ONAC.  If SOUL QUEST used these substances for religious purposes, it's unclear whether the group's religious beliefs changed or just which ones they chose to practice.

5. In a Reddit post from December 2015, a cut and paste from the group's Facebook page included statements by Christopher YOUNG regarding how Kambo ceremonies (frog excretions) are primarily for pain relief and potential uses include the treatment of depression, migraine, blood circulation problems, Alzheimer's and Parkinson's disease, vascular insufficiency, organ diseases, cancer and fertility problems in women, hepatitis and AIDS.  Mr. YOUNG refers to the day of the ceremony as the "day of treatment".  SOUL QUEST's current website refers to Kambo under the FAQ section of "What Sacred Plan Medicines does the church use?" as "a traditional Amazonian Medicine derived from frogs and used as a natural remedy for the treatment of chronic pain.  Other potential uses include treatment of depression, migraine, blood circulation problems, Alzheimer and Parkinson's disease, vascular insufficiency, organ diseases, cancer, fertility problems in women, hepatitis, and even HIV."  This same FAQ refers to Ayahuasca as "a natural remedy for depression, anxiety, posttraumatic stress, drug addiction, and it also releases emotional blocks".

6. According to Christopher J. YOUNG's profile on the website, Mr. YOUNG "founded Soul Quest in September 2013 and established its foundation in April 2015".  His background is as a Medical Assistant in a Geropsychiatric Unit.  He studied Emergency Medicine and received an EMT certificate, working at a local hospital.  He was interested in alternative medicine, so he moved to Germany where he spent 3 years studying in Europe.  "After attending to many Ayahuasca religious Ceremonies He got the calling to bring the medicine to his homeland

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | 1. File No. ████████ | 2. G-DEP Identifier ██████ |
|---|---|---|---|

**REPORT OF INVESTIGATION**

*(Continuation)*

3. File Title ████ ██████ █████ ██ ██████ █████
████

| 4. Page  10  of  35 | |
|---|---|
| 5. Program Code | 6. Date Prepared 02-19-2021 |

'The United States' to open an Ayahuasca Church and begin the teachings of the Ayahuasca Manifesto….  Chris chose Orlando, Florida to be ground zero for the Ayahuasca Church for its climate and easy access to its international airports".  While most "Ayahuasca Tourism" takes place at locations in South America, this last statement seems to tie in with the group's own form of "Ayahuasca Tourism", whereby individuals with no pre-existing relationship to the group holding the ceremony travel to a locale for the specific purpose of participating in Ayahuasca ceremonies or experiences. Although the group requires ceremony/retreat participants to become members of the church and sign several waivers and other forms exempting the group from any liabilities, there appears to be no other requirement for a continuing commitment from members beyond paying for any weekend retreats attended and attending any integration groups they may choose.  While a 10% membership fee or "tithe" is included with each weekend retreat booked to ensure all participants are members, it is unknown what type of on-going support members continue to give after they return home to wherever they live.  Some local individuals become deeply involved after becoming members, continuing to volunteer and participate in ceremonies.

7. During the interview of Mr. Benjamin HEIMANN, Manager, he related that he started volunteering at the organization after attending an Ayahuasca ceremony in November 2018.  At first he started doing jobs like mowing the grass, then he eventually got involved at an organizational level and eventually moved into a managerial position because of his organizational skills and desire for things to be done correctly.  He said, as manager, he holds people "accountable for processes".  Mr. HEIMANN holds a BA in Hospitality/Business Administration from Arkansas Tech University.  He worked for Disney for 14 years as a Food/Beverage Manager.  He has been employed by Soul Quest since January 2020 and has been the Manager for approximately 5 months.

8. Anthony CHETTA is referred to as the group's "Ayahuascero".  An Ayahuascero is a person responsible for processing the plant material into the actual ayahuasca "tea" or drink.  Mr. CHETTA attended his first Ayahuasca ceremony in June 2016 and started volunteering within

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ▉ | 2. G-DEP Identifier ▉ |
| | 3. File Title ▉ ▉ ▉ ▉ ▉ ▉ | |
| 4.<br>Page  11  of  35 | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

the organization shortly thereafter.  Mr. CHETTA eventually became a
facilitator (a person who assists participants and other staff during
a ceremony) in January 2018 and transitioned to Ayahuascero in June
or July 2018 due to the group's recognition of his interest and
investment in educating himself regarding the process.  Mr. CHETTA's
background and current employment are in the IT/Computer Science and
Development realm.  He has acted as a consultant for healthcare IT.
After joining the SOUL QUEST group, Mr. CHETTA expanded on his
interest in the world of "plant medicine" by attending a 30-day
"dieta" in Peru where he worked with a Shaman to learn about
Ayahuasca and other plant medicines.  He subsequently did another 30-
day dieta in Guatemala.  SOUL QUEST leadership recognized him as an
Ayahuascero in January 2018, after his first trip to Peru.  He is not
an employee, but is a contractor and according to information
provided previously, he is the owner/operator of CHETTA WELLNESS.
According to the Internet website www.ayahuascafoundation.org, a
dieta is a contract made between a curandero (a healer who used folk
remedies), or student of curanderismo, and a particular plant spirit.
It can be done if a student feels a particular connection to that
particular plant or is told to do so by a plant spirit.

**Corporate Background**

9. The SOUL QUEST organization is a recognized 501(c)(3), not-for-profit
corporation in the State of Florida.  A check of The Florida
Department of Corporations website, www.Sunbiz.org, revealed the
group SOUL QUEST CHURCH OF MOTHER EARTH INC. filed organization
paperwork with the State of Florida on July 13, 2016 via the law firm
of Spiegel & Utrerra, P.A. (Attachment 1).  According to that
paperwork, the corporate officers were initially Christopher YOUNG
(President) and Verena YOUNG (Vice President and Secretary).  During
the interviews, Mr. YOUNG identified Verena YOUNG as his wife.  The
corporation's principal location was listed as 1371 Hancock Lone Palm
Road, Orlando, FL 32828.  The corporation filed an annual report on
April 27, 2017, changing the officers to the following:  Christopher
YOUNG (President/Director), Verena YOUNG (Treasurer/Director) and
Scott IRWIN (Director).  According to Sunbiz, the name and address
were also changed via the Annual Report filed on May 19, 2020.  A
subsequent check with SOUL QUEST revealed the name and address change

DEA Form     - 6a
(Jul. 1996)
**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | 1. File No. ███████████ | 2. G-DEP Identifier ██████ |
|---|---|---|---|
| *(Continuation)* | | 3. File Title ███ ████ ██████ ██ ████ ██████ ███ | |
| 4.<br>**Page  12  of  35** | | | |
| 5. Program Code | | 6. Date Prepared<br>02-19-2021 | |

noted on Sunbiz referred to a change in the name and address of the registered agent, not the organization.  This was confirmed on the Sunbiz website.  During the interview, Christopher YOUNG stated Verena YOUNG was soon to be his ex-wife, but will remain a part of the church and an officer of the corporation.  As of the writing of this report, they were still married.

