# EXHIBIT B

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Karen Moreno, DI  At: ORLANDO, FL DISTRICT OFFICE | ☐ ☐ ☐ ☐ ☐ | | 6. File Title ██████████ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  02-12-2021 | |
| 9. Other Officers: | | | | |

10. Report Re: Issuance of Subpoena to Mailbox Shipping & More Regarding SOUL QUEST CHURCH OF MOTHER EARTH INC., 1371 Hancock Lone Palm Road, Orlando FL 32828 ███

### SYNOPSIS

On February 12, 2021, Diversion Investigator (DI) Karen Moreno emailed Administrative Subpoena No. GB-21-161152 to MAILBOX SHIPPING & MORE INC. at mailboxshippingandmore@gmail.com, regarding records relating to deliveries to or shipments from PMB #1032.

### DETAILS

1. Reference is made to all previous reports of investigation under this file title and number. Referenced reports pertain to the investigation of Christopher YOUNG and SOUL QUEST CHURCH OF MOTHER EARTH INC. (hereinafter referred to as "SOUL QUEST"), 1371 Hancock Lone Palm Road, Orlando, FL 32828. SOUL QUEST, led by Christopher YOUNG, is an organization which markets, sells and facilitates weekend Ayahuasca retreats. Individuals participating in the retreats partake in "ceremonies" where Schedule I hallucinogenic drugs, such as Ayahuasca, are utilized to make a "healing" brew, according to the company website.

2. On August 27, 2020, Group Supervisor (GS) James Graumlich and Diversion Investigator (DI) Karen Moreno conducted an inspection of SOUL QUEST's controlled substance storage unit which is located at Security Self Storage, 12280 E. Colonial Drive, Orlando, FL 32826. During the inspection, Investigators noted that boxes of plant material received by SOUL QUEST bore the address of PALOSANTO SHOP, 1297 Grand Avenue, PMB #1032, Baldwin, NY 11510. The plant material had been shipped from

| 11. Distribution: Division  District  Other  DOP | 12. Signature (Agent)  /s/ Karen Moreno, DI | 13. Date  02-16-2021 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ James W Graumlich, GS | 15. Date  02-18-2021 |

DEA Form  - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ███████ | 2. G-DEP Identifier ███████ |
| | 3. File Title ███████████████ | |
| 4.<br>Page  2  of  3 | | |
| 5. Program Code | 6. Date Prepared<br>02-12-2021 | |

www.WAKINGHERBS.COM in the Netherlands to PALOSANTO SHOP in New York and were then transferred to SOUL QUEST in Orlando, FL.

3. On February 11, 2021, Diversion Investigator (DI) Karen Moreno contacted MAILBOX SHIPPING & MORE INC. (hereinafter referred to as "MS&M"), 1297 Grand Avenue, Baldwin, NY 11510, telephone number 516-544-2668, and spoke with a MS&M Representative, Zee. DI Moreno advised Zee of the DEA's intention to serve MS&M with an Administrative Subpoena for records related to a Private Mailbox (PMB) and she stated that they only had two (2) physical mailboxes rented out and the rest of the PMBs were virtual mailboxes.

4. DI Moreno inquired as to what a virtual mailbox was and Zee stated that many people do not like to get inundated with mail at their residence; therefore, they can purchase a mailbox at MS&M and have their mail forwarded to the store. Whenever MS&M receives a letter, package, box, etc., the representative will take a picture of the item and send it to the owner of the mailbox at which point the owner will advise MS&M to recycle it, scan a copy and send it to their email address or ship it to the address of their choosing.

5. DI Moreno asked Zee for the contact information where the subpoena should be sent and she stated that it was a small company so the subpoena could be emailed directly to the store.

6. On February 12, 2021, DI Moreno emailed Administrative Subpoena No. GB-21-161152 to mailboxshippingandmore@gmail.com, regarding contact information for the owner of PMB #1032 **(ATTACHMENT #1).** In the subpoena, DI Moreno requested the following:

- Any and all records relating to deliveries to or shipments from PMB #1032, including but not limited to sender and recipient name, address, telephone number and email address.

- Provide payment records including method of payment (credit card, debit card, cash, check) with card number and account information; date(s) packages were sent and received; tracking records; identification numbers and a description of any and all items contained in the delivery/shipment.

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ███████ | 2. G-DEP Identifier ███████ |
| | 3. File Title ████████████ | |
| 4. **Page  3  of  3** | | |
| 5. Program Code | 6. Date Prepared 02-12-2021 | |

- Description or documentation of services provided by Mailbox Shipping & More (Ex: Brochure).

- Copy of mailbox or virtual mailbox lease agreement or contract.

7. Upon receiving a response from MS&M, the information will be provided in a separate DEA-6 report of investigation.

**ATTACHMENT**

1. Administrative Subpoena – Mailbox Shipping & More

**INDEXING**



---

**DEA** Form   **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION**
**SUBPOENA**

In the matter of the investigation of
Case No: GB-19-2008
Subpoena No. GB-21-161152

**TO:** Mailbox Shipping & More                    Phone: 516-544-2668
ATTN: Records Custodian
**AT:** 1297 Grand Ave.
Baldwin, NY 11510

By the service of this subpoena on you by Karen Moreno who is authorized to serve it, you are hereby commanded and required to appear before Karen Moreno, an officer of the Drug Enforcement Administration, to give testimony and bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C.Section 801 et seq., please provide the following for the dates between 01/01/2019 - 02/11/2021 Eastern (EST)

- Any and all records relating to deliveries to or shipments from PMB #1032, including but not limited to sender and recipient name, address, telephone number and email address. Provide payment records including method of payment (credit card, debit card, cash, check) with card number and account information; date(s) packages were sent and received; tracking records; identification numbers and a description of any and all items contained in the delivery/shipment. Description or documentation of services provided by Mailbox Shipping & More (Ex: Brochure). Copy of mailbox or virtual mailbox lease agreement or contract.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to DI Karen Moreno, 571-362-3039. In lieu of personal appearance, please email records to Karen.Moreno@usdoj.gov .

Place and time for appearance: At 300 INTERNATIONAL PARKWAY 424 ORLANDO, FL 32746 US on the 14 day of March 2021 at 05:00 PM. In lieu of personal appearance, please email records to Karen.Moreno@usdoj.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ORIGINAL**

Signature: _____

James W Graumlich
GS

Issued this 12th day of February 2021

FORM DEA-79

**Public Law 513-91st Congress**
**2nd Session**
**H.R. 18583**
**AN ACT**

SEC. 506 (a) In any investigation relating to his functions under this title with respect to controlled substances, listed chemicals, tableting machines, or encapsulating machines, the Attorney General may subpoena witnesses, compel the attendance and testimony of witnesses, and require the production any records (including books, papers, documents, and other tangible things which constitute or contain evidence) which the Attorney General finds relevant or material to the investigation. The attendance of witnesses and the production of records may be required from any place in any State or in any territory or other place subject to the jurisdiction of the United States at any designated place of hearing; except that a witness shall not be required to appear at any hearing more than 500 miles distant from the place where he was served with a subpoena. Witnesses summoned under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States

(b) A subpoena issued under this section may be served by the person designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) In the case of contumacy by or refusal to obey a subpoena to any person, the Attorney General may invoke the aid of any court in the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony touching the matter under investigation. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.