# EXHIBIT C

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 16

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: James W Graumlich, GS<br>   At: Orlando D.O. | ☐<br>☐<br>☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>   ☐ Action Requested By: | ☐<br>☐ | 8. Date Prepared<br>02-18-2021 | |
| 9. Other Officers: DI Karen Moreno | | | |
| 10. Report Re: Interviews of Christopher J. YOUNG, Verena YOUNG and Dr. Scott IRWIN of SOUL QUEST CHURCH OF MOTHER EARTH INC. | | | |

## SYNOPSIS

Reference is made to all other DEA 6, Reports of Investigation (ROI), this file title and number, referenced ROIs pertain to SOUL QUEST AYAHUSCA CHURCH OF MOTHER EARTH INC. (SOUL QUEST), 1371 Hancock Lone Palm Road, Orlando, FL 32828. SOUL QUEST has submitted a request to DEA to receive an exemption under the Religious Freedom Restoration Act of 1993 (RFRA) to import, handle, process and consume plant material containing the schedule I drug Dimethyltryptamine (DMT) as a religious sacrament.

On January 12, 2021, GS James Graumlich and DI Karen Moreno of the DEA Orlando District Office Diversion Group interviewed the corporate officers of SOUL QUEST at the offices of their local attorney, Brian Phillips, 912 Highland Avenue, Orlando, FL 32803. The individuals interviewed were Dr. Scott IRWIN, Sr. Medicine Man (corporate Secretary and Director); Christopher YOUNG, Co-Founder and Head Medicine Man (corporate President and Director); and Verena YOUNG, Co-Founder, Director for Research and Evaluation (corporate Treasurer and Director). GS Graumlich discussed security issues and personnel with Mr. YOUNG and gathered background from Dr. IRWIN and Mrs. YOUNG. Follow up information was provided via e-mail from Mr. Phillips' office on February 3, 2021 and February 18, 2021.

It should be noted that:

- When both Verena YOUNG and Dr. Scott IRWIN were asked by GS Graumlich to speak about how they arrived at SOUL QUEST and to discuss their introduction to Ayahuasca, neither of them made any reference to The Ayahuasca Manifesto, a document which the group identifies as its sacred text. In fact, in all of the background provided by all of

| 11. Distribution:<br>Division<br><br>District<br><br>Other   DOP, DRG | 12. Signature (Agent)<br><br>/s/ James W Graumlich, GS | 13. Date<br>02-18-2021 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ William P Stockmann, DPM | 15. Date<br>02-18-2021 |

DEA Form   - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
| 3. File Title [redacted] | |
| 4. Page 2 of 16 | |
| 5. Program Code | 6. Date Prepared 02-18-2021 |

the group members interviewed over the course of six (6) months, The Ayahuasca Manifesto has only been referenced once verbally in passing and otherwise only in written documents on the website, under the "Important Writings" section of the group's membership form and on the group's petition for exemption to DEA.

- Both Verena YOUNG and Dr. Scott IRWIN seemed to frame the use of Ayahuasca in light of natural or "integrative" medicine or therapy, helping people deal with trauma or other issues such as depression. Dr. IRWIN went so far as to describe Ayahuasca use as 5, 15 or 20 years of psychotherapy in a weekend.  While the case may be made that this would be understandable due to his professional background, he was identified by both himself and Christopher YOUNG as the "Senior Minister" of SOUL QUEST who conducts their weekly services both at the retreats and online.

