# EXHIBIT D

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross Related Files File | 3. File No. ▉ | 4. G-DEP Identifier ▉ |
|---|---|---|---|
| 5. By: Chanda M Rollins, DI  At: ORLANDO, FL DISTRICT OFFICE | ☐ ☐ ☐ ☐ | 6. File Title ▉ ▉ ▉ ▉ ▉ ▉ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | 8. Date Prepared 01-24-2020 | |
| 9. Other Officers: GS James Graumlich and DI Michael Sersch ||||
| 10. Report Re: Interception and Seizure of DMT parcel intended for SOUL QUEST CHURCH OF MOTHER EARTH INC., 1371 Hancock Lone Palm Road, Orlando FL 32828 ▉ ||||

**SYNPOSIS:**

On December 31, 2019, the Orlando District Office received information related to the interception and subsequent seizure of an international parcel containing Dimethyltryptamine, a schedule I controlled substance. The parcel was consigned to John IRWIN, 920 Mahoney Drive Lincoln, Nebraska 68504 and shipped from KAMPSHOFF CONSULTANCY, Nieuweweg 5B, Haarlem 2033DK. A controlled delivery was conducted at the residence of John IRWIN and revealed that upon receipt of the parcel, John IRWIN intended on shipping the parcel to SOUL QUEST CHURCH OF MOTHER EARTH INC in Orlando, Florida.

**DETAILS:**

1. Reference is made to all other reports under file number ▉▉. Referenced reports pertain to the investigation of Christopher YOUNG and SOUL QUEST CHURCH OF MOTHER EARTH INC., 1371 Hancock Lone Palm Road, Orlando, FL 32828 (hereafter referenced to as SOUL QUEST). SOUL QUEST, led by Christopher YOUNG, is an organization which markets, sells, and facilitates weekend Ayahuasca retreats. Individuals participating in the retreats partake in "ceremonies" where schedule I hallucinogenic drugs such as Ayahuasca, San Pedro, Sananga, Kambo and others are utilized to make a "healing" brew, according to the company website.

2. On December 31, 2019, Diversion Investigator (DI) Michael Sersch of the Orlando District Office (ODO) received a telephone call from Special Agent (SA) ▉▉▉ of the DEA Omaha -

| 11. Distribution: Division  District  Other ▉ | 12. Signature (Agent)  /s/ Chanda M Rollins, DI | 13. Date 01-24-2020 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ James W Graumlich, GS | 15. Date 01-29-2020 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▮▮▮▮ | 2. G-DEP Identifier ▮▮ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▮▮▮▮▮▮▮ | |
| 4. Page 2 of 4 | | |
| 5. Program Code | 6. Date Prepared 01-24-2020 | |

Sioux Falls Resident Office regarding Dimethyltryptamine (DMT) and SOUL QUEST. SA ▮▮▮ was notified by Sergeant (Sgt) ▮▮▮▮ of the Lincoln/Lancaster County Drug Task Force, Criminal Justice Information Services (CJIS) of a DMT seizure. SA ▮▮▮ indicated that on November 18, 2019, while screening international mail, a Customs and Border Protection (CBP) Officer inspected a parcel containing a dry green leafy substance that tested positive by the CBP Chicago Laboratory for DMT, a schedule I controlled substance. The parcel, which was seized by the Department of Homeland Security (DHS), contained six bags with a total weight of approximately 7,866.3 grams. The parcel sender was KAMPSHOFF CONSULTANCY located at Nieuweweg 5B, Haarlem 2033DK. The receiver was John IRWIN, 920 Mahoney Drive Lincoln, Nebraska 68504.

3. On January 8, 2019, ODO DEA Group Supervisor James Graumlich spoke with Sgt. ▮▮▮▮. Sgt ▮▮▮▮ indicated CJIS made contact with John IRWIN, an 81 year old male, in Lincoln. A controlled delivery of the seized parcel was conducted at John IRWIN's residence on or around December 28, 2019 to gain information on why he was receiving the package. According to Sgt. ▮▮▮▮, John IRWIN advised that his son, Scott IRWIN, is a minister at the SOUL QUEST in Orlando, Florida. John IRWIN also indicated the plant material is used in the church's services and that his son sends the herbs to him in Lincoln Nebraska, then John IRWIN sends them to Orlando. Sgt. ▮▮▮▮ stated that when John IRWIN was questioned as to why the plant material is not sent directly to the church, he stated that it can be received faster if it goes through Chicago, then if it comes through a Florida port. Sgt. ▮▮▮▮ stated when John IRWIN was advised that the possession of this material could be illegal, he volunteered to turn over the approximately 80 pounds of similar plant material he had in his garage and further indicated he receives and sends multiple packages per week to Orlando. John IRWIN provided Sgt. ▮▮▮▮ with Scott IRWIN's telephone number, 305-942-6378 and requested that he make contact with Scott IRWIN, who at the time was vacationing in Germany, so that he could explain how the substance is used and why it is legal. John IRWIN indicated that

DEA Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▉ 2. G-DEP Identifier ▉ 3. File Title ▉▉▉▉▉ |
| 4. Page 3 of 4 | |
| 5. Program Code | 6. Date Prepared 01-24-2020 |

if he receives additional packages in Lincoln, he will call and turn them over. Sgt. ▉ indicated he did not contact Scott IRWIN.

4. On January 13, 2020, subsequent to the controlled delivery, Sgt. ▉ stated he contacted John IRWIN via telephone. During that conversation, John IRWIN indicated he has been receiving packages for approximately one year and there has not been a pattern to the shipments. On this same day, John IRWIN turned over another package that he received on January 10, 2020. Sgt. ▉ stated this parcel brings the total of plant material seized to approximately 142 pounds.

5. On January 17, 2020, DI Rollins queried NADDIS. NADDIS checks for Scott IRWIN, John IRWIN and KAMPSHOFF CONSULTANCY revealed no derogatory information. DI Rollins also conducted an internet query and noted KAMPSHOFF CONSULTACY's website is www.wakingherbs.com. According to the SOUL QUEST website (www.ayahuascachurches.org), Scott IRWIN, PhD, CTTS is a Sr. Minister, Staff Psychologist, and Facilitator as a public help professional. The website states, "Dr Scott uses a variety of entheogenic treatments, alternative medicines and other modalities, as a means of psychospiritual growth and healing. Dr Scott facilitates transpersonal adventures of self-discovery at Soul Quest that can be profoundly life-changing experiences, and he provides the preparation and integration…".

6. On January 24, 2020, DI Rollins contacted Sgt. ▉ via telephone and confirmed the initial package was intercepted at the Chicago Customs and Border Protection Mail and Inspection Center.

7. This file remains open pending DEA Headquarters review of SOUL QUEST's petition for religious exemption to the CSA.

**INDEXING**

▉

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| 3. File Title ▮▮▮▮▮▮ | |
| 4. Page 4 of 4 | |
| 5. Program Code | 6. Date Prepared 01-24-2020 |



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.