# EXHIBIT E

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: James W Graumlich, DI<br>At: ORLANDO, FL DISTRICT OFFICE | ☐ ☐ ☐ ☐ ☐ | | 6. File Title ▓▓▓ | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>08-22-2016 | |
| 9. Other Officers: | | | | |

| 10. Report Re: Case Initiation; O.N.A.C. SOMAVEDA OF SOUL QUEST INC., 1794 Laurel Brook Loop, Casselberry, FL 32707 ▓▓▓ |
|---|

## Basis of Investigation:

1.  Information received at the DEA Orlando District Office alleged that Christopher Joe YOUNG and other members and leaders of the OKLEVUEHA NATIVE AMERICAN CHURCH SOMAVEDA OF SOULQUEST INC., 1794 Laurel Brook Loop, Casselberry, FL 32707 participate in "retreats" wherein they ingest and/or provide to others ayahuasca, a plant which contains the schedule I drug dimethyltryptamine (DMT). According to the group's website, www.somaveda.com, individuals also ingest Sananga which commonly contains the schedule I drug ibogaine and San Pedro which contains mescaline, another schedule I drug. DEA's Office of Chief Counsel is working with the Office of Policy and Liaison to generate a letter to the group to explain the steps they must take to obtain an exemption under the Religious Freedom Restoration Act (RFRA) and become appropriately registered under the Controlled Substances Act to handle these schedule I drugs in a religious capacity.

## Targets:

OKLEVUEHA NATIVE AMERICAN CHURCH SOMAVEDA OF SOULQUEST INC.
1794 Laurel Brook Loop, Casselberry, FL 32707
and
1371 Hancock Lone Palm Rd., Orlando FL 32828

OKLEVUEHA NATIVE AMERICAN CHURCH SOMAVEDA OF SOULQUEST INC.
dba THE THAI YOGA CENTER
5401 Saving Grace Ln., Brooksville, FL 34602

Christopher Joe YOUNG
1794 Laurel Brook Loop, Casselberry, FL 32707

Aka Karla FERNANDES DE MELLO

| 11. Distribution:<br>Division<br><br>District<br><br>Other ▓▓▓ | 12. Signature (Agent)<br><br>James W Graumlich, DI | 13. Date<br>08-26-2016 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Linda A Stocum, GS | 15. Date<br>08-26-2016 |

DEA Form      - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No. ███████   2. G-DEP Identifier ████<br>3. File Title ████████  ██████ |

| 4.<br>**Page   2   of   3** | |
|---|---|
| 5. Program Code | 6. Date Prepared<br>08-22-2016 |

1226 Courtney Chase Circle, #1231, Orlando, FL  32837

Verena YOUNG
1794 Laurel Brook Loop, Casselberry, FL  32707

Christian GOMEZ
1794 Laurel Brook Loop, Casselberry, FL  32707

**INDEXING:**

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ███████████ | 2. G-DEP Identifier ███████ |
|---|---|---|
| # REPORT OF INVESTIGATION<br><br>*(Continuation)* | 3. File Title ██████ ████████ | |
| 4.<br>**Page   3   of   3** | | |
| 5. Program Code | 6. Date Prepared<br>08-22-2016 | |

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.