# EXHIBIT F

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: James W Graumlich, DI<br>At: ORLANDO, FL DISTRICT OFFICE | ☐ ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>08-26-2016 | |

9. Other Officers:

10. Report Re: Letter to SOUL QUEST CHURCH OF MOTHER EARTH INC., 1371 Hancock Lone Palm Rd., Orlando, FL 32828

1. Reference is made to all other reports, this file title and number. Referenced reports pertain to the investigation of Christopher YOUNG and ONAC SOUL QUEST (hereinafter referred to as SOUL QUEST), 1371 Hancock Lone Palm Road, Orlando, FL 32828. SOUL QUEST is a group of individuals who organized under the ONAC to partake in schedule I hallucinogenic drugs such as Ayahuasca, Peyote and others. On 08-02-2016, DEA Headquarters, Policy and Liaison Section contacted SOUL QUEST regarding their lack of authorization to obtain, handle or distribute controlled substances.

2. On 08-03-2016, Jim Arnold, Acting Chief of DEA's Liaison and Policy Section, was contacted by Christopher YOUNG regarding the letter. He informed Mr. Arnold that SOUL QUEST was disassociating itself with the ONAC due to the fact that he felt the ONAC was somehow dishonest in that they had accepted payment for "protection" and they were somehow failing to follow through on that promise. Mr. YOUNG requested DEA send him another copy of the letter addressed to the above listed address   Attachment A is a copy of the letter sent to Mr. YOUNG at the SOUL QUEST CHURCH OF MOTHER EARTH INC., 1371 Hancock Lone Palm Road, Orlando, FL 32828 on August 22, 2016.

3. The following corporate information is documented to differentiate between the ONAC SOMAVEDA OF SOUL QUEST INC. and SOUL QUEST CHURCH OF MOTHER EARTH INC. On 06-19-2015, Christopher YOUNG filed paperwork in the State of Florida to incorporate OKLEYVUEHA NATIVE AMERICAN CHURCH SOMAVEDA OF SOUL QUEST INC. The corporate officers were Christopher YOUNG (President, Director); Christian GOMEZ (Secretary, Director); Verena YOUNG (Treasurer, Director) and Ana Karla FERNANDES (Director). The Florida Division of Corporations website (SUNBIZ) listed the principle address as 1794 Laurel Brook Loop, Casselberry, FL 32707 and The Employee Identification Number (EIN) was listed as "Applied For". The annual filing on 04-27-2016 listed the same individuals and information. This not for profit corporation remains listed as active. Attachment B is a copy of this corporate paperwork.

| 11. Distribution:<br>Division<br>District<br>Other | 12. Signature (Agent)<br>James W Graumlich, DI | 13. Date<br>08-26-2016 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Linda A Stocum, GS | 15. Date<br>08-29-2016 |

DEA Form   - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮ 2. G-DEP Identifier ▮ 3. File Title ▮ |
| 4. Page 2 of 2 | |
| 5. Program Code | 6. Date Prepared 08-26-2016 |

4. On 07-13-2016, paperwork was filed with the Florida Division of Corporations to incorporate SOUL QUEST CHURCH OF MOTHER EARTH INC. This paperwork listed the corporate officers as Christopher YOUNG (President) and Verena YOUNG (Vice-President and Secretary). The address listed for this corporation was 1371 Hancock Lone Palm Road, Orlando FL 32828. The EIN was listed as "None". Both of these corporations were identified as 501(c)(3) charitable organizations.

5. A Google inquiry for the 1371 Hancock Lone Palm Road address returned a link to a Facebook page for SOUL QUEST CHURCH OF MOTHER EARTH and a link to a "Go Fund Me" page for the Christopher YOUNG and the SOUL QUEST CHURCH OF MOTHER EARTH listing donations of $3,726 towards a goal of $20,000. The Go Fund Me page was created on 08-05-2016 and updates were posted on 08-16-2016. Those updates related that SOUL QUEST had received a letter from DEA and was ceasing ceremonies until the matter was cleared up. The note listed the following websites to check for updates: www.soulquest-retreat.com and www.ayahuascachurches.org. The update went on to state the church would continue to offer Kambo and Rape' Ceremonies "for those that need it and other ceremonies that are not subject to legal concern". Copies of Mr. YOUNG's comments from the Go Fund Me page are included as Attachment C.

**ATTACHMENTS:**

A. Letter
B. Corporate paperwork
C. Comments from Go Fund Me page

**INDEXING:**



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.