# EXHIBIT G

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File  Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: James W Graumlich, DI  At: ORLANDO, FL DISTRICT OFFICE | ☐ ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  11-28-2016 | |
| 9. Other Officers: | | | |
| 10. Report Re: Apparent use of Ayahuasca by SOUL QUEST CHURCH OF MOTHER EARTH INC., 1371 Hancock Lone Palm Rd., Orlando, FL 32828 | | | |

1. Reference is made to all other reports, this file title and number. Referenced reports pertain to the investigation of Christopher YOUNG and ONAC SOUL QUEST (hereinafter referred to as SOUL QUEST), 1371 Hancock Lone Palm Road, Orlando, FL 32828. SOUL QUEST is a group of individuals who organized under the ONAC to partake in schedule I hallucinogenic drugs such as Ayahuasca, Peyote and others. On 08-02-2016, DEA Headquarters, Policy and Liaison Section contacted SOUL QUEST regarding their lack of authorization to obtain, handle or distribute controlled substances.

2. On 08-03-2016, Jim Arnold, Acting Chief of DEA's Liaison and Policy Section, was contacted by Christopher YOUNG regarding the letter. He informed Mr. Arnold that SOUL QUEST was disassociating itself with the ONAC due to the fact that he felt the ONAC was somehow dishonest in that they had accepted payment for "protection" and they were somehow failing to follow through on that promise. Mr. YOUNG requested DEA send him another copy of the letter addressed to the above listed address. The second letter was delivered to Mr. YOUNG on 08-23-2016.

3. As of the date of this report, Mr. YOUNG has not contacted DEA regarding the letter. A check of the group's Facebook page on 11-14-2016 revealed a schedule showing Ayahuasca retreats for the following dates: November 18-20, 2016; November 25-27, 2016; December 2-4, 2016; December 9-11, 2016; December 16-18, 2016; December 29, 2016 through January 2, 2017 and January 6-8, 2017. The page referenced the following website to make reservations: www.ayahuascachurches.org which belongs to SOULQUEST AYAHUASCA CHURCH OF MOTHER EARTH. Attachment A consists of the Facebook page and website pages which included a calendar showing the ceremony dates listed above.

4. This information is documented for intelligence purposes. This investigation continues.

**ATTACHMENTS:**

A. Printout from Facebook and the SoulQuest website.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  James W Graumlich, DI | 13. Date  11-28-2016 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Linda A Stocum, GS | 15. Date  11-30-2016 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | ▮▮▮▮ | ▮▮ |
| | 3. File Title ▮▮▮▮ ▮▮▮▮ | |
| 4. Page 2 of 2 | | |
| 5. Program Code | 6. Date Prepared 11-28-2016 | |

**INDEXING:**



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.