# EXHIBIT H

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: James W Graumlich, DI<br>At: ORLANDO, FL DISTRICT OFFICE | ☐ ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>01-09-2017 | |
| 9. Other Officers: DI Devonne West, DI Mike Sersch | | | |
| 10. Report Re: Acquisition of Non-Drug Exhibits N-1 and N-2 at the Orlando D.O., 300 International Pkwy, Heathrow, FL 32746 on 01-04-2017 | | | |

**DETAILS**

1. Reference is made to all other reports, this file title and number. Referenced reports pertain to the investigation of Christopher Joe YOUNG and the SOUL QUEST CHURCH OF MOTHER EARTH INC., 1371 Hancock Lone Palm Road, Orlando FL, 32828. YOUNG and members or his organization are allegedly using mixtures which contain schedule I hallucinogens during "retreats" at the above address. As of the date of this report, neither YOUNG nor any members of his group are registered with DEA to obtain or possess schedule I drugs at the above address.

2. YOUNG and his organization appear to use the website WWW.AYAHUASCACHURCHES.ORG to advertise their group and maintain a portal for members to login. The website also advertises a schedule of "retreats" during which participants use various mixtures containing schedule I hallucinogens.

**CHAIN OF CUSTODY:**

3. On 12-12-2016 and 01-04-2017, Diversion Investigator James Graumlich used his DEA-issued laptop and the program HTTrack to copy the website WWW.AYAHUASCACHURCHES.ORG. The image files were copied onto the hard drive of the DEA laptop and maintained there until DI Graumlich burned them to two separate CD-ROMs on 01-04-17. The images made on 12-12-2016 were labeled N-1 and the images made on 01-04-2017 were labeled N-2. N-1 and N-2 were maintained in DI Graumlich's custody as they were transferred to temporary Non-Drug storage at the Orlando D.O. on 01-04-2017.

4. On 01-09-2017, DI Graumlich removed the exhibits from temporary storage at the Orlando D.O for processing an sealing. Ex. N-1 was sealed into SSEE #S000028210 and ex. N-2 was sealed in SSEE #S000028211. The sealing of both exhibits was witnessed by DI Mike Sersch. After sealing, DI Graumlich

| 11. Distribution:<br>Division<br><br>District<br><br>Other   DRGR | 12. Signature (Agent)<br><br>James W Graumlich, DI | 13. Date<br>01-10-2017 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Linda A Stocum, GS | 15. Date<br>01-11-2017 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | ▮▮▮ | ▮▮▮ |
| | | 3. File Title | |
| 4. Page 2 of 2 | | ▮▮▮ | |
| 5. Program Code | | 6. Date Prepared 01-09-2017 | |

submitted the exhibits to the Orlando D.O. Non-Drug Evidence Custodian for safekeeping via a DEA Form 7a on 01-09-2017.

**INDEXING:**



DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.