UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States of America, and D. CHRISTOPHER EVANS, Acting Administrator of the U.S. Drug Enforcement Administration,<br><br>    Defendants. | No. 6:20-cv-701-WBB-DCI |

**NOTICE OF APPEARANCE**

Please take notice that Michael J. Gaffney of the U.S. Department of Justice is entering his appearance in this action as counsel for Defendants.

Dated: June 7, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director
Civil Division, Federal Programs Branch

/s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY
    DC Bar # 1048531
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

2

Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
E-mail: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*

2