# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER )
EARTH, INC., a Florida Domestic )
Non-Profit Corporation, on its own )
behalf and on behalf of its members; and )
CHRISTOPHER YOUNG, individually )
and as spiritual leader of Soul Quest )
Church of Mother Earth, )
)
                      Plaintiffs, )
)
vs. )   Case No.: 6:20-cv-00701-WWB-DCI
)
MERRICK B. GARLAND, Attorney )
General of the United States of America; )
D. CHRISTOPHER EVANS, Acting )
Administrator of the U.S. Drug )
Enforcement Administration, )
)
                      Defendants. )
)

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' RENEWED PETITION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 3.01(d), Plaintiffs, by and through the undersigned counsel, hereby respectfully file this Motion for Leave to File Reply to Defendants' Response in Opposition to Plaintiffs' Renewed Petition for Preliminary Injunction ("Defendants' Opposition") (ECF No. ), and as grounds further state as follows:

1. Local Rule 3.01(d) states, in relevant part, that a reply directed to a response can only be filed with the Court's leave, and premised upon a motion – limited to three (3) pages in length, and which specifies "the need for, and length of, the proposed reply."

2. On June 1, 2021, the Defendants' filed their Opposition to Plaintiffs' Renewed Petition for Preliminary Injunction. (ECF No. 31) (hereinafter, "Defendants'

Opposition"). In doing so, the Defendants made numerous statements of fact, as well as legal argument, which require the Plaintiffs' substantive reply. These include replying to the exhibits filed alongside Defendants' Opposition (ECF Nos. 45-1 through 45-10), particularly the Sworn Declaration of Karen Moreno (ECF No. 45-1).

3. It is anticipated that any such reply will consume no more than seven (7) pages of argument and an anticipated rebuttal affidavit of Plaintiff Christopher Young. Moreover, the reply will address, among other issues, the arguments promoted by Defendants that the District Court does not possess jurisdiction under which to consider the Plaintiffs' requests for relief, and pursuant to 21 U.S.C. § 877. Moreover, the Plaintiffs intend in any reply to address the Defendants' contentions that the latter possessed lawful power in order to impose *ad hoc* regulatory determinations upon Plaintiff Soul Quest Church.

4. The Plaintiffs require an opportunity to rebut the Defendants factual assertions and legal arguments. The Plaintiffs' pleading for preliminary injunctive relief implicates right articulated under the Religious Freedom Restoration Act ("RFRA"), 42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4 (1993), the Plaintiffs are entitled to 'their day in court,' as RFRA requires that adjudication of disputes exclusively involve a "claim or defense in a judicial proceeding."

5. In light of the potential structure of this proceeding, including the Defendants' adamant opposition to any evidentiary hearing on the Plaintiffs' Renewed Petition for Preliminary Injunction, the need for filing a Reply Brief becomes all the more pivotal in order to further advise the Court, as well as to provide Plaintiffs with the opportunity to dismantle the false factual and legal premises of the Defendants' Opposition.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I, DEREK B. BRETT, hereby certify, pursuant to Local Rule 3.01(g), that concurrence in the foregoing Motion was sought from Defendants, by and through their counsel, and that concurrence was granted.

WHEREFORE, the Plaintiffs respectfully request that the District Court grant level for the filing of a Reply Brief by Plaintiffs, as based upon the foregoing discussion.

Respectfully submitted this 15th day of June 2021.

By: /s/Derek B. Brett_____
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone:   (902) 468-3066
Facsimile:   (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs


/s/A. Brian Phillips_____
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone:   (407) 872-0777
Telecopier:   (407) 872-0704
Email: brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of June 2021, the undersigned electronically filed the foregoing with theClerk of Court using the CM/ECF system, which will send notification of the same via email to the designated attorney for the Defendants.

By: s/Derek B. Brett_____
**DEREK B. BRETT, ESQ.**