**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States of America, and D. CHRISTOPHER EVANS, Acting Administrator of the U.S. Drug Enforcement Administration, <br><br> Defendants. | No. 6:20-cv-701-WBB-DCI |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED VERIFIED COMPLAINT AND LOCAL RULE 3.01(G) CERTIFICATE**

Plaintiffs, SOUL QUEST CHURCH OF MOTHER EARTH, INC., and CHRISTOPHER YOUNG (hereinafter, "Plaintiffs"), hereby move the Court for a brief extension of time of twenty (20) days – until July 12, 2021 – to file Plaintiffs' Response in Opposition to the Defendants' Motion to Dismiss Second Amended Verified Complaint for Declaratory and Permanent Injunctive Relief, and as grounds further state as follows:

    1.    On June 1, 2021, Defendants filed their Motion to Dismiss Second Amended Verified Complaint for Declaratory and Permanent Injunctive Relief (ECF No. 44) (hereinafter, "Motion to Dismiss"). Contemporaneously, the Defendants filed their Response in Opposition to Plaintiffs' Renewed Petition for Preliminary Injunction (ECF No. 45).

1

2. In their Motion to Dismiss, the Defendants allege several grounds in support including, but not limited to, a critical argument involving the District Court's jurisdiction to preside over this pending litigation.

3. Since that time, the Plaintiffs have worked diligently to draft its opposition in response to the Defendants' Motion to Dismiss. Unfortunately, due to work on other items involving this litigation – including providing a timely filing in reply to the Defendants' Opposition to Plaintiffs' Renewed Petition for Preliminary Injunction – the Plaintiffs require additional time to file their response in opposition to the Motion to Dismiss.

4. The issues in this litigation are both complex and important, pertaining to both constitutional and statutory issues affecting the Plaintiffs' rights under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb, *et seq.* ("RFRA"), as well as asserted constitutional grounds. The Plaintiffs have asserted breaches of their rights by Defendants under the First and Fourteenth Amendments and the RFRA; further, the Plaintiffs have asserted the violation by the Defendants of the Administrative Procedure Act, 5 U.S.C. § 500, *et seq.* ("APA").

5. Counsel for the Defendants have been consulted with respect to the instant request for extension. The Defendants do not oppose the requested extension. However, in light of the threshold jurisdictional arguments raised by the Defendants, the Parties are agreeing that the Court <u>should rule on</u> the Defendants' Motion to Dismiss <u>prior to</u> hearing argument on Plaintiffs' Renewed Motion for Preliminary Injunction (ECF No. 31).

WHEREFORE, the Plaintiffs respectfully request this Court granted the foregoing Unopposed Motion for Extension of Time and, accordingly, reset the Plaintiffs' filing deadline to Monday, July 12, 2021.

Respectfully submitted this 22nd day of June, 2021.

By: */s/Derek B. Brett*
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone:   (902) 468-3066
Facsimile:     (902) 468-4803
Email: dbb@burnsidelaw.net

*/s/A. Brian Phillips*
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone:   (407) 872-0777
Telecopier:   (407) 872-0704
Email: brian.phillips@phillips-law-firm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of June, 2021, the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the same via email to the designated counsel for the Defendants, and its counsel Julie Straus Harris (Julie.StrausHarris@usdoj.gov), Michael Gaffney (Michael.Gaffney@usdoj.gov).

By: /s/Derek B. Brett
DEREK B. BRETT, ESQ.

## Certificate of Compliance with Local Rule 3.01(g)

By electronic mail on June 21 and 22, 2021, undersigned counsel conferred in good faith regarding the relief requested by this motion. Counsel for Defendants advised that Defendants do not oppose the relief sought in this Motion in accordance with the agreement of the Parties described in ¶ 5 herein.

/s/ Derek B. Brett
DEREK B. BRETT, ESQ.