# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG, <br><br> Plaintiffs, <br><br> vs. <br><br> MERRICK B. GARLAND, Attorney General of the United States of America, *et al.*, <br><br> Defendants. | No. 6:20-cv-701-WBB-DCI <br><br><br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

Defendants hereby notify the Court that attorney Kevin P. Hancock is leaving employment with the U.S. Department of Justice, and therefore withdraws as counsel in this matter. Current counsel of record for Defendants, Julie Straus Harris and Michael J. Gaffney, will continue to appear as counsel of record.

Dated: July 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Kevin P. Hancock*
KEVIN P. HANCOCK
Trial Attorney

>Civil Division, Federal Programs Branch
>U.S. Department of Justice
>1100 L Street NW
>Washington, D.C. 20005
>Telephone: (202) 514-3183
>Fax: (202) 616-8470
>E-mail: kevin.p.hancock@usdoj.gov
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I electronically filed a copy of the foregoing Notice of Withdrawal of Counsel. Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

>/s/ *Kevin P. Hancock*
>KEVIN P. HANCOCK