Exhibit 4

## Orange County Sheriff's Office
Public Record Request Exemptions

Case number 18-029907

If the public records you have requested contain any of the following information, portions of these records may have been deleted or excised pursuant to applicable law.

- [x] Active Criminal Investigative Information-F. S. 119.071(2)(c)1

- [ ] Active Criminal Intelligence Information-F. S. 119.071(2)(c)1

- [ ] Autopsies; confidentiality of photographs and video and audio recordings-F. S. 406.135

- [ ] Bank account, debit and credit card numbers-F.S. 119.071(5)(b), 119.0714(1)(j), (2)(e) and 3(b)

- [ ] Department of Motor Vehicle Information-F. S. 119.0712(2)(b)

- [x] Emergency Communications E911-F.S.365.171 (12)

- [ ] Fingerprint records-F.S. 119.071(5)(g)1

- [ ] Form 52 (Clinical Record)-F.S.394.4615 (1)

- [ ] Home addresses, telephone numbers, social security numbers, date of birth and photographs of active or former law enforcement officers or their spouses or children or places of employment or names or locations of schools and daycare facilities of their spouses and children-F. S. 119.071(4)(d)

- [ ] Identifying Information of Confidential Informants-F.S. 119.071(2)(f)

- [ ] Identifying Information of Undercover Personnel-F. S. 119-.071(4)(c)

- [ ] Identifying information of a Victim if a Victim Confidentiality Request is on file-F.S. 119.07(3)(s)

- [ ] Identifying Information of victims of Sexual Offenses and of Child Abuse- F.S. 119.071(2)(h).

- [ ] Juvenile Arrest Information-F. S. 985.04(5)

- [ ] Medical Information –F. S. 119.07(1)

- [ ] Social Security Numbers-F. S. 119.071(5)(a)

- [ ] Surveillance Techniques or Procedures-F.S. 119.071(2)(d)

- [ ] Other: FCIC History-F.S. 943.053(2)(3)

# Incident Report
## ORANGE COUNTY SHERIFF'S OFFICE

18-29907   Supplement No ORIG

### Administrative Information

| Field | Value | Field | Value |
|---|---|---|---|
| Agency | ORANGE COUNTY SHERIFF'S OFFICE | Report No | 18-29907 |
| Supplement No | ORIG | Reported Date | 04/02/2018 |
| Reported Time | 08:58 | CAD Call No | 180921207 |
| Status | REPORT | | |
| Nature of Call | GENERAL INVEST | Location of Occurrence | 1371 HANCOCK LONE PALM RD |
| City | ORLANDO | ZIP Code | 32828 |
| Rep Dist | 22A | Area | 2 |
| Beat | 22 | From Date | 04/01/2018 |
| From Time | 20:11 | | |
| To Date | 04/02/2018 | To Time | 09:44 |
| Officer | 8282/SANCHEZ, ADAM | Assignment | SECTOR 2 SQUAD 1 |
| Entered by | 8282/SANCHEZ, ADAM | Assignment | SECTOR 2 SQUAD 1 |
| Confidential | Homicide | Prop Trans Stat | Successful |
| Approving Officer | 3454/PROFITA, CHRISTINA | Approval Date | 04/04/2018 |
| Approval Time | 14:01:58 | | |
| Scene Processed? Y/N | N | Tourist Victim? Y/N | N |
| ECD Display w/Compliance Y/N | N | Firearm? Y/N | N |
| Weapon? Y/N | N | | |
| Mask? Y/N | N | Vest? Y/N | N |
| Hate Crime? Y/N | N | Special Victim? Y/N | N |
| Human Trafficking? Y/N | N | | |
| DCF Notified? Y/N | N | | | |
| Other Attachments | Yes | Property Form | Yes |
| Witness Statement | Yes | | |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | 00000 | General Investigatio | |

### Summary Narrative

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| REP | 1 | I | BEGLEY, JOHNPAUL | 4065 | W | M | 05/02/1975 |
| VIC | 1 | I | BEGLEY, BRANDON KYLE | 4065 | W | M | 06/19/1995 |
| WIT | 1 | I | YOUNG, CHRISTOPHER JOE | 3896 | W | M | 09/06/1974 |
| WIT | 2 | I | JOHNSON, LINDSAY ANN | 4065 | W | F | 11/16/1981 |
| WIT | 3 | I | MARZOLA, KAINE HENRIQUES | 4065 | W | M | 03/10/1985 |
| WIT | 4 | I | JARAMILLO, DIANA ELIZABETH | 2447 | W | F | 07/18/1986 |

### Vehicle Summary

### Property Summary

| Involvement | |
|---|---|
| EVX | [redacted] |
| EVX | [redacted] |
| EVX | [redacted] |

