**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., AND CHRISTOPHER YOUNG, | ) )  ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| MERRICK B. GARLAND, Attorney General of the United States, and D. CHRISTOPHER EVANS, acting director of the Drug Enforcement Administration, | ) ) ) ) ) |
| Defendants. | ) ) ) |

No. 6:20-cv-701-WBB-DCI

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO AMEND PLAINTIFFS' SECOND AMENDED COMPLAINT**

COME NOW the Plaintiffs, SOUL QUEST CHURCH OF MOTHER EARTH, INC., and CHRISTOPHER YOUNG (hereinafter, "Plaintiffs"), and hereby move the Court for an order under Fed. R. Civ. P. 15(a)(2) permitting the Plaintiffs to amend their Second Amended Complaint, and file their Third Amended Complaint, and as grounds further state as follows:

1. On June 1, 2021, Defendants filed their Motion to Dismiss Second Amended Verified Complaint for Declaratory and Permanent Injunctive Relief (ECF No. 44) (hereinafter, "Motion to Dismiss"). Contemporaneously, the Defendants filed their Response in Opposition to Plaintiffs' Renewed Petition for Preliminary Injunction (ECF No. 45).

2.     In their Motion to Dismiss, the Defendants allege several grounds in support including, but not limited to, a critical argument involving the District Court's jurisdiction to preside over this pending litigation.

3.     The issues in this litigation are both complex and important, pertaining to both constitutional and statutory issues affecting the Plaintiffs' rights under the Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb, *et seq.* ("RFRA"), as well as asserted constitutional grounds.   The Plaintiffs have asserted breaches of their rights by Defendants under the First and Fourteenth Amendments and the RFRA; further, the Plaintiffs have asserted the violation by the Defendants of the Administrative Procedure Act, 5 U.S.C. § 500, *et seq.* ("APA").

4.     In order to address these case developments and related issues, the Plaintiffs seek leave to file their Third Amended Complaint. Further, the proposed, Third Amended Complaint serves to streamline a measure of the issues addressed in the Defendants' preexisting Motion to Dismiss by removing three counts to the Second Amended Complaint, while adding in only a new count involving allegations of the Defendants' violation of the APA.   A true and correct copy of Plaintiffs' proposed Third Amended Complaint is attached hereto, and made a part of this motion as **Exhibit No. 1**.

5.     Counsel for the Defendants have been consulted with respect to the instant Motion for leave to amend. The Defendants do not oppose the instant motion.

WHEREFORE, the Plaintiffs respectfully request this Court granted the foregoing Motion for Leave to Amend and, accordingly, accept the Plaintiffs' attached Third Amended Complaint for filing.

Respectfully submitted this 15th day of July 2021.

By: */s/Derek B. Brett*_____
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone:   (902) 468-3066
Facsimile:   (902) 468-4803
Email: dbb@burnsidelaw.net

*/s/A. Brian Phillips*_____
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone:   (407) 872-0777
Telecopier:   (407) 872-0704
Email: brian.phillips@phillips-law-firm.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

By electronic mail on July 14, 2021, Plaintiffs' counsel conferred in good faith regarding the relief requested by this motion. Counsel for Defendants advised that Defendants do not oppose the relief sought in this Motion in accordance with the agreement of the Parties described in ¶ 5 herein.

*/s/ Derek B. Brett*_____
**DEREK B. BRETT, Esq.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 15th day of July 2021, the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the same via email to the designated counsel for the Defendants, and its counsel Julie Straus Harris (Julie.StrausHarris@usdoj.gov), Michael Gaffney (Michael.Gaffney@usdoj.gov).

**By:** *<u>/s/A. Brian Phillips</u>*
       **A. BRIAN PHILLIPS, Esq.**