Exhibit 1

