Exhibit 6

United States Department of Agriculture
Animal and Plant Health Inspection Service
Plant Protection & Quarantine
4700 River Road
Riverdale, MD 20737

## Permit to Import Timber or Timber Products
### Regulated by 7 CFR 319.40

**This permit was generated electronically via the ePermits system**

| PERMITTEE NAME: | Christopher Young | PERMIT NUMBER: | P40-20-00542 |
|---|---|---|---|
| ORGANIZATION: | Soul Quest Church of Mother Earth Inc. | APPLICATION NUMBER: | P585-200828-003 |
| ADDRESS: | 1371 HANCOCK LONE PALM RD ORLANDO, FL 328287207 | DATE ISSUED: | 09/01/2020 |
| MAILING ADDRESS: | 1371 HANCOCK LONE PALM RD ORLANDO, FL 328287207 | | |
| PHONE: | (407) 360-6297 Ext. 1 | | |
| FAX: | | EXPIRES: | 09/01/2023 |
| EMAIL: | Soulquestorlando@gmail.com | | |

**PORTS OF ENTRY:** Various Ports of Entry Staffed by CBP-Agriculture Inspection (a copy of this import permit must be provided to each port of entry or must accompany each shipment)

Under the conditions specified, this permit authorizes the following:

| Article(s) | Countries of Origin | Type of Timber | Bark | Before Import Processing |
|---|---|---|---|---|
| Other, Banisteriopsis caapi | Brazil Colombia Ecuador | Chips | Without Bark | Other, per Annex L |

### SPECIAL INSTRUCTIONS TO INSPECTORS
See permit conditions below

### PERMIT CONDITIONS

This permit authorizes the importation of the listed articles, under the conditions specified below. A copy of this permit (including all conditions) must accompany all shipments authorized under this permit.

The permittee is the legal importer of an article and is responsible for complying with the permit conditions. The permittee must be at least 18 years of age and have and maintain an address in the United States that is specified on the permit and be physically present during normal business hours at that address during any periods when articles are being imported or moved interstate under the permit; or If another legal entity, maintain an address or business office in the United States with a designated individual for service of process; and serve as the contact for the purpose of communications associated with the movement of the regulated

Permit Number P40-20-00542

| THIS PERMIT HAS BEEN APPROVED ELECTRONICALLY BY THE FOLLOWING PPQ HEADQUARTER OFFICIAL VIA EPERMITS. | DATE |
|---|---|
| *Karen Brady* (signature)<br>Karen Brady | 09/01/2020 |

WARNING: Any alteration, forgery or unauthorized use of this Federal Form is subject to civil penalties of up to $250,000 (7 U.S.C.s 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C.s 1001)

Page 1 of 4

article for the duration of the permit. The PPQ Permit Unit must be informed of a change in contact information for the permittee within 10 business days of such change.

Upon arrival in the United States, the articles and shipping container(s) are subject to inspection by officials of Customs and Border Protection, Agriculture Inspection (CBP-AS) and Plant Protection and Quarantine (PPQ).

Any person who violates the Plant Protection Act (PPA) of the United States, individuals or corporations who fail to comply with these conditions and authorizations, or who forge, counterfeit, or deface permits may be criminally or administratively prosecuted and found guilty of a misdemeanor which can result in penalties, a one-year prison term, or both. Additionally, any person violating the PPA may be assessed civil penalties of up to $250,000 per violation or twice the gross gain or gross loss for a violation that results in the person deriving pecuniary gain or a pecuniary loss to another, whichever is greater. In addition, all current permits may be cancelled and future permit applications denied.

All logs, lumber, and other unmanufactured wood products, (with or wihout bark), are not authorized from areas in Asia that are east of 60 degrees East Longitude and North of the Tropic of Cancer. However heat treated and/or kiln dried materials are allowed entry with a written permit.

Some species of timber may be subject to regulations under the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES). To determine if a particular species is regulated under Appendix I, II, or III of CITES, please consult the appendices for CITES located at: http://www.fws.gov/international/DMA_DSA/CITES/timber/timber.html

This APHIS-issued import permit only covers compliance with APHIS regulations and requirements. Therefore, this APHIS permit for the commodity to be imported does not reduce or eliminate the permittee's legal duty and responsibility to likewise comply with all other Federal and State regulatory requirements applicable to the commodity to be imported.

