Exhibit 9

<u>Affidavit of Ronald W. McNutt</u>

Ronald W. McNutt, first being duly sworn according to law, deposes and says that the following information is true and accurate and is based on my personal knowledge.

I have been a litigation attorney in Nashville, Tennessee for thirty-eight years and I am in good standing. My Tennessee B.P.R. number is 10804. I am admitted to practice in the courts of Tennessee and the federal district courts here as well as the U.S. Court of Appeals for the Sixth Circuit. After serving two federal judicial clerkships, I practiced civil rights litigation for plaintiffs for ten years in a minority-owned law firm. My recent career has been involved in workers' compensation cases. I earned my undergraduate degree in religion from Tufts University in 1978. After college, I worked for almost two years as a mental health worker at a state mental hospital in Boston. During that time, I attended group psychotherapeutic sessions with Salvador Roquet, a psychotherapist who had used psychedelics or entheogens previously as part of his work in Mexico.

In 1983, I graduated from the University of Georgia School of Law. During law school, I served as the executive research editor of the Georgia Law Review and wrote a research paper, "The Free Exercise Clause and Religious Use of Psychedelics." I have never had any disciplinary charges filed during my career and I have had a BV peer review rating from Martindale.com since the 1990s.

I am an elder at Second Presbyterian Church in Nashville and am a certified lay pastor under the Middle Tennessee Presbytery of the Presbyterian Church (USA). I have a certificate in teaching English as a second language. I volunteered to teach immigrants English for three years and have volunteered for several years for church education and mission-related work with homeless people.

For the past year I have volunteered for educational programs offered by Soul Quest Ayahuasca Church of Mother Earth. I have participated in ceremonies with ayahuasca there beginning in March 2018. It is a spiritual and religious practice and I sincerely regard ayahuasca as a sacrament and a means of communication with God.

Having an appropriate retreat with supervision is critically important for promoting the best results from psychedelics, which are an important sacrament and means of communion for me with the Holy Spirit. Difficult psychedelic experiences can be frightening but also potentially among the most valuable experiences someone can have. The experiences I have had with ayahuasca at Soul Quest have been deeply spiritual, and the staff and integration coaches are conscientious and extremely helpful in promoting the spiritual benefits of the wonderful sacrament which also is a medicine. It is a fundamental right to commune with the Spirit with this sacrament, and the government's interest in regulation is insufficient to place this burden on

our freedom to exercise our religion because of the benefits of the sacrament and the effective measures for harm reduction.

Some of the people who benefit from psychedelic medicines may overcome past trauma or they may live lives more fully invested in the activities that bring joy or the work that manifests greater creativity. Whether individuals use psychedelic medicines in the context of western psychotherapy, in ceremonial religious traditions, or outside legally-sanctioned settings, these entheogens have provided healing of trauma, helped people overcome depression and addiction, and have served to promote "the betterment of well people," to use the term of Robert Jesse. Experiences with these agents of change can help people feel inspired to contribute to their communities, participate in sustainable projects, raise families and deepen relations, and humbly devote themselves to positive socially-responsible work.

This year, millions of people will use psychedelics outside of supervised medical contexts, many of them for the first time. That is because access to religious use of psychedelics is protected by the government primarily for American Indians exclusively, which has a discriminatory effect on people like me. A retreat center like Soul Quest Ayahuasca Church of Mother Earth is essential for people like me to practice our religion, consistent with our rights under *Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal*, 546 U.S. 418 (2006), which upheld the right of practitioners in a religious context to use ayahuasca as a sacrament. Research is proving the benefit of psychedelics in helping relieve treatment resistant depression and post-traumatic stress disorder and promoting spiritual experiences that ease the fear of death. The ayahuasca churches in Brazil have achieved a credible reputation that led to the government of Brazil establishing legally-protected status for ritual use of ayahuasca in 1987 after a comprehensive seven-year study, the Brazilian Federal Narcotics Council.

The experience can lead to a suspension of the sense of self and bring about possible ego dissolution, a feeling of oneness, like what could result from prolonged prayer or a vision quest. Scientists and clinicians in the field allow the process to be directed from within the subject as part of a natural process. Somehow, the Spirit knows us better than we know ourselves and provides healing encounters by allowing a suspended ego to stand by as unconscious material manifests experiences and realizations that can be life-enhancing with appropriate preparation and integration.

Soul Quest provides me with a ceremonial setting for my religious sacrament, which is central and critical for my communication with the Holy Spirit. The comprehensive program there for implementation of harm reduction strategies produces benefits such as strengthening our sense of purpose and our social responsibility. Please allow us to receive constitutional protection for our religious practices.

Signed this 8th day of July, 2021.

*Ronald W. McNutt*

Ronald W. McNutt

STATE OF TENNESSEE

COUNTY OF DAVIDSON

On this the 8th day of July, 2021, before me, a Notary Public in and for this County, personally appeared Ronald McNutt, to me known to be the persons described in and who executed this affidavit and who acknowledged the same to be his free act and deed.

*Linda R. Richardson*

Notary Public

My Commission Expires: 3-8-2022

[Notary Seal: LINDA R. RICHARDSON, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY]