**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., and CHRISTOPHER YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States of America, and ANNE M. MILGRAM, Administrator of the U.S. Drug Enforcement Administration, <br><br> Defendants. | No. 6:20-cv-701-WBB-DCI |

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 3.01(d), Defendants Merrick B. Garland, in his official capacity as U.S. Attorney General, and Anne M. Milgram, in her official capacity as Administrator, U.S. Drug Enforcement Administration (DEA), respectfully request leave to file a reply of up to 7 pages in support of their motion to dismiss. Plaintiffs do not oppose Defendants' request.

**A.   Procedural Background and Relevant Standards**

On July 20, 2021, the Court granted Plaintiffs leave to amend their complaint for a third time. Minute Order, ECF No. 58. On July 22, 2021, Plaintiffs filed the Third Amended Complaint, ECF No. 59, asserting three claims against Defendants under: (1) RFRA, *id.* ¶¶ 118-30; (2) the APA, *id.* ¶ 131-42; and (3) the Free Exercise Clause of the First Amendment to the U.S. Constitution, *id.* ¶¶ 143-53. On August 26, 2021, Defendants filed

1

a motion to dismiss. ECF No. 61. On September 15, 2021, Plaintiffs filed an opposition, attaching three exhibits, including email correspondence between the parties' counsel.

Pursuant to Local Rule 3.01(d), "no party may file a reply" "[w]ithout leave." M.D. Fla. R. 3.01(d). "A motion requesting leave to reply must not exceed three pages inclusive of all parts; must specify the need for, and the length of, the proposed reply; and must not include the proposed reply." *Id.* Leave to file a reply may be granted where the movant seeks to "rebut any new law or facts" contained in an opposition brief. *Allied Portables, LLC v. Youmans*, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016).

### B. Basis for Seeking Leave

Plaintiffs' opposition raises several new issues of law. Plaintiffs cite, for the first time, a Supreme Court decision discussing the interaction of RFRA and other federal laws. Plaintiffs also accuse Defendants of engaging in a "slight of hand" in their discussion of another Supreme Court decision. Defendants request leave to respond to Plaintiffs' characterizations of these decisions. Defendants also seek leave to correct two premises on which Plaintiffs rely: that DEA's decision denying an exemption to the CSA was not a decision made pursuant to DEA's authority under the CSA, and that DEA lacks the power to apply the RFRA framework when considering petitions for RFRA-based exemptions. Both are wrong and Defendants respectfully request the opportunity to briefly explain why.

Plaintiffs' opposition also raises factual issues that warrant a response. Plaintiffs have attached as an exhibit correspondence between the parties' counsel. Defendants request leave to address Plaintiffs' characterizations of that correspondence.

To address these legal and factual issues, Defendants respectfully request leave to file a 7-page reply.

Dated: September 21, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director
Civil Division, Federal Programs Branch

JULIE STRAUS HARRIS
Senior Trial Counsel (DC Bar # 1021928)

/s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney (DC Bar # 1048531)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8460
Email: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendant*

## Certificate of Compliance with Local Rule 3.01(g)

By email on September 20, 2021, undersigned counsel conferred in good faith regarding the relief requested by this motion. Counsel for Plaintiffs advised that Plaintiffs do not oppose the relief sought in this motion.

/s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY