# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SOUL QUEST CHURCH OF MOTHER EARTH, INC. and CHRISTOPHER YOUNG,**

      **Plaintiffs,**

v.                                                                                                         Case No.: 6:20-cv-701-WWB-DCI

**ATTORNEY GENERAL, UNITED STATES OF AMERICA and ADMINISTRATOR, U.S. DRUG ENFORCEMENT ADMINISTRATION,**

      **Defendants.**

_____

## ORDER TO SHOW CAUSE

The parties are hereby **ORDERED TO SHOW CAUSE** by a written response filed no later than **February 17, 2022** as to why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed in the Court's Related Case Order and Track Two Notice (Doc. 7), filed on April 29, 2020.  The parties shall also file the Case Management Report. Failure to respond shall result in a dismissal of this action without further notice.

      **DONE** and **ORDERED** in Orlando, Florida on February 3, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party