UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER )
EARTH, INC., *et al.*, )
 )
    Plaintiffs, )
 )
vs. ) Case No.: 6:20-cv-00701-WWB-DCI
 )
MERRICK B. GARLAND, Attorney )
General of the United States )
of America, *et al.*, )
 )
    Defendants. )
_____)

**JOINT RESPONSE TO DISTRICT COURT'S
ORDER TO SHOW CAUSE DATED FEBRUARY 4, 2022**

    COME NOW, the Parties, pursuant to the Court's February 4, 2022, order to show cause "as to why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed in the Court's Related Case Order and Track Two Notice (Doc. 7), filed on April 29, 2020," and hereby provide the following response:

    1.    The Parties' failure to comply with this Court's Order requiring a Case Management Report to be filed was an unintentional result of the complicated procedural history of this case, including the earlier stay of proceedings until early 2021 as well as the pendency of Defendants' motion to dismiss. There have also been multiple amended complaints and multiple corresponding dispositive motions filed in this litigation. Nonetheless, the Parties sincerely apologize for the inconvenience their oversight caused the Court.

1

2. The Parties have filed their Joint Case Management Report under separate cover. Dkt. 67.

3. While the Parties regret this error, the Parties respectfully request that the Court not dismiss this case "pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed."

WHEREFORE, the undersigned attorneys respectfully request that the Court accept the abovementioned representations as having been made in good faith and not dismiss the action "pursuant to Local Rule 3.10, for lack of prosecution."

Respectfully submitted this 16th day of February 2022.

*Derek B. Brett*
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
109 Ilsley Avenue, Suite 9
Halifax, Nova Scotia B3B 1S8
Telephone: (902) 468-3066
Telecopier: (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs


*s/A. Brian Phillips*
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email: brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

BRIGHAM J. BOWEN
Assistant Director
Civil Division, Federal Programs Branch

JULIE STRAUS HARRIS
Senior Trial Counsel
(DC Bar # 1021928)

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
Trial Attorney
(DC Bar # 1048531)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-2356
Fax: (202) 616-8460
Email: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*

BRIAN M. BOYNTON
Acting Assistant Attorney General

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 16th day of February 2022, I electronically filed a copy of the foregoing document. Notice of the filing will be sent by email to all Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ A. Brian Phillips, Esq.*
A. BRIAN PHILLIPS, ESQ.