UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SOUL QUEST CHURCH OF MOTHER
EARTH, INC. and CHRISTOPHER
YOUNG,

    Plaintiffs,

v.                                                               Case No. 6:20-cv-701-WWB-DCI

ATTORNEY GENERAL, UNITED
STATES OF AMERICA and
ADMINISTRATOR, U.S. DRUG
ENFORCEMENT ADMINISTRATION.,

    Defendants.
_____/

## ORDER

The parties in this action filed a Case Management Report (Doc. 67) on February 16, 2022, requesting the Court to appoint a United States Magistrate Judge to preside over mediation.

Therefore, it is **ORDERED** that:

1. This case is **REFERRED** to United States Magistrate Judge Embry J. Kidd, who is not assigned to this case, to conduct a mediation conference.

2. The parties shall attend the conference at Magistrate Judge Embry J. Kidd's direction, the details of which will be contained in a separate order issued by Magistrate Judge Embry J. Kidd.

**DONE AND ORDERED** in Orlando, Florida on February 25, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record