**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 6:20-cv-00701-WWB-DCI ) |
| MERRICK B. GARLAND, Attorney General of the United States of America, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs, Soul Quest Church of Mother Earth, Inc., and Christopher Young, and pursuant to Fed.R.App.P. 4(b), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order entered in this action on March 4, 2022 [Dkt. 74].

Respectfully submitted this 4th day of April, 2022.

| | |
|---|---|
| *s/Derek B. Brett, Esq.* | s/A. Brian Phillips, Esq. |
| **DEREK B. BRETT, ESQ.** | **A. BRIAN PHILLIPS, ESQ.** |
| Fla. Bar No. 0090750 | Fla. Bar No. 0067113 |
| **BURNSIDE LAW GROUP** | **A. BRIAN PHILLIPS, P.A.** |
| 202 Brownlow Avenue, Suite 400 | 912 Highland Avenue |
| Dartmouth, NS, Canada B3B 1T5 | Orlando, Florida 32803 |
| Telephone: (902) 468-3066 | Telephone: (407) 872-0777 |
| Telecopier: (902) 468-4803 | Telecopier: (407) 872-0704 |
| Email: dbb@burnsidelaw.net | Email: brian.phillips@phillips-law-firm.com |
| Lead Counsel for Plaintiffs | Local Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 4, 2022, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

s/A. Brian Phillips
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Facsimile: (407) 872-0704
Email: Brian.Phillips@phillips-law-firm.com
Local Counsel for Plaintiffs
