# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Elizabeth M. Warren                                                      Benjamin C. Wynn
Clerk of Court                                                           Orlando Division Manager

**DATE:**        April 4, 2022

**TO:**          Clerk, U.S. Court of Appeals for the Eleventh Circuit
_____

**SOUL QUEST CHURCH OF MOTHER EARTH,**
**INC. and CHRISTOPHER YOUNG,**

        **Plaintiffs,**

**v.**                                        **Case No: 6:20-cv-701-WWB-DCI**

**ATTORNEY GENERAL, UNITED STATES OF**
**AMERICA and ADMINISTRATOR, U.S. DRUG**
**ENFORCEMENT ADMINISTRATION,**

        **Defendants.**
_____

**U.S.C.A. Case No.:**          **TBD**

- Honorable Wendy W. Berger, United States District Judge appealed from.

- Appeal filing fee was paid.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.


ELIZABETH M. WARREN, CLERK

By:        s/knc, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| SOUL QUEST CHURCH OF MOTHER EARTH, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 6:20-cv-00701-WWB-DCI |
| MERRICK B. GARLAND, Attorney General of the United States of America, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs, Soul Quest Church of Mother Earth, Inc., and Christopher Young, and pursuant to Fed.R.App.P. 4(b), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order entered in this action on March 4, 2022 [Dkt. 74].

Respectfully submitted this 4th day of April, 2022.

s/Derek B. Brett, Esq.
**DEREK B. BRETT, ESQ.**
Fla. Bar No. 0090750
**BURNSIDE LAW GROUP**
202 Brownlow Avenue, Suite 400
Dartmouth, NS, Canada B3B 1T5
Telephone: (902) 468-3066
Telecopier: (902) 468-4803
Email: dbb@burnsidelaw.net
Lead Counsel for Plaintiffs

s/A. Brian Phillips, Esq.
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Telecopier: (407) 872-0704
Email:
brian.phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on April 4, 2022, I filed a copy of the foregoing with the

Clerk of the Court via the CM/ECF system.  I further certify that all parties to this case

are equipped to receive service of documents via that system.

<u>s/A. Brian Phillips</u>
**A. BRIAN PHILLIPS, ESQ.**
Fla. Bar No. 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Facsimile: (407) 872-0704
Email: Brian.Phillips@phillips-law-firm.com
Local Counsel for Plaintiffs

APPEAL, CLOSED, MEDIATION

# U.S. District Court
# Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:20-cv-00701-WWB-DCI

| | |
|---|---|
| Soul Quest Church of Mother Earth, Inc. et al v. Attorney General, United States of America et al | Date Filed: 04/22/2020 |
| | Date Terminated: 03/07/2022 |
| Assigned to: Judge Wendy W. Berger | Jury Demand: None |
| Referred to: Magistrate Judge Daniel C. Irick | Nature of Suit: 440 Civil Rights: Other |
| Magistrate Judge Embry J. Kidd (Settlement) | Jurisdiction: U.S. Government Defendant |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

| | | |
|---|---|---|
| **Soul Quest Church of Mother Earth, Inc.** *a Florida Domestic Non-Profit Corporation, on its own behalf and on behalf of its members* | represented by | **Derek B. Brett** The Burnside Law Group 202 Brownlow Avenue Suite 400 Dartmouth Canada 902-468-3066 Fax: 902-468-4803 Email: dbb@burnsidelaw.net *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **A. Brian Phillips** A. Brian Phillips, PA 912 Highland Ave Orlando, FL 32803 407-872-0777 Fax: 407-872-0704 Email: brian.phillips@phillips-law-firm.com *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Young** *individually and as spiritual leader of Soul Quest Church of Mother Earth, Inc.* | represented by | **Derek B. Brett** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **A. Brian Phillips** (See above for address) *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Attorney General, United States of America**

represented by **Julie Straus Harris**
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20001
202-353-7633
Email: julie.strausharris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. Hancock**
Campagin Legal Center
1101 14th St. NW
Suite 400
Washington, DC 20005
202-736-2200
Fax: 202-736-2222
Email: khancock@campaignlegalcenter.org
*TERMINATED: 07/01/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Gaffney**
United States Department of Justice, Civil
Division
Federal Programs Branch
1100 L St. NW
Suite 11012
Washington, DC 20005
202-514-2356
Email: Michael.J.Gaffney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acting Administrator, U.S. Drug Enforcement Administration**
*TERMINATED: 07/12/2021*

represented by **Julie Straus Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. Hancock**
(See above for address)
*TERMINATED: 07/01/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Gaffney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U. S. Drug Enforcement Administration**

represented by **Julie Straus Harris**

*TERMINATED: 05/05/2020*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. Hancock**
(See above for address)
*TERMINATED: 07/01/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Administrator, U.S. Drug Enforcement Administration**