10.  It should be noted that there was a corporate filing with Sunbiz in the name of Soul Quest Inc. in May 2013 with an address of 6168 La Vida Terrace, Boca Raton, FL  33433.  The corporate officers of SOUL QUEST INC. were Svetlana SHAMES, President, and Lana RITZ, Vice-President.  On September 2, 2020, Attorney Brian Phillips verified to GS Graumlich that this filing and these corporate officers have nothing to do with the ayahuasca group.

11.  There is a second corporation associated with the group at its current address, SOUL QUEST NATURAL HEALING CENTER LLC.  According to Sunbiz, this corporation has no FEIN number and shows an initial filing date of June 19, 2019.  According to SOUL QUEST, this organization is a separate and ancillary group which works to provide health and wellness services to members of its group, but is not involved in the procurement, processing or distribution of the Ayahuasca beyond the fact that Dr. Tiffany REILEY helped design the medical intake process and guidelines SOUL QUEST uses for ceremonies. The corporate officers of SOUL QUEST NATURAL HEALING CENTER LLC are Scott IRWIN and Verena YOUNG, both of whom are listed as Authorized Members.  According to Mr. YOUNG, the SOUL QUEST NATURAL HEALING CENTER is a for-profit corporation and split off approximately two years ago.  Individuals connected with the SOUL QUEST NATURAL HEALING CENTER do participate in the Ayahuasca ceremonies as volunteers and facilitators.  If individuals provide services to SOUL QUEST for which they are paid, it is as a contractor.

12.  It should be noted that Mr. Scott IRWIN who is identified on the SOUL QUEST website as "Senior  Medicine Man" is both a corporate officer of SOUL QUEST NATURAL HEALING CENTER and one of the three corporate officers of SOUL QUEST CHURCH OF MOTHER EARTH INC. Information provided by Christopher. YOUNG and confirmed by the group's supplier, WAKING HERBS, stated that all of the Ayahuasca

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>███████ | 2. G-DEP Identifier<br>█████ |
| | 3. File Title<br>███ ██████ ██████ ████ ███████<br>████ | |
| 4.<br>**Page  13  of  35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

plant material is ordered by Mr. YOUNG and shipped directly to SOUL QUEST from the Netherlands via regular mail.  Information received by DEA in January 2020 revealed that multiple shipments of Ayahuasca plant material (Banisteriopsis Caapi and Psychotria Viridis) were delivered to the Nebraska home of the father of Scott IRWIN over the course of 2019.  A package of plant material addressed to John Irwin was seized by the Department of Homeland Security in Chicago after it tested positive for DMT.  Local authorities in Lincoln, NE contacted John Irwin and he said his son (Scott IRWIN) imported this material and it was used as medicine to treat veterans with PTSD and other people with issues.  John Irwin said his son told him it was shipped to Nebraska because it cleared customs faster through Chicago than it did in Florida and that it was all legal.  He said his son had him relabel the shipments and send them to an address in Florida. He could not remember which address.

13.   SOUL QUEST does not hold any licensing with the State of Florida.  A check with the Florida Department of Health revealed they do not have any licensing requirement for a group such as this who imports plant material.  They referred GS Graumlich to the Florida Department of Agriculture.  According to Mr. YOUNG, SOUL QUEST had checked with the Florida Department of Agriculture and spoke to someone who told the Mr. YOUNG he had to have a "lumber license".  On August 20, 2020, GS Graumlich asked for the group's point of contact with the FL Department of Agriculture.  On September 11, 2020, Mr. Phillips' assistant emailed GS Graumlich several documents, one of which was a letter from the United States Department of Agriculture dated August 31, 2020, (Attachment 2) stating the USDA Plant Protection and Quarantine (PPQ) does not require a special permit to import the dried leaves of the Psychotria Viridis.  Attached to the letter was an Application for Permit to Import Timber or Timber Products submitted by Mr. YOUNG on August 27, 2020—one week after Mr. YOUNG's conversation with GS Graumlich.

14.   According to Mr. Phillips, the group does not need an occupational license with Orange County, FL because it is a place of worship.  As a non-profit organization, SOUL QUEST does not pay income taxes.  The group does not own the property, but leases it from a trust for $2,000.00 per month, so no property taxes are paid.  The property is

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▓▓▓▓▓▓▓▓▓ ▓▓ | |
| 4.  Page **14** of **35** | | |
| 5. Program Code | 6. Date Prepared  02-19-2021 | |

held by the 1371 Hancock Lone Palm Road LLC as trustee for the 1371
HANCOCK LONE PALM ROAD TRUST.  The corporate officers of the LLC are
Verena YOUNG (MGR) and Mechtild KUMMEL, Burgfeld Str. Number 15,
Hoxter, N. Rhine-Westphalia 37671 DE.  A copy of the lease is
Attachment 3.  The only staff paid by the organization are
Christopher YOUNG, Verena YOUNG, Benjamin HEIMANN and the cleaning
woman.  Everyone else is considered a contractor and is paid as such.