- Dr. IRWIN was previously identified during this investigation as the individual responsible for the multiple deliveries of Ayahuasca plant material from the WAKING HERBS website based in the Netherlands to his father's house in Nebraska.  Interviews of his father at the time of the seizure by local authorities in late 2019 revealed Dr. IRWIN allegedly told his father that he had the plant material come through customs and go to his father's house in Nebraska because it cleared customs more quickly there than in Florida.  He told his father it was a totally legal product.  Attorney Brian Phillips confirmed during the interview in his office that Dr. IRWIN would not be answering any questions regarding that event.  This seems to be in keeping with Christopher YOUNG's approach of refusing to acknowledge that, without the exemption they have requested, their importation and handling of Ayahuasca plant material and subsequently the Ayahuasca mixture (both of which contain the drug schedule I Dimethyltryptamine, or "DMT") are illegal under existing law.  In multiple conversations with members of the group, Attorneys for the group have refused to allow any conversations of any past actions which may have been violations of the law, wanting members of the group to only be held accountable for what they represent they intend

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ███  2. G-DEP Identifier ███ |
| | 3. File Title ███ |
| 4. Page 3 of 16 | |
| 5. Program Code | 6. Date Prepared 02-18-2021 |

to do in the future, once they are granted an exemption to import and manufacture DMT.

This information is documented for intelligence purposes. This investigation continues.

### DETAILS

1. The interview of Christopher YOUNG was comprised mainly of discussion regarding the inadequacy of SOUL QUEST's physical and alarm security. GS Graumlich informed Mr. YOUNG that the group would need to upgrade their security system and find a way to store the raw plant material at their registered location instead of the storage facility off site. GS Graumlich informed Mr. YOUNG and Mr. Phillips that they would need to install a cage meeting DEA requirements. Mr. YOUNG stated he was agreeable to this change. After checking with various DEA management components, GS Graumlich informed Mr. Phillips during a phone call after the meeting, that DEA would not require the group to make the change unless and until the RFRA Exemption was granted. Mr. Phillips stated the group may go ahead and make the changes anyway. Attachment 1 is a copy of a contract for a new alarm system sent to GS Graumlich on February 3, 2021 as follow up to the meeting. The contract proposal was included in an 80 page .pdf file of mixed documents pertaining to SOUL QUEST, which is included as Attachment 2.

2. GS Graumlich requested a breakdown of who got paid for assisting at the retreats and who was a volunteer and Mr. YOUNG provided the following information: All Senior Management are employees of SOUL QUEST: Chris YOUNG, Verena YOUNG and Dr. Scott IRWIN. Ben HEIMANN is also on the payroll. When asked, Mr. YOUNG stated that Mr. IRWIN was on the corporation because the State of Florida required 3 corporate officers, but that he primarily works through the HEALING CENTER. Benny HEIMANN and Anthony CHETTA, the Ayahuascero, are considered "Management". Senior Staff consists of Norell CHETTA (Facilitator, Rape' Practitioner), Justin SMITH (Ayahuascero, Facilitator), Carlos GUZMAN (Facilitator, Rape' and Kambo Practitioner), Colleen MIX (Facilitator, Rape' Practitioner) and Dr.

DEA Form - 6a (Jul. 1996)   **DEA SENSITIVE**   Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▮ | |
| 4. Page 4 of 16 | | |
| 5. Program Code | 6. Date Prepared 02-18-2021 | |

Laurie MADDOX (Licensed Clinical Social Worker, Psychedelic Integration Therapist). Mr. YOUNG also provided the name of Dr. Eric B. MILBRANDT M.D., M.P.H., CTP, as the group's Medical Director. Dr. MILBRANDT has been licensed with the State of Florida since 2010 as a Medical Doctor with license number ME107351, expiration 01-31-2022. The license is Clear/Active at 2801 SE 1st Ave., Suite 201, Ocala, FL 34471. Dr. MILLBRANDT is registered with DEA as a Practitioner (DW/100) in schedules 2-5 with DEA # BM6249115 at 2801 SE 1st Ave., Suite 201, Ocala, FL 34471. The registration was issued on 04-01-1999 and expires on 01-31-2023. There is no Investigative History in the registration database.

3. Mr. YOUNG confirmed that the group has approximately 40 to 50 volunteers who are all members of SOUL QUEST. Mr. YOUNG said they do not need to have participated in a retreat to assist during one and that volunteers are compensated with a free retreat weekend after volunteering their assistance for 3 retreat weekends. SOUL QUEST has a group of volunteers known as "Guardians" who are working towards getting certified in various aspects of the group's infrastructure and programs.