### Summary Narrative

# Incident Report

**ORANGE COUNTY SHERIFF'S OFFICE**

18-29907

Supplement No: ORIG

## REPORTER 1: BEGLEY, JOHNPAUL

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Place of Birth |
|---|---|---|---|---|---|---|---|
| BEGLEY, JOHNPAUL | 4065032 | WHITE | MALE | 05/02/1975 | 42 | No | INDIANA |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HOME ADDRESS | 4201 BLUFF HARBOR WAY | WELLINGTON | FLORIDA | 33449 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | B240420751620 | FLORIDA |

| Phone Type | Phone No |
|---|---|
| CELL | (561) 906-4914 |

| Type | EMail |
|---|---|
| Home | BEGLEYGOLF@GMAIL.COM |

## VICTIM* 1: BEGLEY, BRANDON KYLE

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Place of Birth |
|---|---|---|---|---|---|---|---|
| BEGLEY, BRANDON KYLE | 4065033 | WHITE | MALE | 06/19/1995 | 22 | No | INDIANA |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HOME ADDRESS | 2205 SE COVE RD | STUART | FLORIDA | 34997 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | B240071952190 | FLORIDA |

| Type | EMail |
|---|---|
| Home | NONE |

## WITNESS 1: YOUNG, CHRISTOPHER JOE

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|---|
| YOUNG, CHRISTOPHER JOE | 3896865 | WHITE | MALE | 09/06/1974 | 43 | No | 5'06" | 180# | BROWN | BROWN |

| Place of Birth |
|---|
| LOUISIANA |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HOME ADDRESS | 1371 HANCOCK LONE PALM RD | ORLANDO | FLORIDA | 32828 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | Y520110743260 | FLORIDA |

| Phone Type | Phone No |
|---|---|
| CELL | (407) 360-6297 |

| Type | EMail |
|---|---|
| Home | SOULQUESTORLANDO@GMAIL.COM |

## WITNESS 2: JOHNSON, LINDSAY ANN

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Place of Birth |
|---|---|---|---|---|---|---|---|
| JOHNSON, LINDSAY ANN | 4065035 | WHITE | FEMALE | 11/16/1981 | 36 | No | GEORGIA |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HOME ADDRESS | 1371 HANCOCK LONE PALM RD | ORLANDO | FLORIDA | 32828 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | J525521819160 | FLORIDA |

| Phone Type | Phone No |
|---|---|
| CELL | (803) 215-8955 |

| Type | EMail |
|---|---|
| Home | LINDSAY@LAJYOGA.COM |

## WITNESS 3: MARZOLA, KAINE HENRIQUES

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Place of Birth |
|---|---|---|---|---|---|---|---|
| MARZOLA, KAINE HENRIQUES | 4065036 | WHITE | MALE | 03/10/1985 | 33 | No | NEVADA |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HOME ADDRESS | 800 TARBET AVE | HENDERSON | NEVADA | 89012 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | 2101172557 | NEVADA |

| Phone Type | Phone No |
|---|---|
| CELL | (702) 201-9418 |

| Type | EMail |
|---|---|
| Home | KAINEMARZOLA@HOTMAIL.COM |

## WITNESS 4: JARAMILLO, DIANA ELIZABETH

| Name | MNI | Race | Sex | DOB | Age | Juvenile? | Height | Place of Birth |
|---|---|---|---|---|---|---|---|---|
| JARAMILLO, DIANA ELIZABETH | 2447609 | WHITE | FEMALE | 07/18/1986 | 31 | No | 5'01" | ECUADOR |

| Type | Address | City | State | ZIP Code |
|---|---|---|---|---|
| HOME ADDRESS | 420 E. CHURCH ST APT 113 | ORANGE COUNTY | FLORIDA | 32801 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | J654165867581 | FLORIDA |

| Phone Type | Phone No |
|---|---|
| CELL | (407) 988-7403 |

| Type | EMail |
|---|---|
| Home | MIS2MANOS@GMAIL.COM |

## Property

| Item | Involvement | In Custody? |
|---|---|---|
| 1 | EVIDENCE | Yes |
| 2 | EVIDENCE | Yes |
| 3 | EVIDENCE | Yes |

## Modus Operandi

| Gang Act? |
|---|
| No |

**Incident Report**  
ORANGE COUNTY SHERIFF'S OFFICE

18-29907

Supplement No  
ORIG

Narrative

On 4/2/2018, I responded to 12914 East Colonial Drive, in reference to a Standby for belongings. Upon my arrival, I made contact with JohnPaul Begley (Reporter). JohnPaul advised he was picking up his son's belongings at 1371 Hancock Lone Palm Road. JohnPaul advised his son, Brandon Begley was staying at Soul Quest Ayahuasca Church of Mother Earth, located at 1371 Hancock Lone Palm Road, participating in a 3 day, 2 night Ayahuasca ceremony, when Brandon had a seizure and was subsequently transported to Florida Hospital East (Call number 180912834). JohnPaul advised he received a call from the hospital advising him that Brandon was non responsive and was not breathing on his own. JohnPaul further advised that at this time his son was on life support and was not expected to live. JohnPaul requested a standby for his son's belongings and to ask the Church members what occurred.