Timber and timber products are regulated under the Lacey Act (16 U.S.C. 3371 et seq.) as amended in 2008, and importers may be required to submit the Lacey Act Plant and Plant Product Declaration Form (PPQ Form 505) when filing for entry into the United States. To determine if a particular product is subject to these requirements, please consult the current implementation schedule for the enforcement of declaration requirements at http://www.aphis.usda.gov/plant_health/lacey_act/downloads/ImplementationSchedule.pdfa>. Additional information on the Lacey Act Program is available at: http://www.aphis.usda.gov/plant_health/lacey_act/index.shtml.

Permit Number P40-20-00542

| THIS PERMIT HAS BEEN APPROVED ELECTRONICALLY BY THE FOLLOWING PPQ HEADQUARTER OFFICIAL VIA EPERMITS. | DATE |
|---|---|
| *Karen D Brady* (signature)<br>Karen Brady | 09/01/2020 |

WARNING: Any alteration, forgery or unauthorized use of this Federal Form is subject to civil penalties of up to $250,000 (7 U.S.C.s 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C.s 1001)

Page 2 of 4

1. Wood and bark chips not from tropical plantation grown trees:
Annex -A- and Annex -L-

You may obtain a copy of 7CFR 319.40 by downloading them from our web site at:
http://www.aphis.usda.gov/plant_health/permits/wood.shtml

2. ANNEX -A-
GENERAL REQUIREMENTS

In accordance with 319.40-2, documentation accompanying each shipment (an importer document) must identify the commodity, quantity, and origin of the regulated material.

In accordance with 319.40-9, all shipments are subject to inspection and may require other actions deemed necessary by Plant Protection and Quarantine as a result of inspection. Notice of arrival may be required at the discretion of the Officer in Charge at the port of first arrival.

The regulated commodity, the container in which it is shipped, or the documents accompanying shipments will adequately describe the shipment in accordance with 319.40-9(c) unless the Officer in Charge for Plant Protection and Quarantine at the port of first arrival has notified the permittee that such documentation or portions of the documentation will be understood without being written for each shipment.

Permittee will notify the office issuing this permit of any changes in the status of the activities authorized in this permit, or substantive changes in the status of the permittee (such as change of company name, address, phone number, etc.) within 30 days of such changes occurring or 30 days prior to a shipment being authorized under this permit.

3. ANNEX -L-
UNIVERSAL IMPORT OPTION
WOOD AND BARK CHIPS (NOT FROM TROPICAL
PLANTATION GROWN TREES)

(1) In accordance with 319.40-6(c)(1)(ii), must be fumigated with T404-b-1-1 using methyl bromide or heat treated to 71.1 degrees Celsius, minimum core temperature, and maintained for a minimum of 75 minutes; or kiln dried to 71.1 degrees Celsius, minimum core temperature, and maintained for a minimum of 75 minutes, with moisture reduced below 20 percent. Wood and bark chips cannot be commingled with other regulated materials (other than solid wood packing materials) unless the chips and the other regulated articles are in separate holds or in separate sealed container.

(2) All pallets and other regulated wood packing materials used in the shipment are subject to inspection and must conform to 7 CFR 319.40-3(b).

**END OF PERMIT CONDITIONS**

Permit Number P40-20-00542

| THIS PERMIT HAS BEEN APPROVED ELECTRONICALLY BY THE FOLLOWING PPQ HEADQUARTER OFFICIAL VIA EPERMITS. | DATE |
|---|---|
| *signature*<br>Karen Brady | 09/01/2020 |

WARNING: Any alteration, forgery or unauthorized use of this Federal Form is subject to civil penalties of up to $250,000 (7 U.S.C.s 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C.s 1001)

United States
Department of
Agriculture

| | Permit Number P40-20-00542 |
|---|---|
| THIS PERMIT HAS BEEN APPROVED ELECTRONICALLY BY THE FOLLOWING PPQ HEADQUARTER OFFICIAL VIA EPERMITS.<br><br>*Karen D Brady* (signature)<br><br>**Karen Brady** | DATE<br><br>09/01/2020 |

WARNING: Any alteration, forgery or unauthorized use of this Federal Form is subject to civil penalties of up to $250,000 (7 U.S.C.s 7734(b)) or punishable by a fine of not more than $10,000, or imprisonment of not more than 5 years, or both (18 U.S.C.s 1001)

Page 4 of 4