represented by **Julie Straus Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Gaffney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2020 | 1 | COMPLAINT *for Declaratory and Permanent Injunctive Relief* against William Barr, Uttam Dhillon, U. S. Drug Enforcement Administration (Filing fee $ 400 receipt number 113A-16731539) filed by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Attachments: # 1 Affidavit In Support of Verified Complaint, # 2 Civil Cover Sheet, # 3 Proposed Summons Summons to three defendants)(Phillips, A.) (Entered: 04/22/2020) |
| 04/22/2020 | 2 | MOTION for Preliminary Injunction *and Supporting Memorandum of Law* by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Phillips, A.) (Entered: 04/22/2020) |
| 04/22/2020 | 3 | NEW CASE ASSIGNED to Judge Wendy W. Berger and Magistrate Judge Daniel C. Irick. New case number: 6:20-cv-701-Orl-78DCI. (SJB) (Entered: 04/22/2020) |
| 04/23/2020 | 4 | NOTICE of Appearance by Derek B. Brett on behalf of Soul Quest Church of Mother Earth, Inc., Christopher Young (Brett, Derek) (Entered: 04/23/2020) |
| 04/23/2020 | 5 | PROPOSED summons to be issued by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Phillips, A.) (Entered: 04/23/2020) |
| 04/24/2020 | 6 | SUMMONS issued as to Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration, and U.S. Attorney. (SPM) (Entered: 04/24/2020) |
| 04/29/2020 | 7 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 5/13/2020. Signed by Deputy Clerk on 4/29/2020. (RMF)ctp** (Entered: 04/29/2020) |
| 04/29/2020 | 8 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 5/13/2020. Signed by Judge Wendy W. Berger on 4/29/2020. (RMF)ctp** (Entered: 04/29/2020) |
| 04/29/2020 | 9 | **NOTICE TO COUNSEL AND PARTIES: Failure to comply with ANY Local** |

| | | Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 4/29/2020. (RMF)ctp (Entered: 04/29/2020) |
|---|---|---|
| 04/30/2020 | 10 | **STANDING ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Daniel C. Irick on 4/30/2020. (RN)** (Entered: 04/30/2020) |
| 05/04/2020 | 11 | NOTICE of pendency of related cases re 7 Related case order and track 2 notice per Local Rule 1.04(d) by Soul Quest Church of Mother Earth, Inc., Christopher Young. Related case(s): No (Phillips, A.) Modified text on 5/5/2020 (LDJ). (Entered: 05/04/2020) |
| 05/04/2020 | 12 | CERTIFICATE of interested persons and corporate disclosure statement re 8 Interested persons order by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Phillips, A.) (Entered: 05/04/2020) |
| 05/04/2020 | 13 | AMENDED COMPLAINT *for Declaratory and Permanent Injunctive Relief* against Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America filed by Soul Quest Church of Mother Earth, Inc., Christopher Young. Related document: 1 Complaint filed by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Request for Exemption, # 3 Exhibit Ltr of Aug 1, 2016, # 4 Exhibit Ayahuasca Manifesto Part 1, # 5 Exhibit Ayahuasca Manifesto Part 2, # 6 Exhibit Code of Ethics, # 7 Exhibit US Atty Memo, # 8 Exhibit US Atty Memo)(Phillips, A.) Modified text on 5/5/2020 (LDJ). (Entered: 05/04/2020) |
| 05/04/2020 | 14 | PROPOSED summons to be issued by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Phillips, A.) (Entered: 05/04/2020) |
| 05/04/2020 | 15 | Amended MOTION for Preliminary Injunction *and Supporting Memorandum of Law* by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Verified Amended Complaint & Affidavit, # 3 Exhibit Bylaws & Statement of Faith, # 4 Exhibit Code of Ethics, # 5 Exhibit Foundation Declaration, # 6 Exhibit Holidays, # 7 Exhibit Dieting/Fasting rules, # 8 Exhibit Doctrinal Statement, # 9 Exhibit Dieta Guide, # 10 Exhibit Sunbiz Information & IRS Exemption, # 11 Exhibit Request for religious based exemption, # 12 Exhibit DEA Guidance, # 13 Exhibit Soul Quest Church Pamphlet)(Phillips, A.) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/04/2020) |
| 05/05/2020 | 16 | SUMMONS issued as to Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America. (LDJ) (Entered: 05/05/2020) |
| 05/14/2020 | 17 | NOTICE of Appearance by Kevin P. Hancock on behalf of Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration (Hancock, Kevin) (Entered: 05/14/2020) |
| 05/14/2020 | 18 | Joint MOTION for Extension of Time to File Response/Reply as to 15 Amended MOTION for Preliminary Injunction *and Supporting Memorandum of Law* by Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration. (Hancock, Kevin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/14/2020) |
| 05/14/2020 | 19 | **ENDORSED ORDER granting 18 Joint Motion for Extension of Time to File Response to 15 Amended Motion for Preliminary Injunction. Response due by 6/17/2020. Signed by Magistrate Judge Daniel C. Irick on 5/14/2020. (Irick, Daniel)** (Entered: 05/14/2020) |
| 05/18/2020 | 20 | **RELATED CASE ORDER,INTERESTED PERSONS ORDER and ORDER** |