## Ceremony Information

15.   GS Graumlich did not make in-depth inquiries into the specifics of
the Ayahuasca ceremony beyond the handling and consumption of
Ayahuasca, referred to by the group as "sacrament".  The following
information was provided during interviews or by the group in
response to DEA queries.  The ceremonies happen 3 times a month in
conjunction with a "retreat".  Persons must register with the group
and pay a fee to become a "member" to participate in ceremonies.  The
fee is figured at 10% of the cost of the weekend retreat added on top
of the cost of the retreat.  The cost of the retreat may vary
depending on various a la carte choices such as sleeping
arrangements, other types of ceremonies and counseling sessions.  The
group says it does not charge for the actual ayahuasca, but does
charge for membership and everything else that goes along with the
retreats.  Mr. YOUNG stated the medical screening, administrative
needs and facilitators are all part of the retreat.  Nobody may
participate in a ceremony without participating in a retreat.  All
individuals must fill out medical questionnaires and follow provided
guidelines to participate in ayahuasca ceremonies.  The ceremonies
involve the ingestion of ayahuasca by anywhere from 60-80 individuals
at a time.  SOUL QUEST has a staff of about 30 volunteers in a pool
to assist with the ceremonies.  Mr. YOUNG said he likes to have a
ratio of about 1 facilitator volunteer to 3 ceremony participants, no
more than 1 to 4.  Mr. YOUNG said interest in Ayahuasca ceremonies
had increased during the Covid-19 pandemic due to people's unease.
He related that SOUL QUEST's waiting list had doubled recently.
Participants arrive on Friday and engage in a Friday evening
ceremony.  Each participant is given 1 tablespoon of sacrament to
begin with and the average dose is 3 tablespoons.  Anyone wanting

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**

*(Continuation)*

| | |
|---|---|
| 1. File No. ██████████ | 2. G-DEP Identifier ██████ |

3. File Title
██ ████ █████ █ ████ ████
████

4.
Page  15  of  35

5. Program Code

6. Date Prepared
02-19-2021

more than 4 would need to have an in person meeting with Mr. YOUNG
and the staff.  All participants/members are issued a wristband upon
arriving at the facility.  Green wristbands mean they have full
clearance and can consume Ayahuasca as needed; Yellow wristbands mean
there is a possible health or medical issue based on the information
provided by the individual and they need to be monitored by a
facilitator and red wristbands means the individual has tested
positive for some drug during the mandatory screen or has some other
issue which would prevent them from ingesting Ayahuasca.  These
wristbands are checked each time sacrament is distributed.
Attachment 4 is a schedule of events for a weekend retreat at SOUL
QUEST.

16.  The sacrament is distributed during ceremonies at one of two
altars set up by the church.  One altar is located in the courtyard
behind the main facility and the other is set up in the Maloca
outside the courtyard to the east of the main building.  Mr. CHETTA
normally distributes sacrament from the Maloca, which is a large
round tent structure built over a round concrete pad about 12 to 18
inches high with a large hole in the center.  There were sleeping
pads arranged around the circle when GS Graumlich visited the site.
The doses of sacrament are given out in ceramic cups made
specifically for that purpose and labeled with the group's name and
logo.  Mr. YOUNG said sometimes individuals come to participate in
the retreats and observe without ingesting sacrament.  It was not
clear if they were issued a wristband.

**Ceremonial Incidents**

17.  Brandon Begley was a 22 year old white male who died on April 4,
2018 after attending a retreat at SOUL QUEST CHURCH OF MOTHER
EARTH.  Attachment 5 consists of a SOUL QUEST Medical Form,
AccidentWaiver/Release of Liability Form and other documents obtained
from the Orange County Sheriff's Office relating to the incident and
the address.  In the medical form, Begley indicated he had taken
Ayahuasca 6 times before.  It was unclear if Begley had participated
at SOUL QUEST or in other venues.  Attachment 6 is a copy of the
police report.  The following is given in summary overview for
reference and is not intended to be a factual timeline of events.  A

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>████████████ | 2. G-DEP Identifier<br>██████ |
| | 3. File Title<br>████ ████ ████ █ ████ ████████<br>████ | |
| 4.<br>**Page  16  of  35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

review of the police report and witness statements indicate Mr. Begley had been acting erratic after a weekend retreat.  He had evidently participated in the weekend's Ayahuasca ceremonies as well as a Kambo ceremony involving having the poison excreted from a tree frog spread on his skin.  On Sunday afternoon, he started acting erratically and drinking a lot of water.  He was, evidently, warned not to do this as it could be dangerous.  He continued to ingest water and act erratically.  He was being monitored by SOUL QUEST staff who took him outside to "ground" him and place him close to the ceremonial fire.  An Internet search revealed "grounding" is a shamanic practice to help a person by having them make contact with the ground to make contact with Mother Earth.  At some point, Begley started to "flail" and thrash about, possibly having a seizure.  One of the medicine men at the ceremony and other individuals restrained him on the ground to keep him from hurting himself and mats were brought in because he was getting scratched up.  SOUL QUEST members monitored his breathing and blood pressure and others made a ceremonial tea of boiled sugar water.  At some point, Begley calmed down and evidently sat up.  Later, he became unresponsive, his breathing became shallow and leadership directed that CPR should be started.  At that point Christopher YOUNG called 911 and an ambulance responded.  It is unclear how long Begley was actually in distress before 911 was contacted.  A local news report stated there was approximately a 3 hour delay between the time SOUL QUEST leadership and volunteers identified the distress and called 911.  Begley was kept on life support at the hospital until it was withdrawn and he passed on April 4, 2018.  According to the Orange County Sheriff's Office, Brandon died of "Hypoxic Encephalopathy" (brain damage due to oxygen deprivation); "Hyponatremia" (extremely low sodium levels due to the body holding too much water and diluting the sodium levels) and "Primary Polydipsia" (excess consumption of water or fluids which leads to hyponatremia).  An Internet search revealed that Primary Polydipsia is normally seen either in patients with psychiatric disorders who cannot monitor their intake or those driven to consume large volumes of water to maintain a healthy lifestyle.  A copy of SOUL QUEST's Safety Protocols is Attachment 7.

**DEA** Form    **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ▮▮▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| | 3. File Title ▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮ ▮▮▮▮<br>▮▮▮ | |
| 4.<br>Page   17   of   35 | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

18.   During this investigation, GS Graumlich and DI Moreno visited an
AdventHealth standalone emergency room near the SOUL QUEST campus.
They spoke with Jo-Annie Stevens, Charge Nurse on duty at the time.
She related that she had no direct knowledge of persons admitted from
SOUL QUEST, but as Charge Nurse, she was aware of 2 different
individuals who had been admitted as "Baker Acts" (involuntarily
admitted with a 24 to 48 hour psychiatric hold) within the last year.
Both of these individuals had come in after hours and allegedly had
ties to the SOUL QUEST property.  As of the writing of this report,
AdventHealth had been served with a subpoena for further information,
but had yet to comply.  Information regarding another individual who
had issues with the SOUL QUEST retreat is documented in a DEA 6, this
file title and number regarding the Interview of Jessica Underwood.