4. GS Graumlich and DI Moreno interviewed Senior Minister, Dr. Scott L. IRWIN, Ph.D., regarding is background and he related the following information. Dr. Scott IRWIN was born in Lincoln NE and received an undergraduate and master's degree in Psychology and a Ph.D. in Trans-Personal Psychotherapy from Delphi University in McCaysville, GA in 2012. He has worked at the University of Miami, Leonard Miller School of Medicine before moving on to work in osteopathic medicine at Nova Southeastern University in Ft. Lauderdale, FL. It was there that he had a patient tell him about taking Ayahuasca in Costa Rica a little over 5 years ago. He said he then worked with a patient with severe birth defects who was very involved with the MAPS organization (Multidisciplinary Association for Psychedelic Studies). WWW.MAPS.ORG identifies the group as an American non-profit group working to raise awareness of psychedelic substances. The patient asked him about Ayahuasca therapy and SOUL QUEST. He did some Internet research to find out more about this type of therapy and then participated in a ceremony about 5 years ago in 2016. He stated

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |
| 4. Page 5 of 16 | | |
| 5. Program Code | 6. Date Prepared 02-18-2021 | |

his experience was the equivalent of 5, 15 or 20 years of psychotherapy in a weekend so he became a supportive volunteer and started doing "integrative" work with the group.

5. Dr. IRWIN stated that he started volunteering with SOUL QUEST and because of his experience as President of the Board of Trustees for Unity Church in Ft. Lauderdale, Christopher YOUNG asked him to serve on the board in approximately May or June of 2016. Dr. IRWIN stated his role expanded from there in to doing Integration Groups each weekend and handling "intake calls" (both pre and post retreat) when people are trying to figure out their experience. He said he had received training from "Stan Grof". An Internet check revealed that Stanislav Grof is a Czech-born psychiatrist who was one of the principal developers of the "transpersonal psychology" movement in Prague.

6. Dr. IRWIN explained that "integration" is to "unpack your experience" in either individual or group therapy. Dr. IRWIN explained that, while he is the "Senior Minister" and a corporate officer at SOUL QUEST, he is actually employed by the SOUL QUEST NATURAL HEALING CENTER which is the for-profit company co-located at the SOUL QUEST location. He stated that the "psycho-spiritual" side falls under ministry and there are up to 20 different aftercare groups meeting Monday through Friday, primarily online. He said as an example they have an ayahuasca and Christianity group, an ayahuasca and Bhagavad Gita group, a "shadow" group (Jungian therapy) and others. These groups involve anywhere from 35 to 50 people and there is one veterans support group that meets weekly with about 5 people. Ayahuasca is promoted as being beneficial for individuals suffering from post-traumatic stress disorder (PTSD). GS Graumlich asked if he could get a list and has yet to receive that list as the writing of this report.

7. Dr. IRWIN explained that there are many "interfaith" groups because they don't tell people what to believe. He said the individual decides what to believe as people try to fit their ayahuasca experience into their own world view because it helps people uncover their personal trauma as they have their own, personal transformational journey and find the "god within". He said that his

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>████ | 2. G-DEP Identifier<br>████ |
| | 3. File Title<br>████ | |
| 4. Page 6 of 16 | | |
| 5. Program Code | 6. Date Prepared<br>02-18-2021 | |

group supports people in their path to "self-realization" and the sacrament (ayahuasca) takes "you into you".