Upon arrival to the church, contact was made with Christopher Young (Witness 1). Christopher is the founder of Soul Quest Church of Mother Earth. Christopher advised he was present while Brandon was seizing. Christopher provided a sworn written statement which advised the following; at approximately 1700 hours on Sunday 4/1/18, Christopher was called to the common area of the church to assist with helping Brandon. Christopher advised that he and two other medicine men attempted to calm Brandon down who was acting erratic. Christopher advised Brandon was brought outside of the church and placed on the ground to be "closer to the Earth". While on the ground Brandon started having a seizure. Christopher stated that he began to restrain Brandon on the ground with the help of a shaman and other church members. After it appeared Brandon was not calming down, Orange County Fire Rescue arrived on scene and transported Brandon to Florida Hospital East. Christopher verbally advised that Brandon had been given a "cleanse" for the ceremony. Christopher stated the cleanse consisted of several ingredients including Ayahuasca. Christopher also advised Brandon took part in a Kambo ceremony. Christopher stated the Kambo ceremony involves taking the poisonous secretions of tree frogs in the Amazon and poking the participant with the secretion, usually with a hot metal.

Brandon's father, JohnPaul Begley, provided a written statement that advised the following; at approximately 2112 hours JohnPaul received a phone call from Brandon's mother stating Brandon was being transported to the hospital by ambulance. While on the way to the hospital JohnPaul received a call from Dr. Tribino at Florida Hospital East advising that Brandon was in critical condition and as not breathing on his own and was currently incubated.

At this time I asked if anyone present during the incident wished to complete sworn statements. Three witnesses advised they would complete sworn statements. Diana Jaramillo (Witness 4) witnessed the incident and provided a sworn statement which advised the following; Diana is a volunteer at the church and was inside the church completing chores, when she saw Brandon inside the church. She advised Brandon was very pale and drinking water stating that he needed to "purge". Approximately 15 minutes later Diana saw Brandon being helped outside by church members. Diana advised Brandon was moving on the ground aggressively and that several members were attempted to help him not hurt himself. Diana advised she continued with her chores and when she came back more church members were around Brandon as he was outside on the ground. Diana advised his face and skin were becoming red and irate from rubbing on the ground aggressively. Diana advised shortly after seeing Brandon outside 911 was called and he was transported to the hospital.

Kaine Marzola (Witness 3) provided a sworn statement which advised the following; Kaine witnessed Brandon acting erratic and wanting to keep drinking water. Kaine advised Brandon was told to stop drinking water or else he would get sick by one of the church facilitators. Kaine advised at this time he left the area to focus on his own meditations. When Kaine returned he observed Brandon starting to spasm and was asked to help keep Brandon from hurting himself. Kaine stated it appeared Brandon began calming down so Kaine left the property for dinner. Kaine advised when he returned to the church EMS was already on scene and getting ready to transport Brandon to the hospital. Kaine stated he did not witness anything else.

Lindsay Johnson (Witness 2) provided a sworn statement which advised the following; Lindsay advised she heard that Brandon was not doing well so she sent a church member, Sarah to be with Brandon while Lindsay found Christopher. Lindsay advised Brandon was unresponsive and Sarah and other church members had him on his side. Lindsay stated Christopher arrived to where Brandon was and took Brandon outside with a shaman. Lindsay stated Brandon was screaming and flailing around. Lindsay advised the shaman moved Brandon to the ground to be closer to Earth and by a ceremonial fire. Lindsay stated she observed that Brandon began hurting himself, while he was flailing on the ground so he was placed on mats on the ground. Lindsay advised that after a short

**Incident Report**  18-29907  Supplement No ORIG
ORANGE COUNTY SHERIFF'S OFFICE

time Brandon began to calm down and was sitting up on his own. Lindsay advised at this time she left the property to get food. When she returned to the property approximately one hour later Orange County Fire Rescue had been called. Lindsay advised Brandon's breathing was faint and that a church facilitator had begun CPR on Brandon. Lindsay has nothing further to provide at this time.

[redacted] Homicide and Narcotics unit were advised and responded for assistance.

At this time there is nothing further to report.