| | | |
|---|---|---|
| | | **Requiring Electronic Filing.(Defendant). Notice of pendency of other actions due by 6/1/2020, Certificate of interested persons and corporate disclosure statement due by 6/1/2020. Signed by Judge Wendy W. Berger on 5/18/2020. (RMF)ctp** (Entered: 05/18/2020) |
| 06/01/2020 | 21 | NOTICE of pendency of related cases re 20 Related case/interested persons/ECF per Local Rule 1.04(d) by Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration. Related case(s): No. (Hancock, Kevin) (Entered: 06/01/2020) |
| 06/01/2020 | 22 | CERTIFICATE of interested persons and corporate disclosure statement re 20 Related case/interested persons/ECF by Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration. (Hancock, Kevin) (Entered: 06/01/2020) |
| 06/15/2020 | 23 | Joint MOTION to Stay *All Proceedings for 120 Days* by All Defendants. (Attachments: # 1 Exhibit A)(Hancock, Kevin) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 06/15/2020) |
| 06/26/2020 | 24 | **ORDER granting 23 Joint Motion to Stay All Proceedings for 120 Days. This case is STAYED for a period of 120 days from the date of this Order. On or before October 16, 2020, the parties shall file a joint report as to the status of this litigation. The Clerk is directed to administratively close this case. Signed by Judge Wendy W. Berger on 6/26/2020. (RMF)ctp** (Entered: 06/26/2020) |
| 06/26/2020 | | Set deadline: Status Report due by 10/16/2020. (LDJ) (Entered: 06/26/2020) |
| 10/16/2020 | 25 | Joint STATUS report by Soul Quest Church of Mother Earth, Inc. (Phillips, A.) Modified text on 10/19/2020 (LDJ). (Entered: 10/16/2020) |
| 11/02/2020 | 26 | **ORDER re 25 Joint Status Report, the parties' request is GRANTED. This case shall remain STAYED for a period of 120 days from the date of this Order. On or before February 22, 2021, the parties shall file a joint report as to the status of this litigation. No further extensions of the stay shall be granted absent an extraordinary showing of good cause. Signed by Judge Wendy W. Berger on 11/2/2020. (RMF)ctp** (Entered: 11/02/2020) |
| 11/02/2020 | | Set deadline: Status Report due by 2/22/2021. (LDJ) (Entered: 11/03/2020) |
| 02/22/2021 | 27 | STATUS report *(Joint)* by Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration. (Hancock, Kevin) (Entered: 02/22/2021) |
| 02/23/2021 | 28 | **ORDER re 27 Joint Status Report. It is ORDERED that this case shall remain STAYED pending resolution of Plaintiffs' petition by the DEA. Plaintiff shall notify this Court within fourteen days of the resolution of proceedings before the DEA. Plaintiffs' Petition for Preliminary Injunction 2 is DENIED without prejudice. Signed by Judge Wendy W. Berger on 2/23/2021. (RMF)ctp** (Entered: 02/23/2021) |
| 05/03/2021 | 29 | NOTICE of Intention to File Renewed Motion for Preliminary Injunction by Soul Quest Church of Mother Earth, Inc., Christopher Young re 28 Order pdf (Phillips, A.) Modified text on 5/3/2021 (LDJ). (Entered: 05/03/2021) |
| 05/07/2021 | 30 | MOTION to Amend *Complaint under Fed. R. Civ. P. 15* by All Plaintiffs. (Attachments: # 1 Exhibit Second Amended Verified Complaint for Declaratory and Permanent Injunctive Relief (Injunctive Relief Requested, Declaratory Relief Requested)(Phillips, A.) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/07/2021) |
| 05/07/2021 | 31 | MOTION for Preliminary Injunction *and Supporting Memorandum of Law* by All |

| | | |
|---|---|---|
| | | Plaintiffs. (Attachments: # [1](#) Affidavit of Christopher Young, # [2](#) Exhibit Faith Based Principles, # [3](#) Exhibit Moral and Ethical Tenets, # [4](#) Exhibit Mission Statement, # [5](#) Exhibit Holiday Calendar, # [6](#) Exhibit Diet/Fasting Rituals, # [7](#) Exhibit Code of Ethics, # [8](#) Exhibit Dieta Guide, # [9](#) Exhibit Compliance Docs, # [10](#) Exhibit Request for Religious Based Exemption, # [11](#) Exhibit Guidance re: Petition, # [12](#) Exhibit Letter from DOJ -, # [13](#) Exhibit Letter from DOJ - June 4, 2021, # [14](#) Exhibit DEA determination - April 16, 2021, 2021, # [15](#) Exhibit Ayahuasca Manifesto)(Phillips, A.) (Entered: 05/07/2021) |
| 05/10/2021 | 32 | **ENDORSED ORDER directing the parties to confer in person, by telephone, or by video-teleconference concerning the [30](#) Motion to Amend Complaint and, by 5/12/2021, Defendants shall filed a notice stating whether they oppose the relief requested in the Motion to Amend Complaint. Further, Defendants are cautioned that they SHALL comply with the rules and order of this Court, including Local Rule 3.01(g), and they may not decline to comply with a rule or order based on their "policy." Signed by Magistrate Judge Daniel C. Irick on 5/10/2021. (Irick, Daniel)** (Entered: 05/10/2021) |
| 05/10/2021 | [33](#) | MOTION to File Excess Pages *Unopposed Motion for Leave to Exceed Page Limits* by Soul Quest Church of Mother Earth, Inc.. (Phillips, A.) (Entered: 05/10/2021) |
| 05/10/2021 | [34](#) | Unopposed MOTION to Amend *Complaint under Fed. R. Civ. P. 15* by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Attachments: # [1](#) Exhibit A) (Phillips, A.) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/10/2021) |
| 05/10/2021 | [35](#) | **ORDER re [31](#) : Defendants shall file a consolidated response to the Renewed Petition for Preliminary Injunction on or before May 21, 2021. On or before May 21, 2021, the parties shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. The stay of these proceedings is lifted. The Clerk is directed to lift the stay and reopen the case. Signed by Judge Wendy W. Berger on 5/10/2021. (RMF)ctp** (Entered: 05/10/2021) |
| 05/10/2021 | [36](#) | NOTICE of Appearance by Julie Straus Harris on behalf of Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration (Straus Harris, Julie) (Entered: 05/10/2021) |
| 05/10/2021 | 37 | **ENDORSED ORDER denying without prejudice [34](#) Plaintiff's Unopposed Motion for Leave to Exceed Page Limits which was filed under the docket entry heading of Plaintiff's Unopposed Motion to Amend Complaint. The entry appears to have been filed in error, as it is the identical to the motion filed at Doc. 33. Signed by Magistrate Judge Daniel C. Irick on 5/10/2021. (Irick, Daniel)** (Entered: 05/10/2021) |
| 05/10/2021 | | Set deadline as to [31](#) MOTION for Preliminary Injunction *and Supporting Memorandum of Law*. Responses due by 5/21/2021 (LDJ) (Entered: 05/10/2021) |
| 05/10/2021 | [38](#) | Unopposed MOTION for Extension of Time to File Response/Reply as to [31](#) MOTION for Preliminary Injunction *and Supporting Memorandum of Law* , Unopposed MOTION for Extension of Time to File Answer by All Defendants. (Attachments: # [1](#) Exhibit DEA's Final Determination)(Straus Harris, Julie) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/10/2021) |
| 05/10/2021 | [39](#) | Unopposed MOTION to Amend *Complaint Under Fed. R.Civ.. P. 15* by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Attachments: # [1](#) Exhibit A) (Phillips, A.) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/10/2021) |
| 05/11/2021 | 40 | **ENDORSED ORDER granting [33](#) Unopposed Motion to File Excess Pages. The** |