**SOUL QUEST Controlled Substance Supplier WAKING HERBS**

19.   According to Mr. Young, the plant material is obtained from a
European company called WAKING HERBS and is shipped from the
Netherlands.  Mr. YOUNG said WAKING HERBS is a family-owned firm.
According to the firm's website, www.wakingherbs.com, the firm
started in 2014 after the founders, Wouter LNU and Laura (later
identified as Laura ALAYON) started working with "ethnobotanicals" in
2010.  Ethnobotany is described on the Internet as the study of
interrelations between humans and plants.

20.   According to Mr. YOUNG, the drug is not controlled in the
Netherlands, so WAKING HERBS does not need a license to export it to
the United States.  Mr. YOUNG stated the shipment "clears customs"
addressed to SOUL QUEST, but according to the shipping labels
observed on the boxes at the storage facility, the declared contents
were "Aromatic herbs", "Samples" and "packaging material" and it
appears to be mailed from WAKING HERBS in the Netherlands to a postal
box run by the company within the United States, so it is unknown if
the product actually clears customs as Ayahuasca or not.  Based on
this scenario, SOUL QUEST was not importing the Ayahuasca plant
material, WAKING HERBS was importing the material.

21.   The Waking Herbs website advertises, among other things,
Banisteriopsis caapi yellow, leaves and vines, Quechua Yage.  It

---

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ████████ | 2. G-DEP Identifier ████ |
| | 3. File Title ████ ███ ████ ██ ████ ██ ████<br>████ | |
| 4.<br>**Page  18  of  35** | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

identifies the product as one of the ingredients in Ayahuasca.  In
spite of the fact that the website refers to products such as rape'
and ayahuasca as "sacred tools", the website carries the disclaimer
that the products are not approved by the FDA and are sold for
incense, soap making purposes, decorative purposes and/or legitimate
ethnobotanical research.  The website says **"Our products are not sold
or intended for human consumption"**.

22.  Mr. YOUNG also said he and/or the group has a wholesale account
under both his and the organization's names and normally orders the
plant material via an e-mail to the firm.  GS Graumlich asked for a
point of contact at the firm and was provided information for Philip
van SCHAIK who later identified himself as a "manager" at WAKING
HERBS.  Mr. VAN SCHAIK said WAKING HERBS mails the plant material to
the facility on Hancock Long Palm Road where it is received by
Manager, Benjamin "Benny" HEIMANN via United States Postal System.
This was found to be partially true as it was later discovered that
WAKING HERBS ships generically labeled boxes to a "virtual" mailbox
address in New York where an employee of the personal mail box
facility takes a picture of the delivery and texts it to the box
holder who then gives the employee instructions on where to send the
package(s) or envelope(s) (See paragraph 28.)  Subsequent information
provided by Mr. VAN SCHAIK and other information pertinent to WAKING
HERBS' shipping of plant material is documented in a separate report,
this file title and number.

23.  Mr. YOUNG stated SOUL QUEST is given tracking numbers, so they
know when to expect delivery.  According to Mr. YOUNG, the group
would like to place orders twice a year.  In another interview, Mr.
CHETTA and Mr. HEIMANN confirmed the group has historically ordered
plant material every 1-2 months.  Mr. YOUNG stated he always orders
the same amount.  Mr. YOUNG said he would like to order 10 packages
monthly, but 20 packages is what they use for a month's services.
The group uses 2 packages, each containing 18 kilos of vine material
or 8 kilos of leaves, each month to process plant material into
enough liquid sacrament for a month's worth of services.  Mr. YOUNG
uses wire transfers to pay for the ayahuasca plant material.  GS
Graumlich did not ask how much was paid, but the WAKING HERBS website
appeared to list 8 kilos of shredded vine for $595.00.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

---

### REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 1. File No. ▮▮▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |

3. File Title
▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮ ▮▮▮▮
▮▮▮

4.
Page  19  of  35

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 02-19-2021 |

---

24.   A month's worth of services consists of 3 weekend retreats and a
single service on the third Thursday of each month which is held free
for current and former members of the armed services.   According to
the information provided by the group, they have 4 holy days each
year:

Earth Day:  April 22
Vernal Equinox:  March 21
Summer Solstice:  June 21
Autumnal Equinox:  September 21
Winter Solstice:  December 21

25.   Mr. YOUNG confirmed the group has retreat services for between 60
and 80 participants 3 times a month.   According to Mr. YOUNG and Mr.
HEIMANN, once the plant material is received at the facility, it is
verified and transported to a 5' x 5' off-site storage facility
maintained by the firm at Security Self Storage, 12280 E. Colonial
Drive, Orlando, FL  32826, (407) 482-7707.   A NADDIS check revealed
no information pertinent to SOUL QUEST.   A copy of the group's lease
agreement is Attachment 8.

26.   The group maintains a log book and Excel spreadsheet to document
the initial receipt of plant material.   Attachment 9 is a blank copy
of a log book page.   According to Mr. YOUNG, only Mr. HEIMANN is
allowed to transport the plant material to the storage facility.   If
Mr. HEIMANN is not available, Mr. YOUNG would secure the shipment at
the off-site after obtaining the key and gate code from Mr. HEIMANN.
Normally, the shipment is transported in Mr. HEIMANN's privately-
owned vehicle, a 2018 Honda Civic, license plate ▮▮▮▮▮.

27.   The following information is drawn from the Investigator's visit
to the off-site storage facility.   At that time, Investigators
observed the group's 5'x5' storage unit and the 9 cardboard boxes
contained therein.   The plant material is received in unmarked boxes
measuring approximately 30" long by 10' tall and 24' deep.   One of
the boxes was slightly taller.   All of the boxes were wrapped in
plastic wrap.   Each box had either a "V" or an "L" written on the
outside, possibly signifying "vine or leaf".   It is unknown if this
is written by the shipper or receiver.   When it is received the date