8. Dr. IRWIN related that he leads 2 services each weekend, on Sunday. He does one at SOUL QUEST at 10:00am for the retreat and one at noon online. He said the online service gets about 1,500 to 2,600 views each weekend and is open to the public via zoom or Facebook. He said a service consists of reading from the Ayahuasca Manifesto and that these online services go to support the Ayahuasca ceremony experience. He stated that "medicine is healing of the soul" and "community is medicine". He explained that he is paid through the SOUL QUEST NATURAL HEALING CENTER (NHC) and he invoices SOUL QUEST each week for his involvement. He stated that all of the medical personnel are contractors paid through the NHC. He said "a la carte" services provided by the NHC are billed directly to the individual and that the NHC does training for the SOUL QUEST staff. NHC provides "Being True To You" (BTTY) certification which costs about $3,000.00 per staff member. BTTY is an outside group who helps institute "best practices" for all these types of ceremonies. According to its website, www.beingtruetoyou.com, the group consists of "psychedelic integration and addiction recovery specialists" who appear to be focused on "coaching" people through addiction recovery and/or follow up (integration) after a ceremony involving a psychedelic substance. The website's disclaimer states that BTTY provides "coaching" which it refers to as an "emerging profession" that is not regulated by legislature and is not counseling or psychotherapy.

9. Dr. IRWIN stated that, for people who have issues during the ceremonies, there are always experienced staff in the area and they make the call as to what help or assistance is offered. He said they have staff meetings throughout the weekend, but he doesn't have anything to do with the volunteers. He said Lenora LNU and Carol LNU are the volunteer coordinators through Ben HEIMANN and Verena YOUNG. He said it's a big community or "tribe" and that everything revolves around the sacrament (ayahuasca).

10. Dr. IRWIN stated described the intake process as follows. The person decides how they want to participate and that people have to

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ▮▮▮ | ▮▮▮ |
| | 3. File Title | |
| 4. Page 7 of 16 | ▮▮▮ | |
| 5. Program Code | 6. Date Prepared 02-18-2021 | |

be off all medication for 4 to 6 weeks prior to the ceremony. He said "Dr. Tiffany" (Tiffany RILEY, Doctor of "Oriental Medicine" at Florida College of Integrative Medicine) is a licensed paramedic and she assists people in filling out the questionnaires. There is a list of contraindicated medications, but he's not in charge of that. "Dr. Tiffany" reviews that and he said he covers it again in his opening service. Once cleared, people sign up for the retreat. They fill out the intake form and answer all the background questions when they sign up and then once again when they arrive. If the person is acting suspicious, staff will administer a drug test. At that point the person gets their wristband which determines their level of involvement during the weekend's events (participant/observer/possible health issue). Dr. IRWIN said the group moved to a computerized, HIPAA-compliant records system for storage of the intake questionnaires about a year ago.

11. It should be noted that Dr. IRWIN was previously identified during this investigation as the individual responsible for the multiple deliveries of Ayahuasca plant material from the WAKING HERBS website based in the Netherlands to his father's house in Nebraska. Interviews of his father at the time of the seizure by local authorities in late 2019 revealed Dr. IRWIN allegedly told his father that he had the plant material come through customs and go to his father's house in Nebraska because it cleared customs more quickly there than in Florida. He told his father it was a totally legal product. Attorney Brian Phillips confirmed during the interview in his office that Dr. IRWIN would not be answering any questions regarding that event. In an interview in August of 2020, Christopher YOUNG stated that he was responsible for placing all the orders to the WAKING HERBS website and deliveries were made to him at the SOUL QUEST facility in Orlando.

12. GS Graumlich and DI Moreno also interviewed Verena YOUNG, Christopher YOUNG's wife. Mrs. YOUNG is a corporate officer of both SOUL QUEST AYAHUASCA CHURCH OF MOTHER EARTH and the SOUL QUEST NATURAL HEALING CENTER. Mrs. YOUNG related the following information regarding her journey to her present position with SOUL QUEST. She was born in the small German town of Hoxter and graduated from the University of Bielefeld with a degree in Sociology in 2009. She