| | | |
|---|---|---|
| | | **Court will accept the Amended Motion for Preliminary Injunction as filed, and the Defendants may file a response of 35 pages. Signed by Magistrate Judge Daniel C. Irick on 5/11/2021. (Irick, Daniel)** (Entered: 05/11/2021) |
| 05/11/2021 | 41 | **ORDER denying as moot 30 Plaintiff's Motion for Leave to Amend Complaint; granting 39 Plaintiff's Unopposed Leave to Amend Complaint such that on or before May 14, 2021 Plaintiff shall file the amended complaint attached to the motion;granting 38 Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff'sComplaint and Plaintiff's Renewed Petition for Preliminary Injunction, On or before June 1, 2021, Defendants shall file a consolidated response to the renewed petition for preliminary injunction. On or before June 1, 2021, the parties shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. On or before June 4, 2021, Defendants shall respond to the amended complaint. See Order. Signed by Magistrate Judge Daniel C. Irick on 5/11/2021. (RN)** (Entered: 05/11/2021) |
| 05/11/2021 | | Reset deadlines for Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America Answer due by 6/4/2021. Amended Complaint due by 5/14/2021 (LDJ) (Entered: 05/11/2021) |
| 05/11/2021 | | Reset deadline as to 31 MOTION for Preliminary Injunction *and Supporting Memorandum of Law*. Responses due by 6/1/2021 (LDJ) (Entered: 05/11/2021) |
| 05/11/2021 | 42 | AMENDED COMPLAINT *(Second)* against All Defendants filed by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Phillips, A.) (Entered: 05/11/2021) |
| 06/01/2021 | 43 | Joint NOTICE of Parties by Soul Quest Church of Mother Earth, Inc., Christopher Young re 41 Order on Motion to Amend / Correct / Modify / SupplementOrder on Motion for Extension of Time to File Response / ReplyOrder on Motion for Extension of time to Answer (Phillips, A.) Modified text on 6/2/2021 (LDJ). (Entered: 06/01/2021) |
| 06/01/2021 | 44 | MOTION to Dismiss Plaintiffs' Second Amended Verified Complaint for Declaratory and Permanent Injunctive Relief , MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss for Failure to State a Claim by Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration. (Straus Harris, Julie) (Entered: 06/01/2021) |
| 06/01/2021 | 45 | MEMORANDUM in opposition re 31 Motion for Preliminary Injunction filed by Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America, U. S. Drug Enforcement Administration. (Attachments: # 1 Affidavit Declaration of Karen Moreno, # 2 Exhibit A to Moreno Declaration, # 3 Exhibit B to Moreno Declaration, # 4 Exhibit C to Moreno Declaration, # 5 Exhibit D to Moreno Declaration, # 6 Exhibit E to Moreno Declaration, # 7 Exhibit F to Moreno Declaration, # 8 Exhibit G to Moreno Declaration, # 9 Exhibit H to Moreno Declaration, # 10 Affidavit Declaration of Claude M. Redd)(Straus Harris, Julie) Modified text on 6/2/2021 (LDJ). (Entered: 06/01/2021) |
| 06/07/2021 | 46 | NOTICE of Appearance by Michael James Gaffney on behalf of Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America (Gaffney, Michael) (Entered: 06/07/2021) |
| 06/14/2021 | 47 | NOTICE by Soul Quest Church of Mother Earth, Inc. re 43 Notice (Other) *Joint Supplement to Same* (Phillips, A.) (Entered: 06/14/2021) |
| 06/15/2021 | 48 | Unopposed MOTION for Leave to File Other Document :Reply to Defendants' |