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
| | 3. File Title ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮<br>▮▮▮ | |

| 4.<br>**Page  20  of  35** |
|---|

| 5. Program Code | 6. Date Prepared<br>02-19-2021 |
|---|---|

is written on the box.  The boxes had several different types of shipping labels that read as follows:  One main orange and white shipping label which appears to be from the Netherlands bears a return address of Mundy Garden, Motensingel 12, 6581 X5 (possibly "S") Madden (or Malden).  A preliminary Google search revealed no matches.  The addressee on the orange label was PALOSANTOSHOP, 1297 Grand Ave PMB 1032, 11510 Baldwin, NY, USA.  The items being shipped were described as "Aromatic herbs", "Samples" and "packaging material".  The shipping date was February 8, 2020 from Haarlem, Netherlands.  The second label was a UPS Ground shipping label with a ship to address of "SOUL QUEST CHURCH OF MOTHER EARTH, CHRIS YOUNG, 1371 HANCOCK LONE PALM RD, ORLANDO FL 32828-7207"  it had a tracking number of 1ZRR0S(?)560377701061.  The return address was "Laura ALAYON (516) 544-2668, The UPS Store #3933, Ste 1, 265 Sunrise Hwy, Rockville Center, NY11570-4915". It should be noted that the WAKING HERBS' website identified the business owners as "Wouter and Laura" and the website referred to items being shipped from a "U.S. Warehouse" and WAKING HERBS Manager, Philip VAN SCHAIK stated in an email to GS Graumlich that all product is shipped directly to SOUL QUEST directly from the Netherlands.  The label was marked Box 2 of 3 and the shipping date was February 26, 2020.  The third label was a return address label reading "Palosantoshop, 1297 Grand Ave, PMB 1032, Baldwin NY  11510 United States; Ref: CY130201" and the last label was a bar code label showing shipping from the postal system in the Netherlands and postage paid.  The UPS label indicated a weight of 43 lbs. with a total shipping weight of 106 lbs., apparently for all 3 packages.  None of the labels showed the name "WAKING HERBS".  Photos of the labels and boxes are Attachment 10.  Investigators did not review the labels on each of the boxes.

28.   Information later developed during this investigation revealed the following:  1297 Grand Ave PMB 1032, 11510 Baldwin, NY, USA is the address for MAILBOX SHIPPING & MORE, which is a personal mailbox facility which receives shipments and mail on behalf of its customers.  The facility has been served with a subpoena, but has not fully responded as of the writing of this report.  Their response will be documented in a separate report, this file title and number. A conversation with an employee at the facility described the

---

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ▮▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
| | 3. File Title ▮▮ ▮▮▮ ▮▮ ▮▮ ▮▮▮<br>▮▮ | |
| 4.<br>**Page  21  of  35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

business model as follows:  Clients, such as "PALOSANTOSHOP" have "virtual" mailboxes at this address.  When mail is received, be it boxes or envelopes, the employee takes a picture of the delivery and texts it to the contact for the virtual mailbox.  The contact then gives instructions to either trash/recycle the delivery (junkmail), scan and send a copy of the document/mail to the contact or ship the delivery to an address provided by the contact.  In this scenario, WAKING HERBS website could ship a delivery of plant material to the PALOSANTOSHOP at the virtual mailbox.  When it arrives, the employee of the mail facility sends a text to the contact for the box (possibly WAKING HERBS itself) who would provide a second address that the employee would label and ship the delivery to.  A conversation between DI Karen Moreno and an employee of MAILBOX SHIPPING & MORE facility related that Laura ALAYON was the contact for one of the virtual mailboxes and the shipping was done from a separate address at a UPS Store.  This would explain the multiple labels on the boxes shipped to SOUL QUEST.  In this manner, WAKING HERBS can ship into the United States without exposing its customers to possible controlled deliveries by law enforcement or exposing customer's information to U.S. Customs.

29.  In this scenario, WAKING HERBS is illegally shipping products containing DMT from the Netherlands to itself at an address within the United States, thereby causing WAKING HERBS to be both the Exporter and Importer of record.  SOUL QUEST cannot be registered with DEA as an Importer and cause the schedule I substance to be brought into the country in this method as the product is not originally addressed to SOUL QUEST from WAKING HERBS.  GS Graumlich informed Attorney Brian Phillips of this problem so as to make him aware of the issue.  As WAKING HERBS quit communicating with or providing information to GS Graumlich; he was unable to address the issue with them.  GS Graumlich was unable to find verifiable corporate information on PALOSANTOSHOP.

30.  According to the staff at SOUL QUEST, the plant material remains stored off-site until it is needed for processing into sacrament.  When needed, Mr. HEIMANN transports enough plant material back to the SOUL QUEST facility to supply a month's worth of ceremonies.  Once it

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ▓▓▓▓▓▓▓ | 2. G-DEP Identifier ▓▓▓▓ |
| | 3. File Title ▓▓▓ ▓▓▓▓ ▓▓▓ ▓ ▓▓▓ ▓▓▓▓<br>▓▓▓ | |
| 4.<br>Page 22 of 35 | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

is received back at the SOUL QUEST facility, the group's Ayahuascero, Anthony Chetta, processes the plant material to extract the sacrament.

31.   According to Mr. CHETTA, he processes the plant material by boiling it in 10 large, 80-quart, stainless steel pots on propane burners.  This is done outside in the covered porch area of the SOUL QUEST facility.  The process could take two or three days depending on the temperature, humidity and other variables.  During the process, the liquid is tested by Mr. CHETTA by observation, using his knowledge and experience.  No chemical testing or assays are conducted.  The sacrament is not tested for a strength or potency. Mr. CHETTA developed his Ayahuascero skills during training he pursued in Peru and Guatemala subsequent to joining SOUL QUEST in 2016.  His background is as an IT specialist.  During an interview, he related to GS Graumlich that he first engaged at an Ayahuasca ceremony at Soul Quest in 2016, then started volunteering around the church.

32.   Based on Mr. CHETTA's interest, training and experiences, he was recognized as an Ayahuascero for the church, giving him the responsibility for processing the plant material into sacrament.  He described the process as follows:  Mr. HEIMANN transports the plant material to the facility from the off-site storage unit.  Mr. CHETTA takes the plant material which is already shredded by the supplier and soaks it in filtered water in each of the 10, 80-quart pots.  The plant material soaks at ambient temperature for approximately 12 hours.  The propane burners are then fired up and ¾ Liter of apple cider vinegar is added to each pot to replicate the acidic nature of the river water used in the Peruvian ceremonies.  The mixture is then cooked for approximately 2 to 3 hours depending on the rate of evaporation.  During this time, the mixture is monitored and stirred. The liquid in the 80-quart containers is then strained into one of two 160-quart containers.  The process is then repeated for a total of 4 "washes" to ensure the extraction of as much plant material as possible.  The large pots are maintained on a low heat source to continue the reduction process.  After the 4th wash, the 2 larger containers are full.    The mixture continues to reduce under low