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
| | 3. File Title ▮▮▮ | |
| 4. Page 8 of 16 | | |
| 5. Program Code | 6. Date Prepared 02-18-2021 | |

started her Ph.D. in Educational Science there in 2013. She met Christopher YOUNG in Miami in June 2012 when she was on a trip with her sister. She stated Christopher moved to Germany in October 2012 and their daughter was born in August, 2013. When asked how she got involved in Ayahuasca, she responded that she was always interested in "plant medicine" or "homeopathy". Her father had cancer and the family sought natural remedies which helped him have good quality of life in spite of eventually succumbing to the cancer. She stated she has suffered from anxiety disorder since she was 19 and she was exposed to Ayahuasca through her relationship with Christopher YOUNG. She said she did it a couple of times and her anxiety disappeared. She shared that the Ayahuasca "showed her what to do to get to a place of peace" and that she did research into the "MAPS" organization (Multidisciplinary Association for Psychedelic Studies based in California).

13. Verena. YOUNG said she and Christopher YOUNG moved to Orlando to start SOUL QUEST due to language barriers for her husband in Europe. She said Orlando was also more "family friendly" and gave them more of a "friend circle" for their family. She related that Christopher YOUNG started to focus on SOUL QUEST and she wanted to study the educational system here in the U.S. She said she did so for 2 years, but it was difficult and she split time between her studies and SOUL QUEST until 2018. At that point, she want full time into SOUL QUEST while continuing to use "wellness scales" to do some research. At that point she really looked into the research and studies available regarding Ayahuasca.

14. Verena YOUNG described her current duties at SOUL QUEST as "anything having to do with research". She said she was approached by 3 different researchers who want to work with SOUL QUEST to do Ayahuasca research. 2 of the researchers just wanted to do follow up with participants via surveys and one wanted to do research involving brain chemistry and scans. She said the pandemic has kept them from being involved in the last one.

15. Verena. YOUNG said she also handles any emails at SOUL QUEST "needing decision" and she does "integration" which she described as people needing more preparation due to anxiety or panic attacks. She

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▓    2. G-DEP Identifier ▓ |
| | 3. File Title ▓ |
| 4. Page 9 of 16 | |
| 5. Program Code | 6. Date Prepared 02-18-2021 |

organizes the integration coaches and deals with the coaches and counselors on the BTTY (Being True To You) certification. Mrs. YOUNG related that there were about 20 "integration groups" online and that Scott IRWIN does all the online integration groups. Mrs. YOUNG stated she works to set up the weekend integration groups based on knowledge of the participants. She also does all the schedules for the weekend retreats.

16. When individuals have a negative experience during an Ayahuasca ceremony, Verena. YOUNG said she sometimes assists them. She said people are given lemon with salt on it because it helps break down the Ayahuasca process. She said "Rape'" or "shamanic snuff" is blown into people's faces and people are helped to the ground. She said, if needed, people are taken to the medical office or other room to isolate them safely with a volunteer. What happens with someone has a negative experience is really handled on a case by case basis. She said they monitor a participant's blood pressure, pulse and oxygen levels if someone is in distress. She said they can also check their glucose levels and administer an Epi Pen if necessary. GS Graumlich asked for a copy of the Medical Team "protocols". Attachment 3 was later provided by Mr. Phillips' office after the interview via email as part of a larger .pdf file. Mrs. YOUNG also said that "Dr. Tiffany" (Tiffany RILEY) is present during retreats to offer assistance and "Dr. Laurie" (Laurie MADDOX, Ph.D. in Clinical Psychology), Dr. Scott IRWIN or other coaches call to follow up on "people who need it".

17. Among the documents included in the 80 page .pdf document provided by Mr. Phillips (Attachment 2) were SOUL QUEST CHURCH OF MOTHER EARTH, INC.'s new intake procedure forms, including:

- Accident Waiver and Liability Release
- Ayahuasca Intake form
- Cancellation Policy
- Covid-19 Consent
- Declaration of Consent
- Drug interaction form
- Membership Informed Consent form

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ■■■■■ | ■■■■■ |
| | 3. File Title | |
| | ■■■■■ | |
| 4. Page 10 of 16 | | |
| 5. Program Code | 6. Date Prepared 02-18-2021 | |

- Soul Quest Ayahuasca Church Membership form.