| | | Response in Opposition to Plaintiffs' Renewed Petition for Preliminary Injunction by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Phillips, A.) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 06/15/2021) |
|---|---|---|
| 06/15/2021 | 49 | **ENDORSED ORDER granting 48 Unopposed Motion for Leave to File Reply. A seven page reply may be filed within seven days. Signed by Magistrate Judge Daniel C. Irick on 6/15/2021. (Irick, Daniel)** (Entered: 06/15/2021) |
| 06/22/2021 | 50 | Unopposed MOTION for Extension of Time to File Response/Reply as to 44 MOTION to Dismiss Plaintiffs' Second Amended Verified Complaint for Declaratory and Permanent Injunctive Relief MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Phillips, A.) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 06/22/2021) |
| 06/22/2021 | 51 | **ENDORSED ORDER granting 50 Unopposed Motion for Extension of Time to File Response to 44 Motion to Dismiss. Response due by 7/12/2021. Signed by Magistrate Judge Daniel C. Irick on 6/22/2021. (Irick, Daniel)** (Entered: 06/22/2021) |
| 06/22/2021 | 52 | REPLY in support of 31 MOTION for Preliminary Injunction *and Supporting Memorandum of Law* filed by Soul Quest Church of Mother Earth, Inc.. (Phillips, A.) Modified on 6/23/2021 (RDO). (Entered: 06/22/2021) |
| 06/23/2021 | | Set/reset deadlines as to 44 MOTION to Dismiss. Responses due by 7/12/2021. (RDO) (Entered: 06/23/2021) |
| 07/01/2021 | 53 | NOTICE by Acting Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America *of Withdrawal of Counsel* (Hancock, Kevin) (Entered: 07/01/2021) |
| 07/12/2021 | 54 | (STRICKEN AND REMOVED per Endorsed Order 58) THIRD AMENDED, VERIFIED COMPLAINT *for Declaratory and Injunctive Relief Pursuant to F.R.C.P. 15(a)(1)* against All Defendants filed by All Plaintiffs. (Attachments: # 1 Exhibit Certificate of Ordination, # 2 Exhibit April 16, 2021 DEA Order, # 3 Exhibit May 29, 2020 DEA Formal Response, # 4 Exhibit June 4, 2020 DEA Correspondence, # 5 Exhibit Chris Young Affidavit, # 6 Exhibit Soul Quest Timber Permit, # 7 Exhibit Ayahuasca Manifesto, # 8 Exhibit Soul Quest Code of Ethics, # 9 Exhibit Ronald W. McNutt Affidavit, # 10 Exhibit August 2017 Plaintiffs' Correspondence, # 11 Exhibit DEA Guidance re: Petition, # 12 Exhibit Memo re: Federal Law Protections for Religious Liberty)(Phillips, A.) Modified text on 7/13/2021 (LDJ). Modified text on 7/21/2021 (LDJ). (Entered: 07/12/2021) |
| 07/12/2021 | 55 | RESPONSE in Opposition re 44 MOTION to Dismiss Plaintiffs' Second Amended Verified Complaint for Declaratory and Permanent Injunctive Relief MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss for Failure to State a Claim filed by Soul Quest Church of Mother Earth, Inc.. (Attachments: # 1 Exhibit April 16, 2021 DEA Correspondence, # 2 Exhibit DEA Guidance re: Petitions, # 3 Exhibit Plaintiffs' Email re: Case Status Discussion, # 4 Exhibit Orange County Sheriff's Office Incident Report)(Phillips, A.) (Entered: 07/12/2021) |
| 07/15/2021 | 56 | Unopposed MOTION to Amend 54 Amended Complaint by Soul Quest Church of Mother Earth, Inc., Christopher Young. (Attachments: # 1 Exhibit Third Amended Complaint)(Phillips, A.) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 07/15/2021) |
| 07/15/2021 | 57 | Unopposed MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Third Amended Complaint and Plaintiffs' Anticipated Renewed Petition for Preliminary Injunction* by Administrator, U.S. Drug Enforcement Administration, Attorney General, |

| | | United States of America. (Gaffney, Michael) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 07/15/2021) |
|---|---|---|
| 07/20/2021 | 58 | **ENDORSED ORDER granting 56 Unopposed Motion to Amend; granting 57 Unopposed Motion for Extension of Time. On or before 7/23/2021, Plaintiff may file the Third Amended Complaint attached to the Motion; Defendants shall respond to that pleading by 8/26/2021. Defendants shall respond to the 31 Motion for Preliminary Injunction 21 days after the date the Court enters an order on any motion to dismiss the Third Amended Complaint; or, if no such motion to dismiss is filed, by 9/17/2021. The unauthorized 54 Third Amended Complaint is hereby STRICKEN, and the Clerk is directed to delete that document. Signed by Magistrate Judge Daniel C. Irick on 7/20/2021. (Irick, Daniel)** (Entered: 07/20/2021) |
| 07/20/2021 | | Set deadline: Amended Complaint due by 7/23/2021 (LDJ) (Entered: 07/21/2021) |
| 07/22/2021 | 59 | THIRD AMENDED, VERIFIED COMPLAINT *for Declaratory and Injunctive Relief Pursuant to F.R.C.P. 15(a)(1)* against All Defendants filed by All Plaintiffs. (Attachments: # 1 Exhibit Certificate of Ordination, # 2 Exhibit April 16, 2021 DEA Order, # 3 Exhibit May 29, 2020 DEA Formal Response, # 4 Exhibit June 4, 2020 DEA Correspondence, # 5 Exhibit Chris Young Affidavit, # 6 Exhibit Soul Quest Timber Permit, # 7 Exhibit Ayahuasca Manifesto, # 8 Exhibit Soul Quest Code of Ethics, # 9 Exhibit Ronald W. McNutt Affidavit, # 10 Exhibit August 2017 Plaintiffs' Correspondence, # 11 Exhibit DEA Guidance re: Petition, # 12 Exhibit Memo re: Federal Law Protections for Religious Liberty)(Phillips, A.) Modified text on 7/23/2021 (LDJ). (Entered: 07/22/2021) |
| 07/23/2021 | 60 | **ENDORSED ORDER denying as moot 44 Defendants' Motion to Dismiss. Signed by Judge Wendy W. Berger on 7/23/2021. (MDJ)** (Entered: 07/23/2021) |
| 08/26/2021 | 61 | MOTION to Dismiss Plaintiffs' Third Amended Verified Complaint for Declaratory and Injunctive Relief by Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America. (Gaffney, Michael) (Entered: 08/26/2021) |
| 09/15/2021 | 62 | RESPONSE in Opposition re 61 MOTION to Dismiss Plaintiffs' Third Amended Verified Complaint for Declaratory and Injunctive Relief filed by Soul Quest Church of Mother Earth, Inc.. (Attachments: # 1 DEA Final Determination Letter, # 2 DEA RFRA Guidance, # 3 Email Correspondence re: Exemption)(Phillips, A.) (Entered: 09/15/2021) |
| 09/21/2021 | 63 | Unopposed MOTION for Leave to File Other Document :Reply in Support of Motion to Dismiss by Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America. (Gaffney, Michael) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 09/21/2021) |
| 09/21/2021 | 64 | **ENDORSED ORDER granting 63 Unopposed Motion for Leave to File Reply. Signed by Magistrate Judge Daniel C. Irick on 9/21/2021. (Irick, Daniel)** (Entered: 09/21/2021) |
| 09/28/2021 | 65 | REPLY to Response to Motion re 61 MOTION to Dismiss Plaintiffs' Third Amended Verified Complaint for Declaratory and Injunctive Relief filed by Administrator, U.S. Drug Enforcement Administration, Attorney General, United States of America. (Gaffney, Michael) (Entered: 09/28/2021) |
| 02/04/2022 | 66 | **The parties are hereby ORDERED TO SHOW CAUSE by a written response filed no later than February 17, 2022 as to why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed. Signed by Judge Wendy W. Berger on 2/3/2022. (ALL)** ctp (Entered: 02/04/2022) |