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ███████████ | 2. G-DEP Identifier ███████ |
| | 3. File Title ███ ████ █████ ████ ████ ████ ███ | |
| 4. Page **23** of **35** | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

heat for 28-30 hours with each 160-quart container reducing down to approximately 10 liters each.  The large pots are then taken into the controlled substance room and stored for another 24 hours with no heat at ambient temperature.  They continue to evaporate roughly one more liter each.  Mr. CHETTA stated there was no DMT contained in the vapors, but it was not verified whether this is a scientific fact.  According to Mr. CHETTA, they then fill between 21 and 22 quart mason jars to the 800ml line.  Mr. CHETTA commented it should be 21.7 jars.  It should be noted that 18 liters is 18,000 milliliters.  18,000 milliliters divided by 800 results in 22.5 containers.  It's unknown how much sacrament is lost in the process of transference from the large containers to the pitcher to the quart jars.  They use a large Rubbermaid type pitcher with a rubber spatula to do this as the mixture is very thick.  Each jar gets the production date written on it, but is not otherwise uniquely identified.  The jars are stored in the lockable refrigerator until they are removed for use in a ceremony.  All of the jars constitute a batch and are listed in the log book and spreadsheet in summary (21.7 jars).  In Mr. YOUNG's first interview, he stated that all the jars get a date and number (1-22), but Mr. CHETTA said they only get dated at production.  There were no jars in the refrigerator at the time of inspection, so what actually happens was not clear.

33.   The plan is for the remaining plant material, referred to as "mulch", to be transferred to a lockable composting barrel with kitty litter based on the group's reading of the DEA website for drug destruction guidelines.  According to Mr. YOUNG's initial interview, the plan was to put the mulch in a composting barrel and eventually throw it out with the trash.  GS Graumlich informed Mr. YOUNG of the difference between guidelines for consumers of controlled registrants and CFR requirements for registrants.

**Production Controlled Substance for Ceremony**

34.   Mr. CHETTA described the preparation of the Ayahuasca sacrament for ceremonies as follows:  One of the 3 responsible individuals obtains the key for the drug room from the security office, signing the log book to take possession.  Mr. CHETTA is usually helped by Mr. HEIMANN in the preparation of individual doses of the sacrament.  The

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮ |
|---|---|---|
| *(Continuation)* | 3. File Title ▮▮▮▮▮▮ ▮ | |
| 4.<br>Page 24 of 35 | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

group uses custom-made ceramic cups for the ceremony bearing their
name and logo.  Based on the number of participants scheduled for the
ceremony, the cups for the Friday night ceremony are set out and
filled with 1 tablespoon of sacrament.  Mr. CHETTA said he only fills
enough cups for about 75 % of the attendees to minimize waste in case
people do not participate.  The number of cups is written in the log
book along with the date and other information (see Record Keeping).
In addition to the sacrament in the cups, a Pyrex glass measuring
container with a rubber stopper lid is filled to have at each of the
two altars where participants get their doses.  These are used to
measure out additional doses before or during the ceremony.  A
facilitator at each altar writes down the number of additional doses
(tablespoon) given out during the ceremony.  At the end of the
ceremony, the cups are collected and taken to the kitchen for
cleaning.  The remnants in the cups are normally washed down the
drain into the facility's septic system, but if there is a
significant amount (from an unused serving), they anticipate mixing
it with kitty litter, possibly in the composting barrel with the
mulch.  The amount remaining in the Pyrex cups is added back to the
mason jars and returned to the fridge.  This amount is never taken
out of inventory in any record when it is removed or returned.  The
only amount documented is the volume of sacrament generated initially
at production and the amount of tablespoon servings given out for
each ceremony.

35.  The group anticipates listing the opening inventory at the start
of each weekend of ceremonies and the closing inventory remaining
after all 3 ceremonies are done for the weekend.  While Mr. HEIMANN
is responsible for cleaning out the serving cups, Mr. CHETTA is
responsible for cleaning out the mason jars after use.  A rubber
spatula is used to scrape remaining sacrament out of any containers.
A weekend retreat consists of a Friday night ceremony, a Saturday
morning ceremony at 10:30am or 11:00am and a Saturday evening
ceremony.  Between ceremonies, the Pyrex containers are stored in a
regular fridge in the drug room, not the lockable fridge holding the
mason jars.  Only amounts measured out for tablespoon doses are
documented as removed from stock.  Information previously provided to
DEA stated that SOUL QUEST had written policies regarding the storage

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. ██████████ | 2. G-DEP Identifier ██████ |
|---|---|---|
| | 3. File Title ██ ███ ████ ██ ███ ███<br>███ | |
| 4.<br>**Page   25   of   35** | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

and usage of Ayahuasca.  GS Graumlich asked for a copy of these policies and was provided Attachment 11 by Mr. Phillips.

**SECURITY**

**Structure and Location**

36.   SOUL QUEST consists of several buildings, tents and lodges located on a 5 acre plot in eastern Orlando, FL.  The main facility was converted over from a large ranch style house and is roughly an "L" shaped building with the bottom of the "L" running north and south parallel to the street.  Nobody lives on the grounds, although Mr. YOUNG used to.  During the on-site visit, Investigators were informed the group does not own the property, but leases it from a Trust held in the name of 1371 HANCOCK LONE PALM ROAD TRUST.  A copy of the lease is included as an attachment to this report.  A diagram of the grounds provided by the firm is Attachment 12.  The front of the property faces west and fronts Hancock Lone Palm Road.  There is no perimeter security or fencing for the 5 acres.  There is a 6 ft. tall wooden, board on board, fence which extends off from the front of the facility approximately 30 feet to each side, parallel to the front of the main facility before running towards the back of the property to the east.  The property runs east to west and is bordered on the north by residential property, on the south by an empty lot which the group is trying to purchase, on the west by the residential street and on the east by commercial property.  The group does not use the far, east end of its 5 acres, currently.  Investigators observed a fenced in vacant lot across the street to the west.  The front of the facility sits back approximately 120 feet from the street and has two driveways with the right one giving access through the 6ft tall wooden fence to the back of the property on the south side of the building.  The main facility used to be a residence and consists of a single-story ranch style building whose rooms have been converted to offices and store rooms.  The front door is roughly centered on the front of the house.  There are windows in each wall of the house.