18. While reviewing the documents provided by Mr. Phillips and the group's website, GS Graumlich made the following observations:

- A review of the Medical Protocol revealed the document had been updated as of 06-17-2020 and listed the name of Medical Director, Dr. Sander Fernandez (DEA: FF4730354; FL Medical License: ME128120, Clear and Active); however, the document had a place for his signature and it was not signed. The document was a bullet point list of actions to take for the following maladies/issues: General Illness (both Basic and Advanced Life Support); Cardiac Arrest, General Approach; Hyperthermia; Environmental/Thermal Burns; Bites/Envenomations; Allergic Reactions; Seizure and Trauma.

- It is interesting to note that all 3 of the above individuals, along with most of the people interviewed on the Netflix "UNWELL" documentary spoke of ayahuasca and ayahuasca ceremonies in terms of its psycho-social medicinal and therapeutic properties to address whatever psychological issue a person is dealing with, be it PTSD, the loss of a loved one, physical or psychological abuse or other trauma. Rather than try to convert an individual to their religious world view, they offer the ayahuasca sacrament as an add-on to whatever religious journey the individual chooses for themselves. It is seen as a treatment for use with whatever counseling methodology a person wishes to pursue.

- Under the FAQ section, the group's website states that "Ayahuasca is used primarily as a medicine…. It is a natural remedy for depression, anxiety, posttraumatic (sic) stress, drug addiction, and it also releases emotional blocks."

- It is also of note that, when both Verena YOUNG and Dr. Scott IRWIN were asked by GS Graumlich to speak about how they arrived at SOUL QUEST and to discuss their introduction to Ayahuasca, neither of them made any reference to The Ayahuasca Manifesto which the group

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| | 3. File Title ▮ | |
| 4. Page 11 of 16 | | |
| 5. Program Code | 6. Date Prepared 02-18-2021 | |

presents as it's sacred text.  In fact, in all of the background provided by all of the group members interviewed over the course of six (6) months, The Ayahuasca Manifesto has only been referenced once verbally to GS Graumlich.  Otherwise it has been referenced in SOUL QUEST's petition for exemption, in written documents on the website and under the "Important Writings" section of the group's membership form where it says "The Ayahuasca Manifesto outlines the guiding principles of the Soul Quest Church of Mother Earth (SQCME) and Soul Quest Ayahuasca Church of Mother Earth Retreat and Wellness Center (SQACME).  Our beliefs, purposes and guidelines are given to us through channeled material documented in the sacred writings known as the Ayahuasca Manifesto.  The Manifesto provides knowledge and direction and includes details about our mission, values and guidance as well as instructions on the following topics.…"  The membership form then lists several things such as "Purpose with Human Beings"; "Respect and the Sacred Nature of Ayahuasca" and "Benefits of Use".

19.  This investigation continues.

**ATTACHMENTS**
1. Copy of proposed ADT Alarm Contract
2. Letter from Attorney Brian Phillips with 79 pages of documents
3. Medical Team Protocol

**INDEXING**



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| 3. File Title ▮ | |
| 4. Page 12 of 16 | |
| 5. Program Code | 6. Date Prepared 02-18-2021 |

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | | |
|---|---|---|
| 4. **Page 13 of 16** | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
| | 3. File Title [redacted] | |
| 5. Program Code | 6. Date Prepared 02-18-2021 | |

[redacted]

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| 3. File Title ▮ | |

4. Page 14 of 16

5. Program Code

6. Date Prepared 02-18-2021

[content redacted]

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| 3. File Title ▮ | |

4. Page 15 of 16

5. Program Code

6. Date Prepared: 02-18-2021

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | 3. File Title ▮▮▮ | |
| 4. Page 16 of 16 | | | |
| 5. Program Code | | 6. Date Prepared 02-18-2021 | |



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.