| 02/16/2022 | 67 | CASE MANAGEMENT REPORT. (Phillips, A.) (Entered: 02/16/2022) |
|---|---|---|
| 02/16/2022 | 68 | RESPONSE TO ORDER TO SHOW CAUSE re 66 Order to show cause filed by Soul Quest Church of Mother Earth, Inc.. (Phillips, A.) (Entered: 02/16/2022) |
| 02/25/2022 | 69 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 4/15/2022, Joinder of Parties due by 4/15/2022, Discovery due by 10/28/2022, Dispositive motions due by 11/29/2022, Joint Final Pretrial statement due by 4/3/2023, All other motions due by 3/1/2023, Plaintiff disclosure of expert report due by 8/30/2022, Defendant disclosure of expert report due by 9/29/2022. Trial Status Conference set for 4/11/2023 at 10:00 AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. Bench Trial set for term commencing 5/1/2023 at 09:00 AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. Conduct mediation hearing by 11/13/2022. Lead counsel to coordinate dates. Signed by Judge Wendy W. Berger on 2/25/2022. (ALL)** (Entered: 02/25/2022) |
| 02/25/2022 | 70 | **ORDER. This case is REFERRED to United States Magistrate Judge Embry J. Kidd, who is not assigned to this case, to conduct a mediation conference. Signed by Judge Wendy W. Berger on 2/25/2022. (ALL)** (Entered: 02/25/2022) |
| 02/28/2022 | 71 | CASE REFERRED to Mediation with Magistrate Judge Embry J. Kidd. (KNC) (Entered: 02/28/2022) |
| 03/01/2022 | | Magistrate Judge Embry J. Kidd added to conduct mediation conference. (KNC) (Entered: 03/01/2022) |
| 03/01/2022 | 72 | **ORDER REGARDING SETTLEMENT CONFERENCE. Settlement Conference set for 10/26/2022 at 09:30 AM via Zoom. Plaintiff is directed to make a written offer to Defendant on or before October 5, 2022. Defendant is directed to make a written counteroffer to Plaintiff on or before October 12, 2022. The parties are directed to provide their confidential statements to the Court on or before October 19, 2022. Signed by Magistrate Judge Embry J. Kidd on 3/1/2022. (CB)** (Entered: 03/01/2022) |
| 03/01/2022 | 73 | NOTICE of Zoom hearing: re: 72 Order scheduling mediation conference; Settlement Conference set for 10/26/2022 at 9:30 AM in Zoom Video Conference before Magistrate Judge Embry J. Kidd.(PML) ctp (Entered: 03/01/2022) |
| 03/04/2022 | 74 | **ORDER. Defendants' Motion to Dismiss (Doc. 61) is GRANTED in part as set forth in this Order and DENIED as moot in all other respects. The Third Amended, Verified Complaint (Doc. 59) is DISMISSED without prejudice. The Clerk is directed to terminate all other pending motions and close this case. Signed by Judge Wendy W. Berger on 3/4/2022. (ALL)** ctp (Entered: 03/04/2022) |
| 04/04/2022 | 75 | **REFILED AT 76 USING CORRECT EVENT** NOTICE of Appeal by Soul Quest Church of Mother Earth, Inc. re 74 Order on Motion to Dismiss (Phillips, A.) Modified on 4/4/2022 (KNC). (Entered: 04/04/2022) |
| 04/04/2022 | 76 | NOTICE OF APPEAL as to 74 Order on Motion to Dismiss by Soul Quest Church of Mother Earth, Inc.. Filing fee $ 505, receipt number AFLMDC-19418753. (Phillips, A.) (Entered: 04/04/2022) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SOUL QUEST CHURCH OF MOTHER
EARTH, INC. and CHRISTOPHER
YOUNG,

          Plaintiffs,

v.                                                                    Case No. 6:20-cv-701-WWB-DCI

ATTORNEY GENERAL, UNITED
STATES OF AMERICA and
ADMINISTRATOR, U.S. DRUG
ENFORCEMENT ADMINISTRATION,

          Defendants.
_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on Defendants' Motion to Dismiss (<u>Doc. 61</u>),

Plaintiffs' Response and Opposition (<u>Doc. 62</u>), and Defendants' Reply (<u>Doc. 65</u>). For the

reasons set forth below, the Motion will be granted in part.