37.   There are two single-story lodges running parallel to the front of the house on the back (east side) of the main building which are used for retreats.  A fence at the south end of these structures

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>███████████ | 2. G-DEP Identifier<br>██████ |
| | 3. File Title<br>██ ███ ████ ██ ████ ████<br>████ | |
| 4.<br>**Page  26  of  35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |

encompasses a small courtyard in the middle.  One of the altars for the distribution of the sacrament is set up in this courtyard during ceremonies.  There is a covered patio running east to west the length of the back side of the main facility between the main building and the lodges.  This is the location where the plant material is processed into sacrament once a month.  Directly to the east, behind the main facility and the lodges is a large, circular, tent structure referred to as the "Maloca".  (According to a Google search, a Maloca is an ancestral long house used by indigenous people in South America, primarily Colombia and Brazil.)  This is where one of the altars is placed for ceremonies and it measures approximately 30 feet in diameter with what appears to be a concrete floor with a sunken area in the center.  There were mats lying on the floor in a pinwheel arrangement.  The rest of the grounds consist of more, small, lodges, showers, bathrooms, common areas and parking, all to the east end of the property, away from the main entrance.

## Controlled Substances Security

38.   The processed sacrament which contains the schedule I drug DMT is stored in a lockable Empura brand refrigerator located in a small drug room which appears to have been recently added to outside of the north side of the main facility.  The Empura refrigerator measures approximately 2 feet wide, 30" deep and 6' tall.  An Internet search appears to describe it as a "swing glass door merchandiser refrigerator" which is used in retail establishments to vend articles needing refrigeration.  The group has added a second keyed hasp lock at the top due to the flex in the door when the bottom lock was secured.  The bottom lock is a built in key lock.

39.   There are 2 windows in the north wall of the main facility where the drug room has been built.  These windows are covered with wood paneling on the inside of the main facility with the exception of the semi-circle panel at the top which remains exposed.  On the inside of the drug room, these windows are covered in glass or Plexiglas. There are no other windows in the drug room, but there is a small window mount room air conditioner built into the high end of the west wall.  The drug room is framed of lumber with a stucco exterior and the only door to the room faces east.    The door to the room is made

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ████████████ | 2. G-DEP Identifier ████████ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ███ ████ ██████ ██████ █████████ █████ ███ | |

| 4. Page 27 of 35 | |
|---|---|
| 5. Program Code | 6. Date Prepared 02-19-2021 |

of a metal skinned, hollow core door with wooden inserts for the mounting of locks, knobs and hinges.  The lock is a pushbutton lock, the code of which is changed monthly by Mr. HEIMANN.  Only Mr. HEIMANN, Mr. YOUNG and Mr. CHETTA have codes to the drug room.  Temporary codes can be supplied to individuals on a weekly basis by either Mr. HEIMANN or Mr. YOUNG.  There is also a deadbolt key lock which secures this door when closed.  The key is kept in a box in the security office.  This key is only accessed by one of the EMTs that work at the facility (Mike Sizemore or Nathan Alexander) or Dr. Tiffany REILEY.  One of the 3 individuals with access to the pushbutton code and authority to access the drug room must check the key out from one of the EMTs at the security office.  This is documented in a key log which is maintained in the security room.  The processed sacrament is maintained in the Empura refrigerator, but the Pyrex containers used for additional doses during ceremonies are maintained in an unlocked refrigerator in the drug room between ceremonies.  At the conclusion of the weekend's ceremonies they are poured back into the mason jars which are secured in the locked Empura refrigerator.  Photos of the drug room are Attachment 13.

40.   Plant material containing DMT is received at the main facility and transferred to the off-site storage by Mr. HEIMANN the day it is received.  The group rents a 5' x 5' storage space on the ground floor of a climate-controlled facility at Security Self Storage, 12280 E. Colonial Drive, Orlando, FL  32826, (407) 482-7707.  A copy of the lease is attached to this report.  The customer profile was filled out by Mr. HEIMANN on 01-13-2020 and provided his emergency contact as Brenda Heimann, not someone from SOUL QUEST.  The customer profile/application also indicated it would be for personal use and Mr. HEIMANN would be storing "household goods" in the unit for approximately 1-3 months.

41.   The walls are made of corrugated steel of an unknown gauge on 3 sides with an overhead roll up door which is almost as wide as the storage unit.  The door to the unit faces east and opens to an inside hallway of Building 1.  The unit is identified as #6 and is located on a corner of a bank of units.  Access to the facility is gained by a drive through gate with push button code access.  According to Mr. HEIMANN, only he has the access code.  Once inside the facility,

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | **1. File No.** ▮▮▮▮▮▮▮▮ | **2. G-DEP Identifier** ▮▮▮▮▮ |
| | **3. File Title** ▮▮▮ ▮▮▮ ▮▮▮ ▮▮ ▮▮▮ ▮▮▮ ▮▮ | |
| **4.** **Page  28  of  35** | | |
| **5. Program Code** | **6. Date Prepared** 02-19-2021 | |

access to the group's storage unit is gained by means of a circular keyed padlock made for these types of facilities.  Photos of the storage unit and facility are Attachment 14.  GS Graumlich discussed DEA security requirements in general and the need for registrants to maintain their controlled substances at the controlled premises.  As the group has applied for an exemption and did not have any applications for registration in any specific category pending, GS Graumlich did not quote the specific ratings for security containers for schedule I controlled substances, but explained DEA security requirements in general terms.  The Controlled Substances Act defines a controlled premises and DEA registers by location, requiring registrants to handle and store controlled substances at their controlled premises/registered location.  Based on existing guidelines, the off-site storage of the plant material at the storage facility does not meet DEA requirements.  GS Graumlich informed Mr. YOUNG and Mr. Phillips that situation may need to change moving forward.  In a later meeting, GS Graumlich informed Mr. YOUNG and Mr. Phillips that the DEA would require SOUL QUEST to store all Ayahuasca and plant material at the registered location, but would not require the construction of a cage to store the plant material until the approval of the exemption was granted.

**Alarm Security**

42.  The group currently has an alarm system which consists of IP cameras with built in motion sensors which turn on the cameras and attached lights when motion is detected.  The alarm is not connected to any central station or monitored remotely.  The cameras record to a hard drive on the premises and run through an application on Mr. YOUNG's phone.  The system does not meet any DEA requirement.  GS Graumlich explained the basics of DEA security requirements and the need to have a system which is monitored.  GS Graumlich also discussed the requirements for registrants to have alarm systems which have polled line security so Mr. YOUNG was made are aware if the monitoring station loses connection with the alarm system, thereby negating its effectiveness.  As part of the follow up to the initial interview, SOUL QUEST, through its law firm, provided an alarm contract with ADT. (Attachment 15).  It is unclear if this system has been installed.  Mr. YOUNG and his attorney both said they

---

**DEA Form    - 6a** (Jul. 1996)

**DEA SENSITIVE** **Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration. Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▉ | 2. G-DEP Identifier ▉ |
|---|---|---|
| | 3. File Title ▉▉▉▉▉ ▉ | |
| 4. Page 29 of 35 | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

understood the DEA requirement for any alarm system to have battery
backup and on-going polling of the line by the central station to
ensure the system was functioning properly. A full inspection of the
alarm system and modifications to the facility will be documented in
a separate report under this file in the event SOUL QUEST is granted
the RFRA exemption and an application for registration is filed with
DEA.