## I.      BACKGROUND

Plaintiff Soul Quest Church of Mother Earth, Inc. ("**Soul Quest**") is an Orlando,

Florida based religious organization founded in 2016 under the direction of Plaintiff

Christopher Young. (<u>Doc. 59</u>, ¶¶ 46–47, 53). In the practice of their religion, Plaintiffs use

ayahuasca, a sacramental tea containing small amounts of the Schedule I controlled

substance dimethyltryptamine. (*Id.* ¶¶ 4–6). Soul Quest conducts ceremonies using the

tea three times a month and holds sober ministering services each Sunday that do not

include the use of the tea. (*Id.* ¶¶ 55, 58, 95–96). Prior to participation in the ceremony,

members must be educated and evaluated for suitability and participation may be denied

by Soul Quest with suggestions for "alternative methods for achieving suitable religious and therapeutic fulfillment." (*Id.* ¶ 100).

In August 2016, the Drug Enforcement Administration ("**DEA**") directed Plaintiffs to file a petition for religious exemption for the use of ayahuasca. (*Id.* ¶¶ 111–13). Accordingly, on August 21, 2017, Plaintiffs petitioned the DEA for a religious exemption. (*Id.* ¶ 115; *see also* Doc. 59-10). On April 16, 2021, the DEA denied Plaintiffs' application. (Doc. 59, ¶¶ 10–11, 24, 35, 117; *see also* Doc. 59-2). Pursuant to the DEA's order, Plaintiffs are prohibited from importing, possessing, manufacturing, and distributing ayahuasca. (Doc. 59-2 at 9). As a result, Plaintiffs seek declaratory and injunctive relief against Defendants pursuant to the Religious Freedom Restoration Act ("**RFRA**"), 42 U.S.C. § 2000bb *et seq.*, the Administrative Procedures Act ("**APA**"), 5 U.S.C. § 701 *et seq.*, and the First Amendment permitting them to import, possess, manufacture, and use ayahuasca in their religious ceremonies. (Doc. 59, ¶¶ 118–53).

## II.   DISCUSSION

In their Motion, Defendants argue that the Third Amended, Verified Complaint (Doc. 59) must be dismissed because this Court lacks jurisdiction to review the DEA's denial of a religious exemption pursuant to 21 U.S.C. § 877. In the alternative, Defendants argue that Plaintiffs' APA and First Amendment Claims must be dismissed for failure to state a claim. Plaintiffs dispute that § 877 vests jurisdiction of this case with the Courts of Appeal and that their APA claim is subject to dismissal. Plaintiffs do not respond to Defendants' arguments regarding their First Amendment claim.

A party may move to dismiss the claims against it for "lack of subject-matter jurisdiction." Fed. R. Civ. P. 12(b)(1). "Attacks on subject matter jurisdiction . . . come in

two forms: 'facial attacks' and 'factual attacks.'" *Garcia v. Copenhaver, Bell & Assocs., M.D.'s, P.A.*, 104 F.3d 1256, 1260–61 (11th Cir. 1997) (quoting *Lawrence v. Dunbar*, 919 F.2d 1525, 1529 (11th Cir. 1990)). "Facial attacks challenge subject matter jurisdiction based on the allegations in the complaint, and the district court takes the allegations as true in deciding whether to grant the motion." *Morrison v. Amway Corp.*, 323 F.3d 920, 924 n.5 (11th Cir. 2003). "However, where a defendant raises a factual attack on subject matter jurisdiction, the district court may consider extrinsic evidence such as deposition testimony and affidavits." *Carmichael v. Kellogg, Brown & Root Servs., Inc.*, 572 F.3d 1271, 1279 (11th Cir. 2009). "When jurisdiction is properly challenged, a plaintiff has the burden of showing jurisdiction exists." *Kruse, Inc. v. Aqua Sun Invs., Inc.*, No. 6:07-cv-1367-Orl-19UAM, 2008 WL 276030, at *2 (M.D. Fla. Jan. 31, 2008).

Defendants attack subject-matter jurisdiction pursuant to 21 U.S.C. § 877. Section 877 states that "any person aggrieved by a final decision of the Attorney General may obtain review of the decision in the United States Court of Appeals for the District of Columbia or for the circuit in which his principal place of business is located[.]" 21 U.S.C. § 877. Thus, if this Court determines that the DEA issued a final decision under the Controlled Substances Act ("**CSA**"), 21 U.S.C. § 801 *et seq.*, then this Court is divested of jurisdiction to review the final decision of the DEA or any claim that in substance seeks review of the issues addressed therein. *See Hemp Indus. Assoc. v. U.S. Drug Enf't Admin.*, 539 F. Supp. 3d 120, 130–31 (D.D.C. 2021); *John Doe, Inc. v. Gonzalez*, No. 06-966, 2006 WL 1805685, at *23 (D.D.C. June 29, 2006); *see also Avera v. Airline Pilots Ass'n Int'l*, 436 F. App'x 969, 973 (11th Cir. 2011) (stating, with respect a similar statute, that "[w]here Congress has provided in the courts of appeals an exclusive forum" for the

review of agency decisions, parties may not "bypass that forum" through artful pleading or an "impermissible collateral challenge" to the agency order (quoting *Green v. Brantley*, 981 F.2d 514, 521 (11th Cir. 1993))); *John Doe, Inc. v. Drug Enf't Admin.*, 484 F.3d 561, 570 (D.C. Cir. 2007) ("[A]dopting [a] narrow interpretation of § 877 encourages forum shopping and encourages dissatisfied claimants to 'jump the gun' by going directly to the district court to develop their case instead of exhausting their administrative remedies before the agency.").