## Record Keeping

43. Mr. YOUNG will be responsible for maintaining records for the
group. During the initial interview, GS Graumlich discussed DEA
record keeping requirements for Importers and Manufacturers as the
group does not have any pending applications in any specific
category. DEA Form 357, Application for Permit to Import Controlled
Substances for Domestic and/or Scientific Purposes, was discussed as
was the use of DEA Form 222, Schedule I and II Order Form. Initial
and Biennial inventories were discussed as was the need to maintain
records separately from other records and records of other DEA
registrations, even those maintained by the same organization. The
requirement to report thefts or losses within 24 hours of discovery
was explained as was the need to follow up with a DEA Form 106,
Report of Theft or Loss of Controlled Substances via the DEA website.
Civil fines for failure to make a report or maintain a record was
also discussed. GS Graumlich explained the requirements to maintain
all DEA records for a minimum of 2 years. DEA record keeping and
reporting requirements will be reviewed again with SOUL QUEST should
their application for RFRA exemption be granted and they apply for
registration with DEA in the appropriate categories. That review
would be documented in DEA 6, Report of Investigation, under the
appropriate file title and number.

## Drug Destruction

44. The destruction of controlled substances by a registrant was
discussed as was the difference between DEA guidance for the
destruction of drugs by consumers and the legal requirements of
destruction by a DEA registrant. The group's current intention is to
maintain the "mulch" (plant material left over from processing) in a

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ▇▇▇▇▇▇▇ | 2. G-DEP Identifier ▇▇▇ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▇▇ ▇▇▇ ▇▇▇ ▇▇ ▇▇ ▇▇ ▇ | |
| 4. **Page  30  of  35** | | |
| 5. Program Code | 6. Date Prepared 02-19-2021 | |

55 gallon composting drug with kitty litter.  The drum would be secured with a padlock and maintained somewhere on the property where ceremony participants do not have access.  GS Graumlich discussed DEA requirements for the destruction of a controlled substance to no longer chemically be a controlled drug, not for it to be mixed with another substance such as kitty litter.  GS Graumlich referred Mr. YOUNG to the existence of reverse distributors, but said there may be issues accurately documenting the amount of controlled substances destroyed as the DMT is never actually assayed or measured.  GS Graumlich said that registrants are allowed to dispose of their own controlled substances per DEA regulations and guidelines, which normally involve incineration.

45.  As SOUL QUEST AYAHUSCA CHURCH OF MOTHER EARTH, 1371 Hancock Lone Palm Road, Orlando, FL  32828 does not have an application for registration pending for any specific type of registration, this report was written to document information to be used in addressing SOUL QUEST's application for an exemption under RFRA.  Reports of future interviews, inspections or other events will be written under this case file number.

**ADDITIONAL INFORMATION**

46.  GS Graumlich's most recent contact with SOUL QUEST was through its attorneys in attempting to follow up to information provided by Christopher YOUNG in an interview on January 12, 2021.  Mr. YOUNG had provided the name of SOUL QUEST's Medical Director as "Dr. Milbrath".  When GS Graumlich could not identify Dr. Milbrath through either the State of Florida Department of Health online license verification database or DEA's own database of registrants, he contacted Attorney Brian Phillips for clarification.  Mr. Phillips responded with the name of Dr. Eric Milbrandt via email on February 18, 2021.

47.  During the interview of Dr. Scott IRWIN on January 12, 2021, GS Graumlich asked for a list of the approximately 20 integration groups run by SOUL QUEST as part of their aftercare program.  As of the writing of this report, SOUL QUEST has yet to provide that

---

**DEA** Form    **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | | |
|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | 1. File No. ▇▇▇▇ | 2. G-DEP Identifier ▇▇▇ |
| | | 3. File Title ▇▇ ▇▇▇ ▇▇▇ ▇▇ ▇▇ ▇▇ ▇▇▇ | |
| 4. **Page 31 of 35** | | | |
| 5. Program Code | | 6. Date Prepared 02-19-2021 | |

information. These groups were mentioned by Both Dr. IRWIN and
Verena YOUNG during their interviews on that date.

48. This investigation continues.

**ATTACHMENTS**

1. Sunbiz printout for SOUL QUEST CHURCH OF MOTHER EARTH INC.
2. USDA Paperwork
3. Copy of Lease for Lone Palm property
4. Retreat Schedule
5. Medical Form-Begley
6. Begley Police Report
7. Safety Protocols
8. Security Self Storage Lease
9. Blank copy of log book page
10. Photos of labels and boxes from Waking Herbs
11. Copies of written policies for storage of Ayahuasca
12. Diagram of grounds
13. Photos of drug room
14. Photos of Storage Unit facility
15. ADT Alarm Contract

**INDEXING**



**DEA** Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>████████ | 2. G-DEP Identifier<br>██████ |
| | 3. File Title<br>████ ████ ████ ███ ███ ████<br>███ | |
| 4.<br>**Page   32   of   35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |



**DEA** Form      **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>███████ | 2. G-DEP Identifier<br>████ |
| | 3. File Title<br>████ ████ ████ ██ ██ ████<br>███ | |
| 4.<br>**Page   33   of   35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |



**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. ▆▆▆▆▆▆ | 2. G-DEP Identifier ▆▆▆▆ |
|---|---|---|
| *(Continuation)* | 3. File Title ▆▆▆ ▆▆▆▆ ▆▆▆▆ ▆▆ ▆▆▆ ▆▆▆▆ ▆▆▆ | |
| 4.<br>**Page  34  of  35** | | |
| 5. Program Code | 6. Date Prepared  02-19-2021 | |



**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>████████ | 2. G-DEP Identifier<br>████ |
| | 3. File Title<br>████ ████ ████ ███ ███ ████<br>███ | |
| 4.<br>**Page   35   of   35** | | |
| 5. Program Code | 6. Date Prepared<br>02-19-2021 | |



---

**DEA** Form      **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.