Plaintiffs argue that § 877 does not preclude this Court's exercise of subject-matter jurisdiction because: (1) the determination letter was issued pursuant to RFRA, not the CSA; (2) the April 16, 2021 letter denying its petition for a religious-based exemption to the CSA did not constitute final agency action; and (3) § 877 is not exclusive.[1]

First, Plaintiffs argue that the DEA denied their request under RFRA and, therefore, the exclusive jurisdiction provision of the CSA does not apply. This argument, however, fails to acknowledge or address that the April 16, 2021 letter clearly and explicitly states that the DEA has a separate, independent basis to deny Plaintiffs' request under the CSA because the methods used by Plaintiffs for the importation, storage, and use of its ingredients and ayahuasca fail to pass muster under the DEA's standards. (Doc. 59-2 at 6–9). As set forth in the determination letter, the DEA found that "even assuming arguendo that [Plaintiffs'] practices constitute a religious exercise, [it] cannot be

---

[1] Plaintiffs attempt to "incorporate by reference" the arguments raised in "its prior Opposition to Motion to Dismiss[.]" (Doc. 62 at 1 n.1). However, pursuant to Local Rule 3.01, any and all arguments Plaintiffs intend to raise and rely on must be contained in a single filing. Thus, Plaintiffs' purported incorporation by reference is not proper and this Court will only consider those arguments properly raised and briefed in the Response and Opposition filed in response to the pending Motion.

accommodated in a manner that would allow DEA to preserve its compelling interests in public health and safety and in preventing illegal diversion of ayahuasca." (*Id.* at 9). Plaintiffs fail, entirely, to explain how this clear statement of decision under the CSA can or should be ignored by this Court for jurisdictional purposes.

Next, Plaintiffs posit that the April 16, 2021 letter does not constitute final agency action under the CSA because the DEA lacked authority to render a decision under RFRA. To constitute final agency action, "[f]irst, the action under review must mark the consummation of the agency's decisionmaking process—it must not be of a merely tentative or interlocutory nature. Second, the action must be one by which rights or obligations have been determined, or from which legal consequences will flow." *John Doe, Inc.*, 484 F.3d at 566 (quotation omitted). Here, the record clearly reflects that the DEA engaged in an investigation regarding Plaintiffs' importation, storage, and distribution of ayahuasca—Plaintiffs' dispute as to the thoroughness of that investigation does not negate the clear fact that some investigation occurred—and then issued a decision that determined Plaintiffs' legal rights with respect to the CSA. Plaintiffs' argument, yet again, fails to acknowledge or address that the DEA offered a wholly independent basis for its denial of Plaintiffs' request that does not arise out of or rely on RFRA, but is entirely based on the CSA. Accordingly, Plaintiffs have not met their burden in showing that their claims are not inextricably intertwined with a final agency action under the CSA within the meaning of § 877.

Finally, Plaintiffs argue that even if the CSA applies, it does not divest this Court of jurisdiction. In support of this argument, Plaintiffs rely on *McNary v. Haitian Refugee Center, Inc.*, 498 U.S. 479 (1991). In *McNary*, the Supreme Court held that § 210(e) of

the Immigration and Nationality Act did not prevent the district court from exercising general federal question jurisdiction over claims "alleging a pattern or practice of procedural due process violations" because there was no clear congressional language precluding jurisdiction for the type of claim alleged and denying jurisdiction would foreclose meaningful judicial review of the plaintiffs' claims. *Id.* at 483–84. Plaintiffs fail to explain how *McNary*, which did not arise under § 877, applies to the facts in this case. Specifically, even if the statutory provisions were sufficiently similar to permit this Court to rely on *McNary*, there are no claims alleged in the Third Amended, Verified Complaint that amount to "general collateral challenges to unconstitutional practices and policies used by the agency in processing applications." *Id.* at 492. Rather, the claims alleged in this case are by a single entity challenging the specific findings and determination in its case and denying its individual application for relief from the CSA, which the *McNary* opinion did not state would have entitled the applicants to overcome an exclusive jurisdictional provision. *Id.* at 492–93.

Plaintiffs have failed to meet their burden in showing that this Court can exercise jurisdiction over this case. At the very least, because the DEA has provided a final decision that rests, at least in part, on a determination under the CSA that is separate and apart from any decisions under RFRA, it appears that this Court is divested of jurisdiction pursuant to § 877 over that determination, which is inextricably intertwined with the issues raised and the relief requested in this case. Thus, this case must be dismissed for lack of jurisdiction. The Court need not address Defendants' remaining arguments.

III.   **CONCLUSION**

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.  Defendants' Motion to Dismiss (Doc. 61) is **GRANTED in part** as set forth in this Order and **DENIED as moot** in all other respects.

2.  Third Amended, Verified Complaint (Doc. 59) is **DISMISSED without prejudice**.

3.  The Clerk is directed to terminate all other pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on March 4, 2022.

 

 

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

 

Copies furnished to:

Counsel of Record